**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUNJIANG JI, on behalf of himself and other similarly situated,

                      Plaintiffs,        Case No.: 2:15-cv-04194(SIL)

        -against-               **NOTICE OF MOTION TO DISMISS THE CLAIMS OF JUNJIANG JI OR TO STRIKE JI'S TESTIMONY AND TO ENFORCE A SETTLEMENT AGREEMENT**

JLING INC. d/b/a Showa Hibachi, JANNEN OF AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E HU, and JIA LING HU,

                      Defendant.
-----------------------------------------------------------X

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      TAKE NOTICE THAT, Defendants Jling, Inc., Jannen of America, Inc., John Zhong E Hu, Jia Ling Hu and Jia Wang Hu, by and through their attorneys, Hang & Associates, PLLC, will move for an order dismissing the claims of Junjiang Ji, or in the alternative, striking his trial testimony, or in the alternative enforcing the settlement agreement reached at trial, before the Honorable Steven I. Locke, at the Courthouse for the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Central Islip, New York, on a date and at a time fixed by the Court.

Dated:   Flushing, New York               **HANG & ASSOCIATES, PLLC**
            June 27, 2018

                                                      /s/ *Jian Hang*

                                                      Jian Hang, Esq.
                                                      136-20 38th Ave., Suite 10G
                                                      Flushing, New York 11354
                                                      Tel: 718.353.8588
                                                      jhang@hanglaw.com
                                                      *Attorneys for Plaintiff*