UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUNJIANG JI, on behalf of himself and other similarly situated,

                                       Plaintiff,

- against -

JLING INC. d/b/a Showa Hibachi, JANNEN OF AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E HU, and JIA LING HU

                                       Defendants.

Case No.: 2:15-cv-04194-JMA-SIL

## **AFFIRMATION OF JIAN HANG**

I, Jian Hang, under penalty of perjury, affirm as follows:

1. My name is Jian Hang, and I am the principle attorney at Hang & Associates, PLLC, Defendants' counsel in the above-captioned matter.

2. I submit this affirmation in support of Defendants' motion to dismiss the claims of Junjiang Ji, or in the alternative to strike Plaintiff Ji's trial testimony, or in the alternative to enforce the settlement agreement reached at trial.

3. I have practiced law within the People's Republic of China for over ten years.

4. I was admitted to practice within the People's Republic of China from August 1998 to October 2017, a period of nineteen years.

5. My practice in China involved commercial litigation, in fact I argued one case before the Supreme Court of China.

6. I am as such familiar with the laws and procedures of China.

7. Attached hereto as "Exhibit A" is the transcript of the trial in this matter.

8. Attached hereto as "Exhibit B" is the January 2, 2018 letter of John Troy, Esq.

1

9. Attached hereto as "Exhibit C" is the March 19, 2018 letter of John Troy, Esq.

10. Attached hereto as "Exhibit D" is the original and translated version of Article 277 of The Civil Procedure Law of the People's Republic of China (2017 Revision).

11. Attached hereto as "Exhibit E" is the original and translated version of Article 15 of the Regulations on the Administration of Foreign Law Firms' Representative Offices in China.

12. Attached hereto as "Exhibit F" is the original and translated version of Article 30 of the Regulations on the Administration of Foreign Law Firms' Representative Offices in China.

13. Attached hereto as "Exhibit G" is the original and translated version of Article 81 of the Exit and Entry Administrative Law of the People's Republic of China.

14. Attached hereto as "Exhibit H" is the original and translated version of Article 13 of the Criminal Law of the People's Republic of China.

15. Attached hereto as "Exhibit I" is the Settlement Agreement creating by John Troy, Esq, and email communications from Mr. Troy.

16. Judges in China generally have discretion when imposing penalties for criminal law violations.

Dated: Flushing, New York
June 28, 2018

By: _____
Jian Hang, Esq.