1

1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
2

3    ------------------------------X
     JUNJIANG JI and DECHENG LI,
4                                  :   15 CV 4194

5           Plaintiffs,
                                   :   United States Courthouse
6       -against-                      Central Islip, New York

7    JLING INC.
     d/b/a Showa Hibachi, et al.,
8                                  :   March 26, 2018
                 Defendants.           10:00 a.m.
9    ------------------------------X

10                       TRANSCRIPT OF TRIAL
                 BEFORE THE HONORABLE STEVEN I. LOCKE
11                UNITED STATES DISTRICT COURT JUDGE

12
     APPEARANCES:
13
     For the Plaintiffs:        TROY LAW, PLLC
14                              41-25 Kissena Boulevard
                                Flushing, NY 11355
15                              By: JOHN TROY, ESQ.

16

17   For the Defendants:        HANG & ASSOCIATES, PLLC
                                136-20 38th Avenue, Ste.10G
18                              Flushing, New York 11354
                                By: WILLIAM BROWN, ESQ.
19                                  JIAN HANG, ESQ.

20

21
     Court Reporter:            OWEN WICKER, RPR
22                              100 Federal Plaza - Suite 1180
                                Central Islip, New York 11722
23                              (631) 712-6102

24

25    Proceedings recorded by mechanical stenography;
      transcript produced by computer aided transcription

2

1           (Case called.)

2           MR. TROY:  Good morning, your Honor, this is

3  John Troy for plaintiffs.

4           THE COURT:  Good morning.  Who is with you at

5  counsel table?

6           MR. TROY:  Your Honor, that is our assistant

7  from our office.

8           THE COURT:  Thank you.

9           MR. BROWN:  William Brown for the defendants.

10           THE COURT:  Is your mike on?

11           MR. BROWN:  I believe so.

12           THE COURT:  Okay.

13           MR. KIM:  Good morning, your Honor.  Philip Kim.

14           THE COURT:  Who is with you at defense counsel.

15           MR. BROWN:  We have the defendants John Zhong E

16  Hu, Jia Ling Hu and Jia Wang Hu.

17           THE COURT:  What is your assistant's name,

18  Mr. Troy?

19           MR. TROY:  Tiffany Troy.

20           Your Honor, this is -- that is Mr. Ji and

21  Decheng Li, the second plaintiff.

22           THE COURT:  You both can make opening statements

23  if you want to.  You do not need to.  At the end of the

24  trial I'll ask you to supply citations to the record.  You

25  will have to make arrangements with the court reporter to

3

1    get copies of the transcripts.  That is out of my sphere

2    of expertise.  You can do that when you take a break.

3           Mr. Troy, do you want to make an opening

4    statement or do you want to go straight to the testimony?

5           MR. TROY:  I have.  I'll have a short opening

6    statement.

7           THE COURT:  I don't mind if you walk around the

8    courtroom but you have to keep your voice up.  If you want

9    to make an opening statement, you may, Mr. Troy.  If you

10   want to stand you may use the lectern.

11          MR. TROY:  Yes, your Honor.  Your Honor, good

12   morning, everybody.

13          This is the traditional FLSA case, Fair Labor

14   Standards Act case.  It's a case relating to the minimum

15   wage and overtime paid.

16          On this case, we are going to prove our -- give

17   me one second -- prove our -- they are clients,

18   employees -- I'll repeat it.

19          THE COURT:  You are loud enough.  It's hard to

20   understand.  You are taking our, wages?

21          MR. TROY:  The plaintiffs, they were taking the

22   transportation van provided by the employers from Flushing

23   to the restaurant every day and they are going to the

24   employer.  They were giving rides from the restaurant to

25   Flushing, New York.  They went to work.  They were in a

**4**

1    car and then they changed from 11 o'clock to 12 o'clock to

2    arrive at the restaurant and then during the days they

3    usually work until 10 o'clock.

4            Weekends:  They work 11 o'clock, that's the

5    working ours.

6            We are going to prove there are no breaks during

7    the day, even there is maybe a little bit of rest time

8    when there is no customer coming, they have to stay in the

9    restaurant.  They cannot go anywhere.

10           The second one we are going to prove, this

11   restaurant, they generate --

12           Your Honor, I believe the interpreter has to

13   translate --

14           THE COURT:  We'll deal with the interpreter if

15   you are done with your opening statement.  You want them

16   to translate for the parties?

17           MR. TROY:  Okay.

18           Mr. Brown, your clients need an interpreter?

19           MR. BROWN:  We need for one of them but we

20   agreed to share.

21           THE COURT:  I understand what you are saying,

22   Mr. Brown.

23           Why don't you come forward and have the

24   interpreter sworn in.

25           THE INTERPRETER:  Good morning, your Honor.

Openings - Troy

5

1           THE COURT:  Please raise your right hand.

2           (Patrick Feng, a Chinese interpreter was duly

3    sworn.)

4           THE COURT:  Mr. Feng, you must keep your voice

5    up.  Sit anywhere where the reporter can hear you.

6           Continue.

7           MR. TROY:  Secondly, we are going to prove the

8    restaurant, they generate 500,000 per year.

9           I believe the case -- that's the case the

10   plaintiff would like to prove.

11          Thank you, your Honor.

12          THE COURT:  All right.  Mr. Brown, would you

13   like to make an opening statement?

14          MR. BROWN:  I would like to.

15          (Continued.)

16

17

18

19

20

21

22

23

24

25

1          MR. BROWN:  So in this case we have two

2     plaintiffs.  We have plaintiff Ji and a plaintiff Li.

3     Starting with plaintiff Li, he worked for plaintiff Showa

4     Hibachi for a short period of time.

5          During that short period of time that he worked

6     there, the testimony will hopefully establish that almost

7     for the entirety of his employment he worked part-time and

8     that he never worked more than 40 hours per week.

9          For plaintiff Ji, he did work for the restaurant

10    for a long period of time exceeding six years.  However,

11    the evidence will also show that he also did not work more

12    than 40 hours per week throughout his employment.

13          In addition to the testimony of the parties,

14    defendants will seek to introduce punch clock records

15    which will demonstrate the number of hours the plaintiffs

16    worked.

17          Furthermore, defendants will seek to introduce

18    pay records in conjunction with the punch clock records

19    will demonstrate that plaintiffs were paid according to

20    state and federal law.

21          The anticipated testimony will further establish

22    that defendant John Zhong E Hu was the only employer as

23    defined by the FLSA and the labor law.

24          The anticipated testimony will show that for

25    plaintiff -- sorry, for defendant Jia Ling E Hu and Jia

7

1   Wang Hu, that while they contributed to the restaurant,

2   helped out, they were definitely not employers as defined

3   by those laws.

4         Finally the evidence that defendants will seek

5   to introduce will unequivocally show that plaintiff failed

6   to establish enterprise coverage for the corporate

7   defendants.

8         The record that the defendants seek to introduce

9   showed that the restaurant never generated more than

10  $500,000 in annual revenue.

11        Thank you.

12        THE COURT:  All right.  Mr. Troy, first witness.

13        MR. TROY:  Yes.  Your Honor, I would like to

14  call Mr. Ji by video.

15        THE COURT:  Who is your client, Mr. Li or

16  Mr. Ji?

17        MR. TROY:  I call Junjiang Ji.

18        THE COURT:  Please swear the witness.

19  **JUNJIANG   JI**,

20        called as a witness, having been first

21        duly sworn, was examined and testified

22        as follows:

23        MR. TROY:  Can you hear the interpreter?

24        THE WITNESS:  I believe hear the speakers but I

25  cannot hear the interpreter voice.

8

1          THE COURT:  Mr. Troy, ask him if he can hear

2    you.

3          MR. TROY:  So, your Honor, I would like the

4    interpreter -- please stand by Mr. Troy and we see if the

5    witness can hear you.

6          THE COURT:  Okay.  The next thing is his voice

7    is low.  Is there a way to turn up the volume on that?

8          We'll do our best.  Let's go slow, his voice is

9    obviously hard to hear.

10          Are you ready to proceed?

11          Mr. Troy, begin.

12          MR. TROY:  Okay.

13   DIRECT EXAMINATION

14   BY MR. TROY:

15   Q    Mr. Ji, do you happen to know a restaurant named

16   Showa Hibachi?

17   A    Yes, I know.

18   Q    How do you know about it?

19   A    I used to work at this restaurant.  I was the chef at

20   the restaurant.

21          THE COURT:  Please speak into the mike.

22   A    -- I used to work at the restaurant.  I was the chef

23   at the restaurant.

24          THE COURT:  You may also stay at the other side.

25          THE INTERPRETER:  Thank you, your Honor.

9

1   Q    Okay.  Mr. Ji, do you remember you started the day

2   you worked for Showa Hibachi?

3   A    That was on September 25, 2006.

4   Q    How did you get the job?

5   A    I saw the advertisement in the newspaper.  Then I

6   made a phone call to the boss's wife and then I went for

7   the interview.  That's how I got my job.

8   Q    You are talking about the boss.  Do you know the

9   name?

10  A    I don't know.  We all refer her as the boss's wife.

11  Q    You called the restaurant.  And what happened when

12  you called the restaurant?

13  A    They said they need cook and I said I would work here

14  and the boss's wife said to me then you can come over and

15  she told me how to take a ride, take the public service

16  car.  I took the NRE (sic) to last stop and the boss's

17  wife came to pick me up.

18  Q    What kind of conversation you have when you arrive at

19  restaurant?

20  A    She asked me how many years of experience I had and I

21  told her how many years.  And then she asked me to work

22  there.

23  Q    You talk about the employment.  For instance, how

24  much you are going to get paid a day or how you work?

25  A    Initially I was told that each stop I would be

Junjiang Ji - Direct/Troy

**10**

1    provided by transportation, working six days a week, and I

2    would be receiving $500 a week.

3    Q    You talk about how many days you have to work and

4    from what time to what time, the conversation?

5    A    I was told that I would be working six days a week,

6    from Monday, Tuesday, Wednesday, Thursday and Sunday.

7    That would be from 11 to 10, and Friday to Saturday from

8    11 to 11:00 p.m.

9    Q    And since then?

10   A    No change.

11   Q    And at some point did the restaurant or store hours

12   change from 11 or 12 o'clock every day?

13   A    That was after many years.

14   Q    Can you tell us from which year or from which months?

15   A    I believe that was either 2011 or 2012.  The time was

16   changed to 12 o'clock to go to work.

17   Q    Did you pay of 500 a week ever change?

18   A    It had been increased.

19   Q    Would you like to tell us how you were paid, the

20   increase?

21   A    Later on my weekly salary was increased to $630.

22   Q    For how many days you work per week if you get 630?

23   A    It was not fixed.  Sometimes I work seven days,

24   sometime six days, sometimes five days.  The schedule was

25   not fixed.

**11**

1  Q    If you worked for seven days, was your pay 630

2  increased?

3  A    Yes, I believe I was paid more.  It was increased.

4  Q    If you worked one day more, how much you were going

5  to get the pay more?

6  A    My wages were calculated like this.  I was paid $630

7  per week for six days.  That means I receive $105 per day.

8  If I worked an extra day, I would get an additional $105.

9  If I worked one day less, I would be deducted $105.

10  Q    Do you have any breaks during the day when you worked

11  for the restaurant?

12  A    It was recorded.  It was regulated from three to

13  five.  In the afternoon from 3 to 5 o'clock after lunch,

14  if we were supposed to have a break time, if there were no

15  orders we could sit down to have a break, but usually we

16  have orders.  So basically we did not have a break.

17  Q    Were you around to leave the restaurant to go

18  anywhere during 3 to 5, even if you don't have orders?

19  A    I was not allowed.  I was not allowed, and I would

20  have to stay there and anytime if there were orders to

21  come, then I would have to do it.

22  Q    Did you have meals during your employment with Showa

23  Hibachi?

24  A    Yes, I had meals.  Yes.

25  Q    Usually how long it took to have a meal?

**12**

1   A    Every day after 3 o'clock we would have lunch and

2   dinner would be for regular days, that was at 9 o'clock at

3   night, except Friday and Saturday, that would be at

4   10 o'clock for dinner.  But during the mealtime and if

5   there are orders to come, we have to stop eating and

6   prepare the orders first, so it doesn't matter whether we

7   are eating or not.  Whenever there were orders, we have to

8   take it first.

9   Q    How long it took always to have a meals in

10  restaurant.  How many meals?

11  A    Anyway, it took very short period of time and we have

12  to hurry to finish the meals.

13  Q    I'm asking how many minutes?

14  A    Because you have to hurry to finish your meal,

15  otherwise it would be cold and that's why we normally it

16  took ten minutes to finish the meal.

17  Q    Who paid during your work for Showa?

18  A    At that time it was the boss who paid me, who paid

19  us.

20  Q    Who is the boss?

21  A    That was the elderly person.  That was the boss.

22  Q    Are you talking about the husband, Mr. John Hu?  He's

23  the father?  He's the husband?

24  A    Correct.  Correct, yes.

25  Q    And anybody pay you except John Hu?

13

1    A    The boss's wife also paid me, but that was a rare

2    case.

3    Q    You are talking about your boss's wife named Jia Wang

4    Hu?  Do you talk about she's the boss wife?

5              Are you talking about the boss wife?  Is that

6    Jia Wang Hu?

7    A    I don't know her name.  We all refer her as boss's

8    wife.

9    Q    Okay.  So who did hire you?

10   A    The boss and the boss's wife are the two together.

11   Q    At some point does the restaurant owner change?

12   A    Yes, it was changed.

13   Q    Do you know who become the new owner?

14   A    We heard that was the boss's son.

15   Q    Boss's son, are you referring to Jia Ling Hu because

16   he's the son of the boss?

17   A    Yes.  Yes, that was him.

18   Q    When the owner change during the time, did you see

19   any change in the restaurant?

20   A    No.

21   Q    The restaurant changed their menu?

22   A    No.

23   Q    The restaurant change the employees?

24   A    No change.

25   Q    Did the restaurant change pay of yours or anybody

14

1   else?

2   A    No.

3   Q    The equipment, the equipment of the restaurant, ever

4   change when the owner change?

5   A    No.

6   Q    Not at all?

7   A    Correct.  Not at all.

8   Q    During your employment with Showa, were you ever

9   required to punch in or punch out?

10  A    When I first went there, there was no punch card --

11  then it became we are required to punch card.

12  Q    Do you remember since when?

13  A    I believe that was from after the time that the

14  restaurant penalized by a fine and after the change of

15  ownership and we are required to punch cards.

16  Q    Are you talking about the restaurant name when the

17  father John Hu was the owner, the restaurant name was

18  changed to Jannen, Inc. are you talking about?  Jannen to

19  Jling?

20  A    Correct.

21  Q    You think it is about July 2012?

22            MR. BROWN:  Objection.  Leading question.

23            THE COURT:  I'm sorry, I didn't hear you.

24            MR. BROWN:  Objection, leading.

25            THE COURT:  Sustained.

15

1        Mr. Troy, please rephrase the question.

2        Let me rephrase the question.

3   Q    Do you remember the father's name changed to the

4   son's name?  Do you remember when it has happened?

5   A    I don't know the exact time when we heard about that

6   change, but because I pay my income tax every year.  So in

7   the year of 2012, I receive two different tax forms from

8   two different companies.  That's why I believe that was in

9   the year 2012 that the change was made.

10  Q    When is the time you punch in when you come to the

11  work?

12  A    I believe that was the company was fined and then the

13  owners were changed.  From that time on the boss's wife

14  required us to punch card.

15  Q    Do you punch in every day when you arrive to the

16  restaurant?

17  A    I began to go to work at 11 o'clock and I arrived at

18  12 o'clock, but after I arrived, I did not punch the card.

19  I started to punch the card at 5 o'clock because the

20  boss's wife told me to punch like this and to show that I

21  worked 20 hours per week.

22  Q    Are you telling us when you arrived to the

23  restaurant, you are ordered not to punch in until later in

24  the day?

25  A    She did not say that, but to make 20 hours a week, I

**16**

1   did not punch the card in the morning until 5 o'clock, and

2   from 5 o'clock to 9 o'clock to show that I work 20 hours a

3   week.

4   Q    How can you tell us you come to the restaurant at 11

5   or 12 later every day?

6   A    The time I reported to work every day because we all

7   commuted from Flushing to the workplace.  At that time

8   when we began working at 11 o'clock, we must get into the

9   vehicle before 10:30.  After the time change to

10   12 o'clock, we must get into the vehicle before 11:30.  We

11   all arrive at the restaurant at the same time.  We all

12   left at the same time.

13   Q    Are you talking about all the employees of the

14   restaurant, they take the same vehicle from Flushing to

15   the restaurant, either at 10:30 or later on at 11:30?

16           MR. BROWN:  Objection.  Again, leading.

17           THE COURT:  I'll overrule it.  He's repeating to

18   what he's already testified.  Same thing twice.

19           Mr. Troy, you don't have to ask the same

20   questions twice.  I get it the first time.  There is no

21   jury.

22   A    Correct.  But sometimes because of the traffic jam,

23   in case, sometimes when we left at 11:30 we arrived late.

24   So we later on changed either at 10:20 to arrive at 11 or

25   11:20, to arrive at 12.

Junjiang Ji - Direct/Troy

1    Q    How many employees were in the vehicle?

2    A    The employees were separated.  One vehicle could hold

3    seven passengers.  The other five passengers.  Sometimes

4    they drove one vehicle.

5    Q    Who was the driver?

6    A    Many people were served as drivers, employees from

7    Hibachi, also from the restaurant, and also the owner.

8         The owner's wife and the owner's son, they all

9    serve as drivers to drive us to work.

10   Q    During your employment, did you take the restaurant

11   vehicle to work and come back every day?

12   A    Yes.

13   Q    No exception?

14   A    There was a period of time for about several months

15   because there were no drivers.  We were advised to take

16   the LIRR to go to work and they provided us the train

17   fare.

18   Q    When you came back from the restaurant to Flushing,

19   they provide the same service, vehicle service too?

20   A    Yes, we were given the subway Metrocard and the bus

21   Metrocard.

22   Q    Have you ever come to restaurant to start to work

23   from 5 o'clock p.m.?

24   A    Given the time I worked for the restaurant for almost

25   nine years, maybe there was only the first time when I

Junjiang Ji - Direct/Troy

18

1    went for the interview, that I went there by myself, and

2    the other time because I was sick and then the other

3    employees drove me to the restaurant, except those two

4    times.

5    Q    That's the only two times you went to work at five?

6    A    Yes.

7    Q    Who are your boss or bosses in the restaurant?

8    A    All three of them were my bosses.  The older

9    gentleman and his wife, they were the bosses, and also

10   their son, he was also my boss.

11   Q    When you started to work for the Showa -- do you know

12   who was the owner during that time?

13   A    That was the boss and his wife, the two of them.

14   Q    I believe the boss is the sole shareholder.  When you

15   talk about your boss wife is your boss too?

16   A    Because each time when I got paid, the pay document

17   was written by the wife.  The boss only had the payment

18   twice.

19            As a matter of fact, the boss's wife connecting

20   the payment for everything in the restaurant.

21   Q    After the ownership was transferred to the son, who

22   were your boss or bosses?

23   A    The owner's boss and his wife were still the bosses

24   and the son was also the boss, but I believe the couple,

25   the boss and the boss's wife were in charge indeed.

Junjiang Ji - Direct/Troy

1   Q    Who set your working schedule in restaurant?

2   A    That was also the boss and his wife who scheduled.

3   Q    During your employment with Showa, from the time the

4   husband, the father was the owner and here the son the

5   owner, do you know how much money the restaurant can make

6   maybe every year, every month?

7            What is the revenue of the restaurant?

8            MR. BROWN:  Objection.  There's two questions.

9            THE COURT:  Say the objection again.

10           MR. BROWN:  There's two questions.

11           THE COURT:  Sustained.  Rephrase the question,

12   Mr. Troy.

13           MR. TROY:  Thank you.

14   Q    Do you have any idea what is the revenue of the

15   restaurant?

16   A    I don't understand what you are asking.

17   Q    Let me rephrase it.

18           Do you know how much revenue the restaurant

19   generates per month or per week --

20           THE COURT:  One question at a time.  Mr. Troy,

21   he has to respond to the first question.

22           MR. TROY:  Yes, your Honor.

23   A    We analyzed, that we believe at least 50 to 60,000

24   per month.  Initially when the restaurant was first

25   opened, the business was good.  That would be more than

20

1   $100,000 per month, but the business gradually became

2   slower and slower, but we still believe there would be 50

3   to $60 per month.

4   Q    Let's talk about the near, the immediately the past

5   yield, let's talk about the 2015.  Do you know what is the

6   revenue the restaurant generated each months?

7   A    I believe that would be more than $50,000.

8   Q    How do you come to 50,000 per month?

9   A    Usually we chatted with each other to see how much

10  business we see and how much tips they receive, so we

11  discussed and we come up with idea.

12  Q    Would you tell us each month how much the kitchen can

13  produce every month?

14  A    From the kitchen, I believe it would be more than

15  $10,000.

16  Q    In the restaurant, do you have sushi bar?  Sushi?

17  A    Yes.

18  Q    How much money you think the sushi department

19  generate each month?

20  A    I believe it was close to $10,000.

21  Q    How about the hibachi department?

22  A    The hibachi department, I believe they would have

23  more than $30,000.

24  Q    Do you have any other department in the restaurant?

25  A    They were also a bar and the bar was open to the

**21**

1  restaurant and they could generate income.  There were

2  four different departments at the restaurant.  The

3  hibachi, sushi bar, the kitchen and the bar.

4  Q    Do you know how much money the bar department

5  generated each month?

6  A    From our observation, 2 to 3,000 per month should not

7  be a problem.

8  Q    You work in the kitchen.  How do you come to $10,000

9  per month the kitchen can generate?

10  A    Because we take orders every day and we knew how much

11  each order and how many orders a day.  By simply taking a

12  look, we would be able to know.

13  Q    How and when you look at the orders?

14  A    Every day.  Anytime I could take a look.  Whenever

15  there was an order, we have to make accordingly.

16  Q    Did you ever get a chance to know how much orders per

17  day?

18  A    It was not calculated every day, sometimes we just

19  take a look to see how many order we have and how much for

20  the orders and we would have some numbers in mind.

21  Q    Have you ever talked about how much money the kitchen

22  department generates, or anybody?

23  A    Yes, I did.

24  Q    How you do?

25  A    When we chatted, that was part of our subject topic,

22

1   and we would talk about how many orders we have for the

2   day and how much money that would be generated.

3   Q    How do you come to 30,000 they generate in the

4   hibachi department?

5   A    Because the hibachi chefs talk about how much tips

6   they receive for a day.  Sometimes they receive $100 a

7   day, sometimes they receive $120, or different numbers.

8   And the tips would be shared with the owners 50-50.  We

9   calculated that the tips would be around 15 percent of the

10  bill.

11         If it's $1,000 in business, that would be $150

12  tips.  So when you calculate it, you would know how much

13  business.

14  Q    How do you come to $10,000 for the sushi department

15  each month?

16  A    We were also chatting on the ride back to Flushing

17  and we checked how much money, how much money the business

18  they had and how much money they generated.  We discussed

19  in the vehicle.

20  Q    How about the bar?

21  A    Occasionally we heard about that how much business

22  they had, how many people sometimes we saw.  Sometimes we

23  saw a group of people came and they spend how much money

24  at the bar.

25         MR. BROWN:  I object to the previous testimony.

23

1    Hearsay.

2            THE COURT:  Mr. Troy, this is a problem.  I'm

3    looking at your witness list.  It's one thing for him to

4    testify not for the truth of what he's saying, in other

5    words, how did you reach these calculations, but without

6    the testimony from the other employees and these other

7    departments, I don't understand how you will establish

8    this because of the truth of the underlying principals.

9            MR. TROY:  I'll move on.

10           THE COURT:  At this point I have to rule.  I

11   will overrule the objection subject to connect, subject to

12   anyone with personal knowledge with the various income

13   numbers when you are calling it the hibachi kitchen

14   numbers.  That's how I'll treat it.

15           This is all subject to cross-examination when

16   you take your turn.  Go ahead.

17           MR. TROY:  Your Honor, if I may.  Just because

18   he has personal conversation --

19           THE COURT:  Personal conversation, that's not

20   the same thing as the numbers.  What he was told is

21   hearsay.  He can't testify to the truth of that of course.

22   They can testify to what was said.  The problem I suspect,

23   I don't know if these numbers are true.

24           MR. TROY:  Yes, your Honor.

25   Q    Did you get paid in cash or on check?

Junjiang Ji - Direct/Troy

24

1   A    It depended.  Sometimes I received cash.  Sometimes I

2   received check.  Sometimes I received both cash and check.

3   Q    Generally speaking, for what year, what is the

4   percentage you get in cash and what is the percentage you

5   get in checks regarding your pay for the year?

6   A    It depended.  It depended.

7   Q    How much money each year you get paid from the

8   restaurant?

9   A    It depended how many days that I worked.

10  Q    Let's talk about how about 2014, 2015.  How much

11  money you make during those years?

12  A    I don't have a figure.

13  Q    Can you try to recall?

14  A    I do have the pay stubs.  I have to get them up.

15  Then I will find out.

16           MR. TROY:  Your Honor, may we refer to the

17  document production from defendant, page 145.  I'm going

18  to show the witness about the page --

19           THE COURT:  I don't know what you are talking

20  about.  What document production are you talking about?

21           MR. TROY:  That's defendant's exhibit, page

22  number 145.

23           THE COURT:  I don't have any exhibits from the

24  defendants.

25           MR. BROWN:  We mailed a copy to the Court prior

Junjiang Ji - Direct/Troy

1    to the original trial date, around January.

2              THE COURT:  Do you have an extra copy?

3              MR. BROWN:  I have an extra copy.

4              THE COURT:  I have no doubt we have that.  I

5    just don't have it in front of me.

6              Mr. Brown, was it a binder?

7              MR. BROWN:  Yes.

8              (Handing to Court.)

9    A    Sometimes I was able to receive more than $2,000 a

10   month.

11             THE COURT:  Hold on.  Let me look at the

12   document, page 145.

13             Which tab, Mr. Brown?  What color tab,

14   Mr. Brown?

15             MR. BROWN:  It should be the second to the last

16   tab.

17             THE COURT:  That starts at 242.  I see.  It's

18   the blue tab?

19             There are handwritten notes on the left and

20   clock-in, clock-out notes on the report.

21             MR. BROWN:  Yes.

22             THE COURT:  Continue.

23             MR. TROY:  Your Honor, I believe the witness

24   just testified.  Would you like to translate?

25             THE COURT:  Please read back the last answer.

26

1          (Whereupon, the record was read back by the

2     reporter.)

3     Q    What is the percentage you get a pay on the cash

4     during the months you get $2,000?

5     A    I believe I receive more cash than check.

6     Q    You are talking on the occasions more than 50 percent

7     cash and the check is less than 50 percent, is that right?

8     A    That's for sure.  Most of the payment was in cash,

9     and the check only generates a small portion.

10    Q    Would you like to estimate what is the percentage of

11    your pay for cash or checks?

12    A    I believe for checks, it was not more than

13    20 percent.  It would be less than 20 percent.

14              MR. TROY:  Your Honor, I'm going -- I'm sorry.

15              Your Honor, I would like to show the defendant's

16    document production Trial Exhibit 2014.  That's the number

17    of 401.

18              THE COURT:  Which exhibit is that a part of,

19    Mr. Brown?  Do you know?

20              MR. BROWN:  I believe that is part of Exhibit

21    D-1.

22              THE COURT:  Mr. Troy, is that part of Exhibit

23    D-1.

24              MR. TROY:  D-1.

25              THE COURT:  For Exhibit 1, I have one Bates

Junjiang Ji - Direct/Troy

27

1   stamped D-35.

2           MR. TROY:  Page 401.

3           THE COURT:  Right.  His documents are divided

4   into exhibits.  Each one has a Bates stamp number.

5           I have D-401.  That's part of a bank statement,

6   I believe.

7           MR. TROY:  Your Honor, please forget it.

8           THE COURT:  Say that again?

9           I didn't understand the last thing you just

10  said.

11          MR. TROY:  Your Honor, regarding Exhibit 401, I

12  don't need it for this witness.

13          THE COURT:  So we're moving on.

14          MR. TROY:  Yes, we're moving on.

15  Q    Have you ever been paid overtime?

16  A    No, I have never been paid.

17  Q    Have you ever received the spread of hours in New

18  York?

19          Before you answer, explain to you if you work

20  for one day from you started to go to work until the time

21  you are out of the work, it's more than ten hours.  I go

22  to one hour --

23          THE COURT:  Sustained.  Don't explain the law to

24  the witness.  Just ask him a factual question.

25          MR. TROY:  Yes, Your Honor.

Junjiang Ji - Direct/Troy

28

1    Q    Do you work more than ten hours any day when you are

2    an employee with Showa?

3    A    Very often it was more than ten hours.

4    Q    Did Showa, the restaurant, did Showa chk the

5    restaurant pay you extra?

6    A    No.

7    Q    When you reached employment with Showa, did you read

8    any labor poster in the restaurant?

9    A    Because I don't know English.  I don't know whether

10   they were ever posted, those posters.

11   Q    Have you ever see any poster in Chinese?

12   A    No.

13   Q    Never?

14   A    Correct.

15   Q    When the first day you come to the job, did the

16   employer provide you pay notice?

17   A    No.

18   Q    When you reach employment with Showa every time you

19   get paid, did you get pay stub?

20   A    The pay stub was shown to me, and after we signed the

21   name on the pay stub, it was taken back.  It was not given

22   to us.

23   Q    On the pay stub, did it say how much the employer pay

24   you per hour, how much they pay you if you work overtime,

25   or did it say there is how many hours you are entitled to

Junjiang Ji - Cross/Brown

**29**

1   the spread of hours?

2   A    No.

3           MR. TROY:  Your Honor, I am finished on direct.

4           THE COURT:  You are finished.

5           MR. TROY:  Yes.

6           THE COURT:  Okay, cross-examination.

7           MR. BROWN:  May we have a five minute break.

8           THE COURT:  Five minutes, and then I want to

9   keep this moving.

10          MR. BROWN:  All right.

11          THE COURT:  Mr. Troy, you are not to speak with

12  your client while he's still testifying.  Okay?

13          MR. TROY:  Yes.

14          (Whereupon, a recess was taken.)

15          THE COURT:  Mr. Brown, let's begin.

16  CROSS-EXAMINATION

17  BY MR. BROWN:

18  Q    Good morning, Mr. Ji.

19          Can you explain why you were unable to come to

20  the courthouse today for your trial.

21  A    Because I'm in China.

22  Q    Why couldn't you come to the United States for your

23  trial?

24  A    The United States did not give me the visa.  I'm

25  unable to come.

Junjiang Ji - Cross/Brown

1   Q    When did you first come to the United States?

2   A    In 2000.

3   Q    And when you first came to the United States, what

4   type of visa did you apply for?

5   A    B-1 visa.

6   Q    Do you know what purpose the B-1 visa's purpose is

7   for?

8   A    B-1 visa, I believe it belongs to the category of

9   business investigation or business purpose.

10  Q    And when you applied for the visa, what type of

11  business were you going to conduct in the United States?

12  A    I was conducting the international property or

13  international energy.  That's the air-conditioning and

14  refrigerator.

15  Q    Can you elaborate a little bit on that?

16  A    What do you want me to elaborate?

17  Q    What exactly was your intention as far as

18  air-conditioning and refrigeration was in the United

19  States.  What kind of business were you planning on

20  conducting?

21  A    I was looking to see if there were any markets in the

22  States, how the market was.

23  Q    And when you came here, did you conduct any business?

24       MR. TROY:  Objection, your Honor.  It's

25  irrelevant.

31

```
 1              THE COURT:  It's what?

 2              MR. TROY:  It's irrelevant.

 3              THE COURT:  Overruled.

 4    A    Yes, I did.

 5    Q    What was your first job when you came to the United

 6    States?

 7    A    The first job in the United States was at the

 8    restaurant.

 9    Q    And how long after you came, did you work at that

10    restaurant?

11    A    I believe almost a year.

12    Q    So what did you do the first year when you were in

13    the United States?

14    A    I was conducting and then I went anywhere.

15    Q    What do you mean by that?

16    A    I was looking at the US market to see if there was a

17    market for the air-conditioning and refrigerator.

18    Q    And did you work for a company?

19    A    No.

20    Q    So what experience do you have to sell air

21    conditioners or refrigeration in the United States?

22    A    What I learned.  That was my major.

23    Q    What was your major?

24    A    Mechanical and refrigerating major.

25    Q    What type of education did you receive?
```

32

1    A    College.

2    Q    And was there a time limit on the amount of time you

3    could spend in the United States based on your visa?

4    A    I believe there was no.

5    Q    So the first visa you applied for, the B-1 visa,

6    there was no time limit on it?

7    A    There was a time limit.

8    Q    How long was that?

9    A    Six months.

10   Q    And how long did you intend on staying when you

11   applied for the visa in the United States?

12   A    I intended to go back in six months on time.

13   Q    So why did you stay longer than six months?

14   A    Because it seemed to me there were some jobs that I

15   could work on.  That's why I tried to stay here.

16   Q    Did you attempt to renew your visa with anyone?

17   A    I have one extension.

18   Q    When did you receive that?

19   A    Before it was expired.

20   Q    Was that also for the B-1?

21   A    The extension, yes.

22   Q    And were you able to successfully complete what you

23   were intending to do with your B-1 visa to find an

24   air-conditioning or refrigeration job?

25   A    No, it was not successful.

33

1   Q    Did you work with anyone in trying to find a market

2   for the refrigerator market?

3   A    No.

4   Q    When did you start working at Showa Hibachi?

5   A    September 25, 2006.

6   Q    And did you apply for a position there?

7   A    Correct.

8   Q    And what was the process for applying for a position?

9   A    He put up an advertisement in the newspaper and I

10  made a phone call to the restaurant and on the phone I

11  spoke to the boss's wife and she asked me to go over, and

12  I took the subway pass to the restaurant location.  At the

13  last stop the boss's wife came to pick me up.

14  Q    Pick you up from the train station?

15  A    I was picked up at the last stop of NRE, that was a

16  long name, and I was picked up there, on Long Island.

17  Q    Did you first call the restaurant to inquire about

18  the position?

19  A    Yes.

20  Q    And who typically picked up the telephone at the

21  restaurant?

22  A    When I first arrived in 2006, there was a lady from

23  Malaysia who usually answered the phone.  After that he

24  was the boss's wife who answered the phone.

25  Q    During the time there was a person there, a Malaysian

34

1    person, did the boss's wife also operate the telephone?

2    A    If someone answered the phone call, then the boss's

3    wife would not answer the call.  She would do something

4    else.

5    Q    When you called, who picked up the phone?  Was it the

6    boss's wife or someone else?

7    A    It was the boss's wife who answered the call.

8    Q    And when you spoke with her, did you discuss the job

9    at all?

10   A    Yes, I did.

11   Q    Over the phone?

12   A    Yes.

13   Q    What did you discuss with her?

14   A    She asked me if I worked before and where I worked.

15   And then I told her where I worked, and she asked me to

16   come over.  And after I went over, we talk about that and

17   she asked me to stay.

18   Q    During your deposition, I asked you the same

19   question.  This is on page 18, line 16.

20        Question:  During the phone call that you had,

21   did she discuss any of the details of the job with you?

22        Answer:  On the phone we did not discuss.  But

23   when I arrived at the restaurant, yes, we talked about it.

24        So are you changing your testimony?

25   A    There was no change.  Just picking the words.  How

35

1    could we not discuss about this?

2    Q    Then why during your deposition did you say we did

3    not discuss, but when I arrived, we talked about it?

4    A    Of course, I was asked about this and I can ask the

5    attorney, when you look for a job, the boss definitely

6    asks what is before and experience.  Of course the boss

7    would ask you such questions.

8    Q    But that was discussed on the phone?

9    A    Let me ask you a question.  Is it necessary to stick

10   on this question?

11              THE COURT:  Mr. Ji, you don't have to ask the

12   questions here.  Just answer the question unless there is

13   an objection.

14              THE WITNESS:  Okay.

15   Q    So after the phone call, you went to the restaurant,

16   correct?

17   A    After the phone call, she told me how to take the

18   public transportation, and then I took the public

19   transportation over there and the boss's wife picked me up

20   and she drove me to the restaurant.

21   Q    When you got to the restaurant, were you interviewed?

22   A    There was an interview.

23   Q    Where was this interview held in the restaurant?

24   A    That was inside the restaurant.  The exact location I

25   do not recall.

36

1  Q    Do you know what time of day it was?

2  A    I believe that was in the afternoon.

3  Q    Do you know where that was?

4  A    I do not recall.

5  Q    Who was initially present when you first started the

6  interview?

7  A    I believe the boss and the boss's wife were both

8  there.

9  Q    Do you believe they were there?

10 A    Yes.

11 Q    And did both of them speak during this interview, or

12 only one of them?

13 A    I do not believe, but I believe both of them spoke

14 with me.

15 Q    Did you discuss your salary during the interview?

16 A    Definitely it was discussed.

17       MR. BROWN:  On page 19 of the transcript, I

18 asked you during your deposition did you discuss what your

19 salary would be, and you answered no.

20       So which is correct?

21 A    The situation was like this.  Initially they intended

22 to pay me monthly salary, but I said to them for Japanese

23 restaurant I was usually paid weekly salary and they said

24 that then let us do it this way.  Let me see how you work.

25       I said yes, of course --  I haven't finished.

37

1      When I received the first pay, they paid me $100

2  more, extra, and I returned the money to them.

3      I'm finished.

4  Q    Why didn't you mention that at your deposition then?

5  A    I felt this matter was not important, related to this

6  matter.  That's why I did not mention.

7  Q    So during your deposition you only mentioned things

8  that you felt were important?

9  A    I felt those issues that related to this matter, at

10  the time of the interview, of course he asked me where I

11  had been working, where or how.  There was mention about

12  this.

13  Q    Who was speaking when they told you this information

14  about your salary?

15  A    It was more than ten years.  The details I do not

16  recall.

17  Q    Did you discuss the hours that you would be working?

18  A    He or she told me how many hours a day and how many

19  days a week I would be working.

20  Q    And what did they tell you?

21  A    I was told I would be working six days a week and

22  from what time to go to work and from what time to leave

23  work.

24      And this would be a job -- and transportation

25  would be provided and at what time we would be picked up

38

1   to go to work and what time we would be picked up to leave

2   work.

3   Q    And what time did they say you would be picked up?

4   A    In Flushing, that would be before 10:30 that the car

5   would depart.

6   Q    And who told you that?

7   A    I do not recall which of the two said that to me.

8   Q    What position were you originally hired for?

9   A    That would be the helper in the kitchen.

10  Q    You weren't hired as a cook?

11  A    I was also a cook.  There were two cooks in the

12  kitchen.  One teriyaki and the second was a tempura.

13  Mr. Ji was the teriyaki cook.

14  Q    And did your position ever change?

15  A    Later on it was changed.

16  Q    And what was it changed to?

17  A    It was changed to cook.

18  Q    And when did the change happen?

19  A    After Mr. Ji left.

20  Q    And when was that?  What date?

21  A    I believe that was either in 2007 or 2008 around.

22  Q    And when you first started at Showa Hibachi, who was

23  your supervisor in the kitchen?

24  A    Mr. Yi, Y-I.

25  Q    You said he left around 2007, or 2008?

Junjiang Ji - Cross/Brown

39

1   A    Yes.

2   Q    So after Mr. Yi left, who filled that first position?

3   A    That was me.

4   Q    So did you become the supervisor in the kitchen then?

5   A    I believe, yes.

6   Q    Who would you consider to be the boss at Showa

7   Hibachi?

8   A    The older boss and the older boss's wife, the two of

9   them were the real owners of the restaurant.

10  Q    Anyone else?

11  A    The boss's son Jia Ling Hu was the son.

12  Q    While at Showa Hibachi, who would hire an employee?

13  A    Also the boss and the boss's wife, the two of them.

14  Q    How do you know them?

15  A    Of course, that would be the boss and the boss's

16  wife, whoever they wanted to continue there or whoever

17  they wanted to hire.

18  Q    How do you know that the boss and the boss's wife

19  both hired people?

20  A    Today this person did not continue to work and the

21  next day another person came over.

22  Q    So how do you know who hired that person?

23  A    Of course that would be the boss who hired the

24  person, employees.  They had power to hire people.

25  Q    You said the boss and the boss's wife both hired

40

1   people.  How do you know they both hired people?

2   A    Of course that would be the decision of the two.  As

3   to who made the decision, I don't know.

4   Q    Did you ever witness the boss's wife hiring someone?

5   A    I don't know how to say this word, this sentence.

6   Let's say today this person, he's working there and the

7   next day another person came over and as to who made the

8   decision, which person made the decision, I don't know.

9   Q    You said --

10              THE COURT:  Mr. Brown, we'll take a lunch break

11   when you get to a good spot.

12              MR. BROWN:  Five or ten minutes.

13   Q    Were persons fired at the restaurant?

14   A    I don't know how to distinguish, whether the

15   employees were fired or terminated.

16   Q    Did you ever witness an employee being fired or

17   terminated?

18   A    That was this person who worked for the day and the

19   next day would not be there.  I don't know whether the

20   person was fired or terminated.

21   Q    Did you witness anyone at the restaurant telling

22   someone else that they were fired?

23   A    I can't tell the difference, whether the employee was

24   terminated or fired.  And for one time there was a hibachi

25   employee, a sushi, the name is Scorfi (ph) and the boss

Junjiang Ji - Cross/Brown

**41**

1    and the boss's wife were occupants on this person and the

2    next day Scorfi didn't come to work anymore.

3    Q    But you didn't hear this person being told they were

4    being fired?

5    A    No.

6              MR. BROWN:  That would be a good time for a

7    break.

8              THE COURT:  You have to speak louder, Mr. Brown.

9              MR. BROWN:  Sorry, this would be a good time for

10   a break.

11             THE COURT:  We'll be back at 1:45.  Mr. Troy,

12   please don't speak to your client during this time.

13             THE INTERPRETER:  What time, your Honor?

14             THE COURT:  1:45.

15             (Whereupon, a recess was taken.)

16             (Continued on the following page.)

17

18

19

20

21

22

23

24

25

42

1           A F T E R N O O N   S E S S I O N

2

3           THE COURT:  Ready to resume cross-examination.

4   Q    Mr. Li, where are you physically located?

5   A    I'm in Tianjin.

6   Q    Is that in mainland China?

7   A    Correct.

8           MR. BROWN:  Your Honor, we went over this a

9   number of times.  When we went over the deposition, it

10  can't be transmitted from a location at mainland China.

11  It has to be done from Hong Kong or Taiwan.  We agreed to

12  that.  We had a discussion three times that we've been

13  before the Court, so I do not understand why it is being

14  broadcast out of Tianjin.

15          THE COURT:  Okay.  What do you want?

16          MR. BROWN:  This is in direct violation of the

17  Court order.  This is in violation of Chinese law as we've

18  gone over it.

19          THE COURT:  I have no idea what Chinese law is.

20  You can deal with that in due course.  Right now we're

21  doing cross-examination.

22          You're right.  We've been over this.  Continue

23  with your cross-examination.

24          MR. BROWN:  Thank you, your Honor.

25  Q    What was the schedule at the restaurant?

43

1    A    The boss's wife schedule, work schedule.

2    Q    How do you know that the boss's wife did the

3    schedule?

4    A    If not arranged by the two of them, who will arrange

5    them?

6    Q    Well, I'm asking how do you know if the boss's wife

7    in particular scheduled and not the boss?

8    A    I don't know whether it was the boss or the boss's

9    wife that arranged that, but we listen to either one of

10   them.

11   Q    So you are not sure who made the schedule between the

12   two of them?

13   A    I don't know actually who the person was.

14   Q    How were the schedules set?

15   A    They posted in the store at the restaurant and we

16   were notified when we would be pick up.  That's the time

17   we were supposed to start to work.

18   Q    Who did you speak to if you needed a day off?

19   A    We have to set a schedule for the day off.  Let's say

20   you are supposed to have a Tuesday off.  No one has to

21   tell you.  You just had to take a day off.

22   Q    If you needed a day off for medical reasons, who

23   would you ask for a day off?

24   A    If I wanted to ask for a leave I could either speak

25   to the boss or the boss's wife.  Either one of them.

44

1   Q    Did you ever speak to the boss's wife and request a

2   day off from her?

3   A    I believe, yes.

4   Q    Besides yourself, did anyone else supervise the work

5   of the kitchen employees?

6   A    I believe I was not supervising the kitchen either.

7   As a matter of fact, I was just working longer at the

8   restaurant than the other person.  There were only two

9   people in the kitchen, so I would take more

10  responsibilities.

11  Q    Was there anyone who would tell employees what to do

12  within the kitchen?

13  A    No one told anybody to do anything.  When we have the

14  orders, we just accommodate.  If there were no orders, we

15  just do the side work and we did the job by ourselves.

16  Q    What would the boss do at the restaurant on a

17  day-to-day basis?

18  A    Sometimes he was working in the front and busy doing

19  something.

20  Q    Do you know what he was doing?

21  A    Sometimes he did the job waiting, and doing the

22  dishes.

23  Q    Did you ever observe what the boss's wife did on a

24  day-to-day basis?

25  A    She served as the hostess and cashier.

Junjiang Ji - Cross/Brown

1  Q    Anything else?

2  A    Sometimes she also served as the waitress.

3  Q    Do you know how often she was at the restaurant?

4  A    She very often was in the restaurant.

5  Q    Was she at the restaurant during the daytime?

6  A    Yes.

7  Q    Every day?

8  A    Basically every day.

9  Q    And what about the boss's son?  Did you observe what

10 he did on a day-to-day basis?

11 A    Because he sometimes served as the host and sometimes

12 he worked at the bar, basically.

13 Q    Did you ever observe him supervising any employees?

14 A    Of course if something happened, he would say

15 something.

16 Q    Can you give me a specific example?

17 A    On one occasion when I was doing the cleaning, and he

18 told me what to do and what to do.  He said to me --

19 Q    What did he tell you to do?

20 A    He told me to sweep the floor and mop the floor and

21 do all the cleaning in the kitchen, that kind of job in

22 the kitchen.

23        MR. BROWN:  Page 31 of your deposition.  I asked

24 did he ever supervise kitchen workers and you responded

25 no.

46

1    So why are you telling me now that he's

2  supervising you?

3  A    Basically he did some supervising job at the

4  restaurant and during the ten years I worked there most of

5  the time it was the boss and the boss's wife that

6  supervised the job, but for those ten years he never said

7  something about the kitchen.  That's impossible.

8  Q    So was it only the one time that he asked you to

9  clean?

10  A    There were several times, because I worked there

11  close to ten years, there should be more than one time.

12  Several times.

13    And sometimes when the liquor arrived on the

14  first floor, he would ask the other employees and also ask

15  me to move the liquor into the basement.

16  Q    If you are stating all these examples now why are you

17  saying that he didn't supervise at your deposition about

18  then most of the time he was the boss and the boss's wife

19  who said that.

20  A    So he's not saying much.  That is the important part

21  and that wasn't the minor part.

22  Q    During your deposition I asked were there any other

23  bosses beside the boss and his wife.

24    You responded, I heard about the name the

25  company had been changed and their son became the boss but

Junjiang Ji - Cross/Brown

47

1    as a matter of fact the boss and his wife were in charge

2    of the operation.

3            So would you say the boss and the wife were in

4    charge of the operation at all times?

5    A    Yes, correct.  Mainly it was the boss and his wife

6    who was in charge.

7    Q    Did you ever witness the boss's son hire or fire any

8    employees?

9    A    I don't recall.

10   Q    What was your rate of pay when you first became

11   employed by Showa Hibachi?

12   A    $500 per week.

13   Q    And did that ever change?

14   A    Later on it was changed and it was increased.

15   Q    Do you recall what it was changed to?

16   A    $630 per week.

17   Q    And when did the change occur?

18   A    I believe it was either in 2007 or 2008.

19   Q    And who told you about the change?

20   A    At the time I received the pay when I looked at the

21   pay stub, I realized that.

22   Q    So no one told you?

23   A    I don't recall if someone ever told me.

24   Q    You said earlier during your direct testimony you

25   received $105 per day; is that correct?

48

```
1              MR. TROY:  Objection, your Honor.  I don't think

2    that is exactly the answer he had.  I believe the answer

3    he told me, he was paid weekly and if he worked more days,

4    he's going to get more.  If he work less day, then he will

5    get less.

6              THE COURT:  Overruled.

7              Repeat the question please, Mr. Interpreter.

8              (Interpreter complies.)

9    A    I did not say that.

10   Q    If you worked one day more than your regular

11   schedule, would you receive more compensation?

12   A    Yes.

13   Q    And how much more?

14   A    630 divided by 6.

15   Q    So is that $105?

16   A    Yes.

17   Q    So it would be fair to say that your salary was based

18   on a daily rate of $105 per day?

19   A    No.

20   Q    Did you ever work half days?

21   A    Occasionally, yes.

22   Q    And if you worked half days, did your compensation

23   change at all?

24   A    They would deduct it from my pay.

25   Q    How much would be deducted from your pay if you
```

**49**

1    worked a half day?

2    A    As a matter of fact, I worked there for almost ten

3    years.  Only once or twice I worked a half day.  As to

4    exactly how much they paid me, I don't recall.

5    Q    But you said you work was adjusted, you didn't get

6    regular pay deducted from your salary?

7    A    Yes.

8    Q    Do you recall how much?

9    A    Yes.

10   Q    When you received your salary, when you received your

11   pay, were you required to sign any papers?

12   A    We were given a piece of documents and required us to

13   sign our names.  After we signed our names, it was taken

14   back.

15   Q    Do you recall what was on the paper?

16   A    There were names and how much money, and if there was

17   a check how much for the check and how much for the cash.

18   Q    Would it affect your employment if you didn't sign

19   this paper?

20   A    Yes.

21              MR. BROWN:  Excuse me, your Honor.

22              (Counsel confer.)

23              MR. BROWN:  Your Honor, I just conferred with

24   Mr. Troy.  He consents to the admission of the pay stub

25   records.

50

1          THE COURT:  I cannot hear you.

2          MR. BROWN:  Sorry.  I spoke with Mr. Troy, he

3    said he would consent to the admission of one of the

4    exhibits.

5          THE COURT:  Okay.  Which one?

6          MR. BROWN:  This is Exhibit, D-6, Bates stamp

7    D00242 through D00259.

8          THE COURT:  Okay.  No objection; is that

9    correct?

10          MR. TROY:  Your Honor, I would like to check.

11          THE COURT:  Sure, take a look.

12          MR. BROWN:  Sorry.

13          THE COURT:  No problem.

14          MR. BROWN:  For purposes where we are now, we're

15    looking at document number D0094 through D00241.

16          THE COURT:  Those are not in D-6 though.

17          MR. BROWN:  This is not D-6.  This is D-5.

18          THE COURT:  D-5?  And give me the Bates stamp

19    numbers again.

20          MR. BROWN:  D94 through D241.

21          THE COURT:  Is that what you are consenting to

22    be admitted into evidence, Mr. Troy?

23          MR. TROY:  No, your Honor.  We only consent to

24    to when he was paid, we only consent to the writing over

25    there (indicating).  Only the writing part, not in the

1    check-in, check-out part.

2              THE COURT:  So you don't consent?

3              MR. TROY:  No, your Honor.

4              THE COURT:  Okay.  So you have to get them into

5    evidence, Mr. Brown.

6    BY MR. BROWN:

7    Q    Mr. Ji, do you have the exhibit, what was intended

8    for the trial, with you right now?

9    A    At that time I got it from there, yes.

10             MR. TROY:  Your Honor, I don't think defense

11   counsel, he just provide the exhibit this morning.  Even

12   to say the documents is different from the one he has

13   admitted to the Court.  He mentioned before that time.  So

14   I don't think our client has any exhibit for the trial at

15   all.

16             THE COURT:  Okay.  What does he have, Mr. Brown?

17             MR. BROWN:  We submitted these documents months

18   ago.

19             THE COURT:  To?

20             MR. BROWN:  To Mr. Troy.

21             THE COURT:  And you didn't give a copy to your

22   client.

23             Mr. Troy, this is done for your convenience, not

24   Mr. Brown's.  Your client doesn't show up for his own

25   trial.  Don't hang this on him.  Why didn't you give a

52

1   copy of the exhibits to your client?

2           MR. TROY:  Your Honor, the copy of that is

3   totally different --

4           THE COURT:  Yes, it was given to you months ago

5   and you asked that your client come do it by video rather

6   than come into court.  Don't you think your client

7   wouldn't need a copy of this?

8           MR. TROY:  We thought we could do it through the

9   video.

10          THE COURT:  Are you kidding?  This is a problem.

11  What is Mr. Brown to do, hold it up to the screen?

12          Ten minutes.

13          (Whereupon, a recess was taken.)

14          THE COURT:  We're back on the record.

15          Before the short break, Mr. Troy objected to

16  Mr. Brown using exhibits for which his client, which

17  Mr. Brown provided to his client months ago and Mr. Troy

18  didn't provide it to his client.

19          We're going to end Mr. Ji's cross-examination.

20  I don't care what it cost, but you will send your client a

21  copy of all the exhibits.

22          In the meantime you will put on your other

23  client.  We'll continue with the trial and we'll circle

24  back after Mr. Ji gets the exhibit and you will be able to

25  cross-examine him too so you'll have the ability to

53

1   cross-examine him with his own documents.  Is that fair?

2           MR. TROY:  Your Honor, there is evidence

3   Document 94.

4           THE COURT:  Yes.

5           MR. TROY:  To 241.  Plaintiff admitted to put

6   this into evidence.

7           THE COURT:  But if you admit it in evidence he

8   can cross-examine your client with the documents that your

9   client doesn't have in front of him.  I don't want your

10  client to guess what the documents said.  I think what

11  we'll do, remove that subset of documents into a single

12  exhibit.  Tomorrow we'll admit them by consent.  In the

13  meantime that is separate.

14          In the meantime Mr. Ji will step down or stop

15  testifying.  Your other client, Mr. Li will take the stand

16  and you'll do his direct and we'll continue, and tonight

17  we'll conclude for the day.  You need to FedEx those

18  binders to your client.

19          Mr. Interpreter, I'll need your help in

20  translating that.

21          THE WITNESS:  I have something to say, excuse

22  me.

23          THE COURT:  No, he could talk to his client

24  after court -- I'm sorry, to his attorney after court and

25  Mr. Troy can decide to do something.  He can communicate

54

1   that tomorrow morning.

2           Doesn't he want to listen to the rest of it?

3           Mr. Feng, did you tell him he should leave?

4           THE INTERPRETER:  I just translated what you

5   said.  He will speak to his attorney only.

6           THE COURT:  The reason I bring this up, he

7   obviously has a right to watch his trial and now he can't

8   hear you.

9           You can send an e-mail to your client so he can

10  listen to the testimony.  Of course he has that right.

11          MR. TROY:  Yes, your Honor.

12          THE COURT:  In the meantime put your other

13  client on the stand and we'll continue.  Also tell me

14  tomorrow when you expect the package to arrive at Mr. Ji's

15  residence or wherever he is.

16          MR. TROY:  Your Honor, if I may.  The evidence

17  is repetitive, 100 percent repetitive, so we only take

18  only maybe three minutes.

19          THE COURT:  That's fine.  If that's what it

20  takes, do whatever makes sense strategically.  It still

21  will be subject to whatever Mr. Brown decides to

22  cross-examine.  That's fine.  Put your witness on the

23  stand.

24          MR. TROY:  So we continue with the next witness?

25          THE COURT:  Yes, please.

55

1          This is your on the client, Mr. Li?

2          MR. TROY:  Yes.

3          Your Honor, we'll call Mr. Decheng Li.

4          THE COURT:  Let's swear him in with the

5    interpreter's assistance.

6          THE CLERK:  Please raise your right hand.

7    **DECHENG    LI**,

8          called as a witness, having been first

9          duly sworn, was examined and testified

10         as follows:

11         THE COURT:  Please be seated.

12         THE COURT:  Mr. Troy, your witness.

13         MR. TROY:  Your Honor, may I approach?

14         THE COURT:  Yes.  Mr. Brown, you may approach

15   too.  We're very lacks here about that kind of thing.

16   Okay.

17   DIRECT EXAMINATION

18   BY MR. TROY:

19         THE COURT:  You have to keep your voice up.

20   It's very hard to hear your voice without the microphone.

21         MR. TROY:  Yes.

22   Q    Mr. Li, would you like to state your name for the

23   record?

24   A    My name is Decheng Li.

25         THE COURT:  Give your best spelling.

Decheng Li - Direct/Troy

56

1        THE WITNESS:  DECHENG, last name LI.

2  Q    Mr. Li, do you happen to know if there is a

3  restaurant named Showa Hibachi?

4  A    Correct.  The full name is Showa Hibachi Restaurant.

5  Q    How do you know the restaurant Showa Hibachi?

6  A    I saw the advertisement in the newspaper and then I

7  looked for the shop over there.

8  Q    What kind of newspaper did you read?

9  A    The Chinese World Journal.

10 Q    Do you remember what is in the newspaper, on the

11 advertisement?

12 A    They were looking for a kitchen chef for the Japanese

13 restaurant.

14 Q    After you read the advertisement, what is your

15 response?

16 A    I needed a job at that time so I made a phone call

17 over there.

18 Q    And then what happened?

19 A    And after I made a phone call, I later on realized it

20 was the boss's wife who answered the call.

21 Q    Did you have any conversation during the phone call?

22 A    I said I was looking for a job.

23 Q    What was their response?

24 A    She asked me if I had worked before.

25 Q    What is your reply?

57

1   A    I said I worked for many, many years.

2   Q    And what happened next?

3   A    She asked me to go to work there.

4   Q    What kind of conference you have on the phone, except

5   for whatever you say to us already.

6         Do you remember?

7   A    She asked me to wait at Main Street and Franklin

8   Avenue, to wait at 11:30.

9   Q    Same day or next day?

10  A    I was asked to go on the next day.

11  Q    Did you go on the next day?

12  A    I did.

13  Q    Okay.  What happened on the next day at 11:30?

14  A    At 11:30 I waited at the Main Street and Franklin

15  Avenue, the building, to wait for the commuting vehicle.

16  Q    What's happen when the vehicle came?

17  A    I was already taken over there.  I was going to the

18  restaurant directly.

19  Q    How do you get into the vehicle, transporting

20  vehicle?

21  A    We all waited there.  Several people, yes.

22  Q    Were you introduced to other people, or how did you

23  get to know them?

24  A    The first time she recorded my phone number and also

25  told me what kind of vehicle and what color of the vehicle

Decheng Li - Direct/Troy

58

1    to get on.

2    Q    Who called you.

3    A    The boss's wife.

4         MR. TROY:  Your Honor, I was told he cannot

5    hear.  So maybe I need to go back.

6         THE COURT:  Probably.

7         MR. BROWN:  Do you know where the mute is that

8    feeds to the courtroom?  There's a lot of background.

9         THE COURT:  Let's find out.

10        THE INTERPRETER:  Your Honor, he might not be

11   able to hear me.

12        THE COURT:  So you probably need to stand with

13   Mr. Troy there by the mike.

14        Perhaps you can put the volume down on the

15   computer.  They wanted Mr. Ji to be able to hear what is

16   happening in the courtroom.

17        We'll call the tech department to try to be able

18   to mute the background that is transmitting into the

19   courtroom.

20        (Pause in proceedings.)

21        THE INTERPRETER:  Do you want me to ask him if

22   he can hear over there?

23        THE COURT:  Yes.

24        Okay.  Good.  Thank you.  Let's continue.

25   Q    Can you tell us what happened when you arrived at the

59

1    restaurant, the first day?

2    A    The first day his wife told me I would be working

3    four days a week and receive $420 per week and working in

4    the kitchen as a kitchen cook.

5    Q    Do you remember when was the day?

6    A    I believe that was in August of 2014.

7    Q    And what happened next?

8    A    I work four days because I worked as the kitchen cook

9    for a long, long time.  For many years, because I worked

10   in the states for many years as a kitchen cook and there

11   were some things that I saw and I raised my issues.

12   Q    Who did you raise the issue to?

13   A    I said my opinion to my boss's wife.

14   Q    What kind of opinions did you have?

15   A    Because the problem the restaurant had was not the

16   issue of behavior of morality, but the problems had

17   already touched the bottom line against the rules and the

18   laws of the United States here.  Because I raised a lot of

19   issues, the boss's wife was not satisfied with me, with a

20   lot of satisfaction.

21   Q    What exactly was the issue you have, you say, to the

22   employer?

23   A    If I discuss about these issues, and I believe, your

24   Honor, and the lady in this courtroom will not reach the

25   bottom lines of the legal system in the states.

60

1    On two occasions I made phone calls to 311.  The

2    first one was at the spring festival of 2015 and the

3    second time was in August of 2015.  I called 311.

4         MR. TROY:  Hold on.  Mr. Li, now we are talking

5    about what happened on the first couple of days of your

6    employment.

7         THE WITNESS:  The first one or two days, for all

8    the issues I witnessed, including the year the sanitation

9    and things like that, I said to the boss and the boss's

10   wife.

11   Q    Do you remember the first time you were employed at

12   the restaurant, how long you had been working over there

13   in 2014?

14   A    I worked from August 2014 until June of 2015.

15   Q    Just now you are talking about you worked four days

16   per week, but would you like to tell us what time you

17   start work every day, every four days of the week?

18   A    On weekends, Friday and Saturday, I was picked up at

19   11:30 and arrived at the restaurant at 12, and I work

20   until 11:00 p.m. for Friday and Saturday.

21   Q    You were picked up at 11:30.  That means you arrived

22   at the restaurant around 12 o'clock?

23   A    At 12 o'clock I arrived at the restaurant.

24   Q    How about the other two weekdays?

25   A    The other two days and also I was picked up at 11:30

**61**

1   at the wife's restaurant and I work until 10 o'clock in

2   the evening.

3   Q    How do you go to work every day?

4   A    The boss arranged the transportation vehicle for us

5   to go to work.

6   Q    During your employment, do you have any break hours

7   in the day?

8   A    Our work schedule at the restaurant for weekdays it

9   was from 12 o'clock to 10.  From weekend from 12 o'clock

10  to 11.

11  Q    Did the restaurant have any break hours during the

12  day?

13  A    If there were no customers, we had to wait there.

14  There was no fixed break time.  We had to stay at the

15  restaurant.

16  Q    Let be specific.  From 3 to 5 in the afternoon, did

17  the restaurant have break hours?

18  A    There was not a break time during that period of

19  time.  There would be orders to make, take-out to do and

20  cleaning to take care.  And the restaurant did not close

21  for any period of that time, even for Hibachi or eating or

22  take-out.

23  Q    Did you take meals during your workday?

24  A    Yes, I have meals.

25  Q    How many meals do you have during the day?

62

1    A    Lunch and dinner.

2    Q    Do you have fixed time for the lunch or dinner?

3    A    Lunch would be served approximately from 2:50 to

4    3 o'clock.  For dinner, weekdays it would be at 9 o'clock.

5    For weekends it would be at 10 o'clock p.m.

6    Q    Did you eat your meals?  If the restaurants get

7    orders from customers, what did you do?

8    A    Anytime.  We work on the order first.

9    Q    Are you telling us you stop your meals and then you

10   do the order for the customer first?

11   A    Yes.

12   Q    This sometimes happen or it happens always?

13   A    The mealtimes are okay, but from 3 to 5 it was very

14   often that there was eating, take-out and Hibachi and

15   customers came in and very often it happened.

16   Q    So the restaurant did not close from 3 to 5?

17   A    Yes.

18   Q    During your employment, do you know how many

19   employees in the restaurant, total?

20   A    There are altogether six employees, two in the

21   kitchen, two Hibachi and one waitress, and one is a sushi

22   man.  And on weekend there would be one additional

23   part-time.

24   Q    Would you like to tell us how many days, you know,

25   how many days the restaurant worker works, including you

Decheng Li - Direct/Troy

63

1   and Mr. Ji.

2          You are in the kitchen and chef.  How many days

3   did you and Mr. Ji work per week?

4   A    When I started working there, each of us worked four

5   days.

6   Q    Are you telling us seven days a week you are over

7   there with another kitchen chef for only one day?

8          MR. TROY:  I don't know if there was answer.

9          THE COURT:  I can't hear you.

10          MR. BROWN:  I don't understand the question.

11          THE COURT:  Why don't you reword the question

12   and you'll start again.

13   Q    Are you telling us you only work alone for the three

14   days and you only have your kitchen part one day on each

15   week?  Am I right?

16          THE COURT:  Only have your kitchen what?

17          That was also two questions, Mr. Troy.

18          MR. TROY:  Okay.

19   Q    How many kitchen workers works every day?

20   A    Hibachi and waitress and the sushi.  In the kitchen

21   there was another coworker.

22   Q    How many people work in the kitchen every day?

23   A    Just one.  Other than Sunday, there would be two.

24   Other than Sunday, there was always one.

25   Q    Other than Sunday or other than Saturday?

64

1   A    Saturday.

2            MR. TROY:   Thank you.

3   Q    How many waiter or waitress work every day?

4   A    There was one.

5   Q    Okay.  How about the Hibachi?  How many Hibachi chef

6   work every day?

7   A    There are two every day, but each of them worked five

8   days.  Sometimes there was one.

9   Q    So two days they have only one Hibachi chef in the

10  restaurant?

11  A    Yes.

12  Q    So if you work in the kitchen, you don't show up in

13  the early morning, there is no kitchen chef in the morning

14  for the lunch session; am I right?

15  A    Correct.

16  Q    But did it happen or did it never happen, you don't

17  have kitchen chef for the lunch?

18  A    No, from lunchtime until the restaurant closed, it

19  was operating normally at the restaurant.

20  Q    During your employment, did boss, boss wife and boss

21  son work at the restaurant too?

22  A    Yes.

23  Q    How often the boss went to the restaurant?

24  A    The boss and his wife were at the restaurant every

25  day.

1  Q    How long did the son start too?

2  A    Sometime he was there four days, sometimes a half

3  day.

4  Q    What do you mean half day?

5  A    He came after 4 o'clock in the afternoon.

6  Q    Do you remember how many days he went to work for

7  half days a week?

8  A    I believe two half days and one full day.

9  Q    How much did you get pay a week?

10  A    420.

11  Q    Who pay you?

12  A    It was written by boss's wife and handed over to me

13  by the boss and I signed the document and it was taken

14  back.  The document was taken back.

15  Q    You are talking about taking it from whom?

16  A    Sometimes the boss took it back and sometimes I

17  directly gave back to the owner's wife.

18  Q    How did you get paid?

19       You are paid by cash or you are paid by check?

20  A    All cash.

21  Q    When you got pay by cash, did you get tax

22  withholding?

23  A    No.

24  Q    During your employment, did your working hour ever

25  change?

Decheng Li - Direct/Troy

66

1    A    No.

2    Q    Did your pay ever change?

3    A    No.

4    Q    When is the last day of your employment?

5    A    I believe I worked until the end of June.  Whether it

6    was on June 30th or which day, I do not recall, but it was

7    the end of June, 2015.

8    Q    You quit or you get fired?

9    A    I was fired by the boss's wife.

10    Q    Would you like to tell us why?

11    A    Because I filed a complaint in front of the boss's

12    wife.

13    Q    You are talking about you raised your complaint with

14    the boss's wife?

15    A    Correct.

16    Q    What kind of complaint do you have?

17    A    In front of other people, she insisted on ruining

18    rice, over 100 pounds of rice, to use that, and I objected

19    it.

20    Q    What is wrong with the rice?

21    A    There was mold on the rice and it became green.

22    Q    So you object to the cook or the customers?

23    A    Yes.

24    Q    That's the only dispute you have with the employer?

25    A    That was one of the issues.

1   Q    What are the others.

2   A    And also the lobster tail that was already became

3   rotten and smell.

4        In addition, they take those leftovers by the

5   customers, such as beef, steak, chicken, shrimp and

6   scallops into the can in the kitchen.

7   Q    What did you do about it?

8   A    He asked the kitchen chef to cook the leftover from

9   the customers such as beef, chicken, shrimp and scallop to

10  be cooked, those food.

11       They cook this food as promotion to the ice

12  cream provider because they provided the ice cream to the

13  parties, so in turn he gave them this recooked food.

14       There was a customer who made a large order,

15  over $100.  Two Hibachi steak and two Hibachi shrimp.  It

16  happened on a Saturday.  As a result, the customer did not

17  come to pick it up.  In the evening they brought them

18  home.

19       On Tuesday, the boss and the boss's wife came

20  back to the kitchen and asked me if there were orders that

21  came in, just use them first.

22       Obviously by looking at it, the two orders of

23  the steak and the two order of shrimp had been consumed,

24  and those were leftovers.  I also took pictures of the

25  food and the receipt for the orders.

68

1  Q     So you had a dispute with your employer.

2         Finally what happened?  You, after the dispute,

3  what happened.

4  A     Soon they realized I was a disgusting (sic) person,

5  and that's why I was fired.

6  Q     When you disputed with the employer, did you do

7  anything else?

8  A     No other issues.  I just leave my job.

9  Q     Did you complain to any other people or other agency?

10  A     I made two phone calls to the 311, but the 311

11  operator in the county did not belong to the 311 area.  I

12  should file a complaint to the New York State or the

13  Nassau County.

14        After discovering, I felt uncomfortable so I

15  disclosed to all my friend and landlord and all my friend

16  knew about this.

17        Yesterday I met a friend of mine and this person

18  is still in Flushing and he used to work at the restaurant

19  for a period of time and he also knew they used the

20  garbage to serve the customers.

21  Q     When was your last day of the employment?

22  A     I believe I worked until the end of June of 2015.

23  Q     How much money did you make during your employment

24  with Showa?

25  A     Maybe a total of $16,000 (in English).

69

```
 1              MR. TROY:  Mr. Li, you have to speak in Chinese.
 2              THE WITNESS:  Okay.
 3    Q    Do you happen to know how much money the kitchen
 4    department can make each week or each day or each month?
 5              THE COURT:  Pick one, Mr. Troy.
 6              Sustained.  Rephrase the question.  Which one do
 7    you want him to answer?
 8    Q    Do you happen to know how much money the kitchen
 9    department generate every month?
10    A    It was accustom for kitchen checks to ensure that
11    they would generate more income for the restaurant.  So
12    every evening I took a look at the orders that we received
13    and I believe we would have $11,000 per month from the
14    kitchen.
15    Q    Do you happen to know how much money the restaurant
16    in total generates each month?
17    A    Approximately between 49,000 to 52,000.
18    Q    How do you come to the number?
19    A    From the kitchen where we make about 11,000.
20              As for the Hibachi, because sometimes if they
21    were busy we would have to help them to prepare the
22    ingredients, based on $35 per head and also based on the
23    tips received per head, and we also discussed on the way
24    back in the evening back to Flushing, we come up with
25    these figures.
```

70

1   Q    How about the department with sushi?

2   A    Sometimes when we have time we check it with the

3   sushi man and he would say today we had $250 in business,

4   sometimes more than 300, sometimes more than 350.

5           MR. BROWN:  Objection, hearsay.

6           THE COURT:  Sustained.

7   Q    Did you happen to receive the orders during your

8   employment, the order slips?

9   A    What do you mean by order slips?

10  Q    Have you ever seen any orders at different

11  departments from your kitchen department?

12  A    Yes.

13  Q    What is it you see?

14  A    The orders from the hibachi department.

15  Q    How did you see it or how did you see them?

16  A    Because sometimes when they were busy, I would go

17  over to have them prepare the ingredients for the dishes.

18  Q    Have you ever seen any orders yourself at different

19  departments?

20  A    I personally saw it.

21  Q    How about the kitchen department.  Did you ever see

22  any orders yourself or other departments like sushi or --

23  A    Sometimes when there was nothing to do in the

24  kitchen, I was standing at the sushi bar.  I was able to

25  see those orders at the sushi bar.

Decheng Li - Direct/Troy

71

1    Q    Do you know what is the percentage of the credit card

2    sales or the cash revenue, the percentage in the

3    restaurant?

4    A    I believe I heard them say that for credit card

5    payment would be between 30 percent to 40 percent.

6    Q    Are you talking about cash or are you talking about

7    credit card?

8    A    30 to 40 percent, that was cash.

9    Q    And how do you know it?

10   A    I heard the others from the restaurant say that.

11   Q    Usually what kind of location you have a conversation

12   with employees during your employment?

13   A    Sometimes I'll talk about it in the kitchen,

14   sometimes when we have meals, when we sit down we talk

15   about it.

16        Sometimes when we are on our way back in the

17   vehicle.

18        MR. TROY:  Your Honor, I have no questions for

19   the direct.

20        THE COURT:  All right.  Cross-examination,

21   Mr. Brown.

22        MR. BROWN:  Yes, your Honor.

23        (Continued.)

24

25

**Decheng Li - Cross/Brown**

1    CROSS-EXAMINATION

2    BY MR. BROWN:

3    Q    Good afternoon, Mr. Li.

4    A    Good afternoon.

5    Q    What is your date of birth?

6    A    January 30, 1959.

7    Q    Have you ever been convicted of a crime in the United

8    States?

9    A    I don't understand whether I committed any crime in

10   the states.  What do you mean committed a crime?

11   Q    Convicted?

12   A    I was not committing any crimes.  Anyway, I had one

13   argument with my ex-girlfriend.

14   Q    And did that result in you being convicted of any

15   crime?

16   A    I don't know.  Nobody bail me out and there was no

17   fine.  I was released anyway.

18   Q    What is your native language?

19   A    Mandarin.

20   Q    And do you read and speak English?

21   A    No.

22   Q    I heard you respond earlier in English.  Can you

23   speak at least a little English.

24   A    Earlier the reason I spoke English was when I said

25   something that I was very angry and I was very exciting.

73

1    That's why I spoke out by myself.

2    Q    When you are angry or excited, you can speak English?

3    A    I did not take any English classes and I just spoke

4    English myself and my native language is Mandarin.

5    Q    And when did you start working at Showa Hibachi?

6    A    In August of 2014.

7    Q    Did you work at Showa Hibachi at all prior to that?

8    A    You are talking about Showa Hibachi?

9    Q    Correct.

10   A    In 2014, in April, I believe I work two or three days

11   at the restaurant.

12   Q    And you worked two or three days total in April?

13   A    Correct.

14   Q    Why did you work for such a short period of time?

15   A    Because a friend of mine just opened a restaurant and

16   he knew I worked at the restaurant before, and I went to

17   help him to operate the new restaurant.

18   Q    At your deposition you stated you worked there for a

19   short period of time because they weren't giving you

20   enough days to work; is that correct?

21        They weren't giving you enough days to work per

22   week?

23   A    First time I was promised to pay such an amount.  But

24   when I went over there in fact I was not paid that amount.

25   And it happened as my friend opened the restaurant on Long

Decheng Li - Cross/Brown

74

1    Island, so since they would not give me enough time to

2    work, so I went over to help my friend.

3         MR. TROY:  Your Honor, if I may.  I don't think

4    that part is correct, the reason why he is talking about

5    work enough days.

6         THE COURT:  I can't rule on an objection like

7    that.  I have no ability to translate Chinese, and you and

8    Mr. Brown agree to the translator.  If you and Mr. Brown

9    agree to the translation, you can do that.

10        I also appreciate you don't speak to the

11   translator in Chinese while we're on the record.

12        Let's continue.

13   Q    Just to be clear, were you not happy with the number

14   of days that they scheduled you to work when you first

15   started?

16   A    That was one of the issues, but the main issue was

17   that my friend opened the restaurant and asked me to help

18   him over there.

19   Q    How did you first find out about the position in

20   April of 2014?

21   A    Also from the newspaper.

22   Q    And did you call the restaurant to inquire about the

23   position?

24   A    Yes.

25   Q    And when you called the restaurant, who did you speak

Decheng Li - Cross/Brown

75

1    with?

2    A    I spoke to the boss's wife.

3    Q    And when you worked at Showa Hibachi, who would

4    generally work the telephone or operate the telephone at

5    the restaurant?

6    A    Who generally answered the phone calls?  There was a

7    waitress who usually answered the phone call.  If she was

8    not there, it would be either the boss's wife or the

9    boss's son who answered the call.

10   Q    But when you called, did the boss's wife pick up the

11   phone?

12   A    Yes.

13   Q    What position were you initially hired as?

14   A    When I first went to work there, I was the kitchen

15   cook.

16   Q    Did your position ever change?

17   A    No.

18   Q    So why did you return to the restaurant in August of

19   2015 -- I'm sorry, in '14?

20   A    The boss's wife call me.

21   Q    Approximately when did she call you?

22   A    She call me approximately June.

23   Q    And then you returned to work in August?

24   A    Correct.  And after I worked for my friend for a

25   period of time and then the boss's wife called me and

1  asked me to come over.

2  Q    So what specifically did she tell you when she called

3  in June of 2014?

4  A    Four days a week and $420 a week.  On weekdays, we

5  had to wash the dishes ourselves.  On weekends there was a

6  dishwasher person washing dishes.

7  Q    So she called you and just told you how much you will

8  be paid?

9         What else did she tell you when she called?

10  A    $420 per week, four days a week, and based on my

11  calculation for four days, that would be $105 per day.

12  Q    Was this period after any different when you first

13  started working at the restaurant in April of 2014?

14  A    From the time perspective, it was about the same.

15  Q    Was there any difference that you can think of

16  between what you were offered in June and what you

17  received in April.

18  A    You are talking about the second time I returned to

19  work.

20  Q    From what you were told on the phone to what you

21  originally received in April?

22  A    It was different.

23  Q    So how was it different?

24  A    Initially he hired the person to wash the dishes but

25  in fact we had to wash the dishes on weekdays for the

77

1    entire period of time I worked there.

2    Q    So what is different about that?  I don't understand

3    what that has to do with the difference?

4    A    He was behind the scope of the work that he was

5    supposed to do.

6    Q    Do you understand the question?

7            The question is did they offer you anything

8    different when you said the boss's wife called you in June

9    of 2014 versus when you first worked there in April of

10   2014?  Did she offer you something different for you to

11   come back.

12   A    No, no difference.  I only work two or three days in

13   April.  When I returned to work in August, then he only

14   has the person to work on weekend, so there was a total

15   difference what she said to us.

16   Q    Why did you choose to return to the restaurant in

17   August?

18   A    In August I finished the job at my friend's

19   restaurant and I promised him to work for him during the

20   opening period of time.  And since I stopped working

21   there, the boss's wife knew I worked three days and then

22   she asked me to come over to work.

23   Q    Did you notify anybody at Showa Hibachi that you

24   would be returning?

25   A    Would you repeat that?

78

1   Q    Did you tell anyone at Showa Hibachi that you wanted

2   to return in August?

3   A    I said to my friend I would help him for several

4   months to open the restaurant, and afterwards I would go

5   back.

6   Q    So when did you tell someone at Showa Hibachi that

7   you would be returning to the restaurant?

8   A    That was before the Mother's Day in April before I

9   left, I said I would go over there and help my friend for

10  several months and then I would come back, I said to the

11  person, I said to the boss's wife.

12  Q    Did you notify her closer to the closing date that

13  you would be returning?

14  A    Could you repeat that?

15         MR. BROWN:  Did you not hear the question or did

16  you not understand the question.

17         THE WITNESS:  I cannot hear.

18         (Interpreter repeats the question.)

19  A    Yes, in June the boss's wife call me and said that I

20  cannot finish over there.  So by the end of July, I made a

21  phone call and said I was going to come back.

22  Q    What did you?  Who did you say were the bosses at

23  Showa Hibachi?

24  A    From the mind of the employees, they were all from

25  the same family.  We all had to listen to them.  They are

Decheng Li - Cross/Brown

1    the family.

2    Q    Did you ever witness anyone got hired at Showa

3    Hibachi?

4    A    I witnessed a new hire.

5    Q    Who did you witness getting hired?

6    A    Hibachi cook -- chef, rather.

7    Q    What did you observe?

8    A    I personally witnessed that.

9    Q    Well, what did you see?

10   A    I saw the boss's wife hire the new employee.

11   Q    Specifically what did you see?

12   A    I saw the new employee come to work.

13   Q    Did you observe an interview?

14   A    I saw it.

15   Q    Where was it held?

16   A    In the kitchen.

17   Q    And what -- did you hear what they were talking

18   about?

19   A    The boss's wife was working on the schedule.

20   Q    How do you know it was an interview?

21   A    I was next to them.

22   Q    Did you hear what they said then?

23   A    It was said that the new hibachi chef should do this

24   or that, what kind of things the hibachi chef should do.

25   Q    She was telling the hibachi chef what kind of job the

80

1   hibachi chef does?

2   A     The new chef.

3   Q     Do you know if interviews were always held inside the

4   kitchen?

5   A     When they came to arrange the schedule, it was all in

6   the kitchen.

7   Q     How do you know the employee wasn't already hired?

8   A     After the job was arranged and employee began to

9   work, other than the employee would leave.  Everybody

10  knew.

11  Q     What was the name of this employee?

12  A     After I began working there, I knew there was a

13  hibachi chef named Steven.  It's an old Steven.  There was

14  another new employee from Taiwan, named and Andy.

15             There was one from Fuzhou.  His name is Scott.

16             There was another one, we call him Ahbin.  He's

17  also from Fuzhou.

18  Q     And you watched all these people get hired?

19  A     Because they came after me.

20  Q     You are saying that you watched them actually get

21  hired as a hibachi chef?

22  A     Yes.

23  Q     And the boss lady interviewed all these people and

24  you observed all of these interviews?

25  A     Many of them I saw it.  Most of them I saw it.

81

1   Q    Were employees ever fired at the restaurant?

2   A    Yes.

3   Q    How many people can you say were fired that you know

4   of while you worked there?

5   A    From what I know of, including myself, there were

6   altogether three.

7   Q    Let's go over the first one.  Who was fired?

8   A    The first one was the one from Taiwan, Andy.  When he

9   was fired, I was next to him.

10  Q    And what did you observe?

11  A    I knew that they had some arguments.  The boss's wife

12  told him not to come back the following day.

13  Q    Who else did you say was hired?

14  A    Other than that it was me.

15  Q    You said there were four.

16  A    The last one is Mr. JI, was also fired.

17  Q    So you only witnessed one firing of an employee; is

18  that correct?

19  A    What I witnessed was one.  Including myself, that

20  would be two.

21       THE COURT:  All right.  Mr. Brown, let's find a

22  good breaking point.

23       MR. BROWN:  We can take a break now if that is

24  convenient.

25       THE COURT:  We'll wrap up today.  Tomorrow we'll

82

1  continue with the cross-examination of Mr. Li.

2          Mr. Troy, you will have that FedExed to Mr. Ji,

3  the exhibits.  Then we'll wind up the cross-examination.

4          MR. TROY:  Yes, your Honor.

5          THE COURT:  Anything else we need to talk about

6  before 10:00 a.m. tomorrow?

7          MR. BROWN:  Your Honor, if I may.  I'm concerned

8  about the way that the teleconference is being conducted.

9  You know I understand there are laws in China regarding

10  the transmission of testimony in foreign jurisdictions in

11  proceedings.  I know there are criminal penalties for

12  everyone involved in the proceedings.

13          I know I myself traveled to China a number of

14  times and I don't want to be implicated in any illegal

15  activities.  We're trying to look up to find the exact

16  statute that says that is improper.

17          THE COURT:  Why don't you do that.  Maybe

18  somebody will be willing to interpret that statute for me.

19  I'll be willing to look at that.

20          In the meantime, why don't we continue with

21  Mr. Li tomorrow morning and we'll talk about that, among

22  other things, and we'll try to figure it out.

23          MR. TROY:  Your Honor, in brief response.  We

24  did arrange Mr. Ji to come to Taiwan.  And then to the

25  other country and before he boarded on the airplane to

83

1   Taipei, he was stopped.  The reason why, he need a special

2   permit from China to Taiwan.

3           THE COURT:  That may be, but if he is correct

4   and it's illegal to be broadcast from China I will not let

5   him testify.  He has to get to a jurisdiction where it is

6   permissible.

7           I will not make other people sacrifice their

8   reputation if there are criminal records for your client

9   to testify.  It sounds what you are telling me if

10  Mr. Brown is correct, but if he can't execute those plans

11  I will not let him testify to sacrifice other people's

12  rights.

13          My first question, am I correct that Mr. Brown,

14  it is correct that it is unlawful for him to testify from

15  mainland China?  Is it unlawful?

16          MR. TROY:  Your Honor, sometimes --

17          THE COURT:  For the record, it looks like you

18  were hedging from your facial expression.  I want a yes or

19  no answer.  Is it lawful?

20          MR. TROY:  Your Honor, I don't know.

21          THE COURT:  Find out if it's unlawful.  I'd like

22  the answer to that question tomorrow.

23          Any other questions?

24          MR. BROWN:  That's all, your Honor.

25          THE COURT:  Any else, Mr. Troy?

84

1           MR. TROY:  No, your Honor.  My client couldn't

2   come because after he fly from Tianjin to Xi'an, he need

3   special permit from Taiwan, so he can not board it.  He

4   cannot board it.  That's why he had to rush back to

5   Tianjin to do this trial.

6           (Whereupon, the proceedings were adjourned until

7   March 27, 2018.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

85

**<u>I-N-D-E-X</u>**

<u>W-I-T-N-E-S-S-E-S</u>

JUNJIANG   JI                              7

DIRECT EXAMINATION                         8

BY MR. TROY

CROSS-EXAMINATION                          29

BY MR. BROWN

DECHENG   LI                               55

DIRECT EXAMINATION                         55

BY MR. TROY

CROSS-EXAMINATION                          72

BY MR. BROWN

## $

**$1,000** [1] - 22:11
**$10,000** [4] - 20:15, 20:20, 21:8, 22:14
**$100** [3] - 22:6, 37:1, 67:15
**$100,000** [1] - 20:1
**$105** [7] - 11:7, 11:9, 11:9, 47:25, 48:15, 48:18, 76:11
**$11,000** [1] - 69:13
**$120** [1] - 22:7
**$150** [1] - 22:11
**$16,000** [1] - 68:25
**$2,000** [2] - 25:9, 26:4
**$250** [1] - 70:3
**$30,000** [1] - 20:23
**$35** [1] - 69:22
**$420** [3] - 59:3, 76:4, 76:10
**$50,000** [1] - 20:7
**$500** [2] - 10:2, 47:12
**$500,000** [1] - 7:10
**$60** [1] - 20:3
**$630** [3] - 10:21, 11:6, 47:16

## '

**'14** [1] - 75:19

## 1

**1** [1] - 26:25
**10** [6] - 4:3, 10:7, 12:4, 61:1, 61:9, 62:5
**100** [3] - 1:22, 54:17, 66:18
**10:00** [2] - 1:8, 82:6
**10:20** [1] - 16:24
**10:30** [3] - 16:9, 16:15, 38:4
**11** [10] - 4:1, 4:4, 10:7, 10:8, 10:12, 15:17, 16:4, 16:8, 16:24, 61:10
**11,000** [1] - 69:19
**11354** [1] - 1:18
**11355** [1] - 1:14
**11722** [1] - 1:22
**1180** [1] - 1:22
**11:00** [2] - 10:8, 60:20
**11:20** [1] - 16:25
**11:30** [9] - 16:10, 16:15, 16:23, 57:8, 57:13, 57:14, 60:19, 60:21, 60:25
**12** [12] - 4:1, 10:12, 10:16, 15:18, 16:5,

16:10, 16:25, 60:19, 60:22, 60:23, 61:9
**136-20** [1] - 1:17
**145** [3] - 24:17, 24:22, 25:12
**15** [2] - 1:4, 22:9
**16** [1] - 34:19
**18** [1] - 34:19
**19** [1] - 36:17
**1959** [1] - 72:6
**1:45** [2] - 41:11, 41:14

## 2

**2** [1] - 21:6
**20** [5] - 15:21, 15:25, 16:2, 26:13
**2000** [1] - 30:2
**2006** [3] - 9:3, 33:5, 33:22
**2007** [3] - 38:21, 38:25, 47:18
**2008** [3] - 38:21, 38:25, 47:18
**2011** [1] - 10:15
**2012** [4] - 10:15, 14:21, 15:7, 15:9
**2014** [12] - 24:10, 26:16, 59:6, 60:13, 60:14, 73:6, 73:10, 74:20, 76:3, 76:13, 77:9, 77:10
**2015** [8] - 20:5, 24:10, 60:2, 60:3, 60:14, 66:7, 68:22, 75:19
**2018** [2] - 1:8, 84:7
**241** [1] - 53:5
**242** [1] - 25:17
**25** [2] - 9:3, 33:5
**26** [1] - 1:8
**27** [1] - 84:7
**29** [1] - 85:7
**2:50** [1] - 62:3

## 3

**3** [7] - 11:13, 11:18, 12:1, 61:16, 62:4, 62:13, 62:16
**3,000** [1] - 21:6
**30** [3] - 71:5, 71:8, 72:6
**30,000** [1] - 22:3
**300** [1] - 70:4
**30th** [1] - 66:6
**31** [1] - 45:23
**311** [5] - 60:1, 60:3, 68:10, 68:11
**350** [1] - 70:4
**38th** [1] - 1:17

## 4

**4** [1] - 65:5
**40** [4] - 6:8, 6:12, 71:5, 71:8
**401** [3] - 26:17, 27:2, 27:11
**41-25** [1] - 1:14
**4194** [1] - 1:4
**420** [1] - 65:10
**49,000** [1] - 69:17

## 5

**5** [9] - 11:13, 11:18, 15:19, 16:1, 16:2, 17:23, 61:16, 62:13, 62:16
**50** [4] - 19:23, 20:2, 26:6, 26:7
**50,000** [1] - 20:8
**50-50** [1] - 22:8
**500** [1] - 10:17
**500,000** [1] - 5:8
**52,000** [1] - 69:17
**55** [2] - 85:9, 85:10

## 6

**6** [1] - 48:14
**60,000** [1] - 19:23
**630** [3] - 10:22, 11:1, 48:14
**631** [1] - 1:23

## 7

**7** [1] - 85:4
**712-6102** [1] - 1:23
**72** [1] - 85:12

## 8

**8** [1] - 85:5

## 9

**9** [3] - 12:2, 16:2, 62:4
**94** [1] - 53:3

## A

**a.m** [2] - 1:8, 82:6
**ability** [2] - 52:25, 74:7
**able** [8] - 21:12, 25:9, 32:22, 52:24, 58:11, 58:15, 58:17, 70:24
**accommodate** [1] - 44:14
**according** [1] - 6:19

**accordingly** [1] - 21:15
**accustom** [1] - 69:10
**Act** [1] - 3:14
**activities** [1] - 82:15
**addition** [2] - 6:13, 67:4
**additional** [2] - 11:8, 62:22
**adjourned** [1] - 84:6
**adjusted** [1] - 49:5
**admission** [2] - 49:24, 50:3
**admit** [2] - 53:7, 53:12
**admitted** [3] - 50:22, 51:13, 53:5
**advertisement** [5] - 9:5, 33:9, 56:6, 56:11, 56:14
**advised** [1] - 17:15
**affect** [1] - 49:18
**afternoon** [6] - 11:13, 36:2, 61:16, 65:5, 72:3, 72:4
**afterwards** [1] - 78:4
**agency** [1] - 68:9
**ago** [3] - 51:18, 52:4, 52:17
**agree** [2] - 74:8, 74:9
**agreed** [2] - 4:20, 42:11
**Ahbin** [1] - 80:16
**ahead** [1] - 23:16
**aided** [1] - 1:25
**air** [5] - 30:13, 30:18, 31:17, 31:20, 32:24
**air-conditioning** [4] - 30:13, 30:18, 31:17, 32:24
**airplane** [1] - 82:25
**al** [1] - 1:7
**allowed** [2] - 11:19
**almost** [4] - 6:6, 17:24, 31:11, 49:2
**alone** [1] - 63:13
**altogether** [2] - 62:20, 81:6
**amount** [3] - 32:2, 73:23, 73:24
**analyzed** [1] - 19:23
**Andy** [2] - 80:14, 81:8
**angry** [2] - 72:25, 73:2
**annual** [1] - 7:10
**answer** [10] - 25:25, 27:19, 34:3, 35:12, 48:2, 63:8, 69:7, 83:19, 83:22
**Answer** [1] - 34:22
**answered** [9] - 33:23, 33:24, 34:2, 34:7,

36:19, 56:20, 75:6, 75:7, 75:9
**anticipated** [2] - 6:21, 6:24
**anytime** [3] - 11:20, 21:14, 62:8
**anyway** [3] - 12:11, 72:12, 72:17
**APPEARANCES** [1] - 1:12
**applied** [3] - 30:10, 32:5, 32:11
**apply** [2] - 30:4, 33:6
**applying** [1] - 33:8
**appreciate** [1] - 74:10
**approach** [2] - 55:13, 55:14
**April** [9] - 73:10, 73:12, 74:20, 76:13, 76:17, 76:21, 77:9, 77:13, 78:8
**area** [1] - 68:11
**argument** [1] - 72:13
**arguments** [1] - 81:11
**arrange** [3] - 43:4, 80:5, 82:24
**arranged** [4] - 43:4, 43:9, 61:4, 80:8
**arrangements** [1] - 2:25
**arrive** [7] - 4:2, 9:18, 15:15, 16:11, 16:24, 16:25, 54:14
**arrived** [12] - 15:17, 15:18, 15:22, 16:23, 33:22, 34:23, 35:3, 46:13, 58:25, 60:19, 60:21, 60:23
**assistance** [1] - 55:5
**assistant** [1] - 2:6
**assistant's** [1] - 2:17
**ASSOCIATES** [1] - 1:17
**attempt** [1] - 32:16
**attorney** [3] - 35:5, 53:24, 54:5
**August** [10] - 59:6, 60:3, 60:14, 73:6, 75:18, 75:23, 77:13, 77:17, 77:18, 78:2
**Avenue** [3] - 1:17, 57:8, 57:15

## B

**B-1** [6] - 30:5, 30:6, 30:8, 32:5, 32:20, 32:23
**background** [2] - 58:8, 58:18

**bail** [1] - 72:16
**bank** [1] - 27:5
**bar** [11] - 20:16, 20:25, 21:3, 21:4, 22:20, 22:24, 45:12, 70:24, 70:25
**based** [5] - 32:3, 48:17, 69:22, 76:10
**basement** [1] - 46:15
**basis** [3] - 44:17, 44:24, 45:10
**Bates** [4] - 26:25, 27:4, 50:6, 50:18
**became** [6] - 14:11, 20:1, 46:25, 47:10, 66:21, 67:2
**become** [2] - 13:13, 39:4
**beef** [2] - 67:5, 67:9
**BEFORE** [1] - 1:10
**began** [4] - 15:17, 16:8, 80:8, 80:12
**begin** [2] - 8:11, 29:15
**behavior** [1] - 59:16
**behind** [1] - 77:4
**belong** [1] - 68:11
**belongs** [1] - 30:8
**beside** [1] - 46:23
**best** [2] - 8:8, 55:25
**between** [4] - 43:11, 69:17, 71:5, 76:16
**bill** [1] - 22:10
**binder** [1] - 25:6
**binders** [1] - 53:18
**birth** [1] - 72:5
**bit** [2] - 4:7, 30:16
**blue** [1] - 25:18
**board** [2] - 84:3, 84:4
**boarded** [1] - 82:25
**boss** [53] - 9:8, 12:18, 12:20, 12:21, 13:4, 13:5, 13:10, 13:16, 18:7, 18:10, 18:13, 18:14, 18:15, 18:17, 18:22, 18:23, 18:24, 18:25, 19:2, 35:5, 35:6, 36:7, 39:6, 39:8, 39:13, 39:15, 39:18, 39:23, 39:25, 40:25, 43:7, 43:8, 43:25, 44:16, 46:5, 46:18, 46:23, 46:25, 47:1, 47:3, 47:5, 60:9, 61:4, 64:20, 64:23, 64:24, 65:13, 65:16, 67:19, 80:23
**boss's** [65] - 9:6, 9:10, 9:14, 9:16, 13:1, 13:3, 13:7, 13:10, 13:14, 13:15, 15:13,

15:20, 18:19, 18:25, 33:11, 33:13, 33:24, 34:1, 34:2, 34:6, 34:7, 35:19, 36:7, 39:8, 39:11, 39:13, 39:15, 39:18, 39:25, 40:4, 41:1, 43:1, 43:2, 43:6, 43:8, 43:25, 44:1, 44:23, 45:9, 46:5, 46:18, 47:7, 56:20, 58:3, 59:13, 59:19, 60:9, 65:12, 66:9, 66:11, 66:14, 67:19, 75:2, 75:8, 75:9, 75:10, 75:20, 75:25, 77:8, 77:21, 78:11, 78:19, 79:10, 79:19, 81:11
**bosses** [7] - 18:7, 18:8, 18:9, 18:22, 18:23, 46:23, 78:22
**bottom** [2] - 59:17, 59:25
**Boulevard** [1] - 1:14
**break** [15] - 3:2, 11:14, 11:15, 11:16, 29:7, 40:10, 41:7, 41:10, 52:15, 61:6, 61:11, 61:14, 61:17, 61:18, 81:23
**breaking** [1] - 81:22
**breaks** [2] - 4:6, 11:10
**brief** [1] - 82:23
**bring** [1] - 54:6
**broadcast** [2] - 42:14, 83:4
**brought** [1] - 67:17
**BROWN** [52] - 1:18, 2:9, 2:11, 2:15, 4:19, 5:14, 6:1, 14:22, 14:24, 16:16, 19:8, 19:10, 22:25, 24:25, 25:3, 25:7, 25:15, 25:21, 26:20, 29:7, 29:10, 29:17, 36:17, 40:12, 41:6, 41:9, 42:8, 42:16, 42:24, 45:23, 49:21, 49:23, 50:2, 50:6, 50:12, 50:14, 50:17, 50:20, 51:6, 51:17, 51:20, 58:7, 63:10, 70:5, 71:22, 72:2, 78:15, 81:23, 82:7, 83:24, 85:8, 85:13
**brown** [22] - 4:18, 4:22, 5:12, 25:6, 25:13, 25:14, 26:19, 29:15, 40:10, 41:8, 51:5, 51:16, 52:11,

52:16, 52:17, 55:14, 71:21, 74:8, 81:21, 83:10, 83:13
**Brown** [2] - 2:9, 54:21
**brown's** [1] - 51:24
**building** [1] - 57:15
**bus** [1] - 17:20
**business** [13] - 19:25, 20:1, 20:10, 22:11, 22:13, 22:17, 22:21, 30:9, 30:11, 30:19, 30:23, 70:3
**busy** [3] - 44:18, 69:21, 70:16
**BY** [9] - 8:14, 29:17, 51:6, 55:18, 72:2, 85:6, 85:8, 85:11, 85:13

## C

**calculate** [1] - 22:12
**calculated** [3] - 11:6, 21:18, 22:9
**calculation** [1] - 76:11
**calculations** [1] - 23:5
**cannot** [7] - 4:9, 7:25, 50:1, 58:4, 78:17, 78:20, 84:4
**car** [3] - 4:1, 9:16, 38:4
**card** [9] - 14:10, 14:11, 15:14, 15:18, 15:19, 16:1, 71:1, 71:4, 71:7
**cards** [1] - 14:15
**care** [2] - 52:20, 61:20
**Case** [1] - 2:1
**case** [9] - 3:13, 3:14, 3:16, 5:9, 6:1, 13:2, 16:23
**cash** [16] - 23:25, 24:1, 24:2, 24:4, 26:3, 26:5, 26:7, 26:8, 26:11, 49:17, 65:19, 65:20, 65:21, 71:2, 71:6, 71:8
**cashier** [1] - 44:25
**category** [1] - 30:8
**Central** [2] - 1:6, 1:22
**chance** [1] - 21:16
**change** [25] - 10:10, 10:12, 10:17, 13:11, 13:18, 13:19, 13:23, 13:24, 13:25, 14:4, 14:14, 15:6, 15:9, 16:9, 34:25, 38:14, 38:18, 47:13, 47:17, 47:19, 48:23, 65:25, 66:2, 75:16
**changed** [14] - 4:1,

52:16, 52:17, 55:14, 71:21, 74:8, 81:21, 83:10, 83:13
**changing** [1] - 34:24
**charge** [4] - 18:25, 47:1, 47:4, 47:6
**chatted** [2] - 20:9, 21:25
**chatting** [1] - 22:16
**check** [13] - 23:25, 24:2, 26:5, 26:7, 26:9, 49:17, 50:10, 51:1, 65:19, 70:2
**check-in** [1] - 51:1
**check-out** [1] - 51:1
**checked** [1] - 22:17
**checks** [4] - 24:5, 26:11, 26:12, 69:10
**chef** [8] - 8:19, 8:22, 56:12, 63:2, 63:7, 64:5, 64:9, 64:13, 64:17, 67:8, 79:6, 79:23, 79:24, 79:25, 80:1, 80:2, 80:13, 80:21
**chefs** [1] - 22:5
**chicken** [2] - 67:5, 67:9
**China** [8] - 29:21, 42:6, 42:10, 82:9, 82:13, 83:2, 83:4, 83:15
**Chinese** [8] - 5:2, 28:11, 42:17, 42:19, 56:9, 69:1, 74:7, 74:11
**chk** [1] - 28:4
**choose** [1] - 77:16
**circle** [1] - 52:23
**citations** [1] - 2:24
**classes** [1] - 73:3
**clean** [1] - 46:9
**cleaning** [3] - 45:17, 45:21, 61:20
**clear** [1] - 74:13
**CLERK** [1] - 55:6
**client** [25] - 7:15, 29:12, 41:12, 51:14, 51:22, 51:24, 52:1, 52:5, 52:6, 52:16, 52:17, 52:18, 52:20, 52:23, 53:8, 53:9, 53:10, 53:15, 53:18, 53:23, 54:9, 54:13, 55:1, 83:8, 84:1
**clients** [2] - 3:17, 4:18
**clock** [4] - 6:14, 6:18, 25:20

**clock-in** [1] - 25:20
**clock-out** [1] - 25:20
**close** [4] - 20:20, 46:11, 61:20, 62:16
**closed** [1] - 64:18
**closer** [1] - 78:12
**closing** [1] - 78:12
**cold** [1] - 12:15
**college** [1] - 32:1
**color** [2] - 25:13, 57:25
**coming** [1] - 4:8
**committed** [2] - 72:9, 72:10
**committing** [1] - 72:12
**communicate** [1] - 53:25
**commuted** [1] - 16:7
**commuting** [1] - 57:15
**companies** [1] - 15:8
**company** [3] - 15:12, 31:18, 46:25
**compensation** [2] - 48:11, 48:22
**complain** [1] - 68:9
**complaint** [4] - 66:11, 66:13, 66:16, 68:12
**complete** [1] - 32:22
**complies** [1] - 48:8
**computer** [2] - 1:25, 58:15
**concerned** [1] - 82:7
**conclude** [1] - 53:17
**conditioners** [1] - 31:21
**conditioning** [4] - 30:13, 30:18, 31:17, 32:24
**conduct** [2] - 30:11, 30:23
**conducted** [1] - 82:8
**conducting** [3] - 30:12, 30:20, 31:14
**confer** [1] - 49:22
**conference** [1] - 57:4
**conferred** [1] - 49:23
**conjunction** [1] - 6:18
**connect** [1] - 23:11
**connecting** [1] - 18:19
**consent** [5] - 50:3, 50:23, 50:24, 51:2, 53:12
**consenting** [1] - 50:21
**consents** [1] - 49:24
**consider** [1] - 39:6
**consumed** [1] - 67:23
**continue** [13] - 5:6, 25:22, 39:16, 39:20, 42:22, 52:23, 53:16,

54:13, 54:24, 58:24, 74:12, 82:1, 82:20
**Continued** [3] - 5:15, 41:16, 71:23
**contributed** [1] - 7:1
**convenience** [1] - 51:23
**convenient** [1] - 81:24
**conversation** [6] - 9:18, 10:4, 23:18, 23:19, 56:21, 71:11
**convicted** [3] - 72:7, 72:11, 72:14
**cook** [13] - 9:13, 38:10, 38:11, 38:13, 38:17, 59:4, 59:8, 59:10, 66:22, 67:8, 67:11, 75:15, 79:6
**cooked** [1] - 67:10
**cooks** [1] - 38:11
**copies** [1] - 3:1
**copy** [8] - 24:25, 25:2, 25:3, 51:21, 52:1, 52:2, 52:7, 52:21
**corporate** [1] - 7:6
**correct** [26] - 12:24, 14:7, 14:20, 16:22, 28:14, 33:7, 35:16, 36:20, 42:7, 47:5, 47:25, 50:9, 56:4, 64:15, 66:15, 73:9, 73:13, 73:20, 74:4, 75:24, 81:18, 83:3, 83:10, 83:13, 83:14
**cost** [1] - 52:20
**counsel** [4] - 2:5, 2:14, 49:22, 51:11
**country** [1] - 82:25
**county** [1] - 68:11
**County** [1] - 68:13
**couple** [2] - 18:24, 60:5
**course** [11] - 23:21, 35:4, 35:6, 36:25, 37:10, 39:15, 39:23, 40:2, 42:20, 45:14, 54:10
**court** [4] - 2:25, 52:6, 53:24
**COURT** [111] - 1:1, 1:11, 2:4, 2:8, 2:10, 2:12, 2:14, 2:17, 2:22, 3:7, 3:19, 4:14, 4:21, 5:1, 5:4, 5:12, 7:12, 7:15, 7:18, 8:1, 8:6, 8:21, 8:24, 14:23, 14:25, 16:17, 19:9, 19:11, 19:20, 23:2, 23:10, 23:19, 24:19, 24:23, 25:2,

25:4, 25:11, 25:17, 25:22, 25:25, 26:18, 26:22, 26:25, 27:3, 27:8, 27:13, 27:23, 29:4, 29:6, 29:8, 29:11, 29:15, 31:1, 31:3, 35:11, 40:10, 41:8, 41:11, 41:14, 42:3, 42:15, 42:19, 48:6, 50:1, 50:5, 50:8, 50:11, 50:13, 50:16, 50:18, 50:21, 51:2, 51:4, 51:16, 51:19, 51:21, 52:4, 52:10, 52:14, 53:4, 53:7, 53:23, 54:6, 54:12, 54:19, 54:25, 55:4, 55:11, 55:12, 55:14, 55:19, 55:25, 58:6, 58:9, 58:12, 58:23, 63:9, 63:11, 63:16, 69:5, 70:6, 71:20, 74:6, 81:21, 81:25, 82:5, 82:17, 83:3, 83:17, 83:21, 83:25
**Court** [6] - 1:21, 24:25, 25:8, 42:13, 42:17, 51:13
**courthouse** [1] - 29:20
**Courthouse** [1] - 1:5
**courtroom** [5] - 3:8, 58:8, 58:16, 58:19, 59:24
**coverage** [1] - 7:6
**coworker** [1] - 63:21
**cream** [2] - 67:12
**credit** [3] - 71:1, 71:4, 71:7
**crime** [4] - 72:7, 72:9, 72:10, 72:15
**crimes** [1] - 72:12
**criminal** [2] - 82:11, 83:8
**cross** [13] - 23:15, 29:6, 42:3, 42:21, 42:23, 52:19, 52:25, 53:1, 53:8, 54:22, 71:20, 82:1, 82:3
**CROSS** [4] - 29:16, 72:1, 85:7, 85:12
**cross-examination** [9] - 23:15, 29:6, 42:3, 42:21, 42:23, 52:19, 71:20, 82:1, 82:3
**CROSS-EXAMINATION** [4] - 29:16, 72:1, 85:7, 85:12

**cross-examine** [4] - 52:25, 53:1, 53:8, 54:22
**customer** [4] - 4:8, 62:10, 67:14, 67:16
**customers** [7] - 61:13, 62:7, 62:15, 66:22, 67:5, 67:9, 68:20
**CV** [1] - 1:4

**D**

**D-1** [3] - 26:21, 26:23, 26:24
**D-35** [1] - 27:1
**D-401** [1] - 27:5
**D-5** [2] - 50:17, 50:18
**D-6** [3] - 50:6, 50:16, 50:17
**d/b/a** [1] - 1:7
**D00241** [1] - 50:15
**D00242** [1] - 50:7
**D0094** [1] - 50:15
**D241** [1] - 50:20
**D94** [1] - 50:20
**daily** [1] - 48:18
**date** [4] - 25:1, 38:20, 72:5, 78:12
**day-to-day** [3] - 44:17, 44:24, 45:10
**days** [47] - 4:2, 10:1, 10:3, 10:5, 10:22, 10:23, 10:24, 11:1, 11:7, 12:2, 24:9, 37:19, 37:21, 48:3, 48:20, 48:22, 59:3, 59:8, 60:5, 60:7, 60:15, 60:17, 60:25, 62:24, 62:25, 63:2, 63:5, 63:6, 63:14, 64:8, 64:9, 65:2, 65:6, 65:7, 65:8, 73:10, 73:12, 73:20, 73:21, 74:5, 74:14, 76:4, 76:10, 76:11, 77:12, 77:21
**daytime** [1] - 45:5
**deal** [2] - 4:14, 42:20
**Decheng** [3] - 2:21, 55:3, 55:24
**DECHENG** [4] - 1:3, 55:7, 56:1, 85:9
**decide** [1] - 53:25
**decides** [1] - 54:21
**decision** [4] - 40:2, 40:3, 40:8
**deduct** [1] - 48:24
**deducted** [3] - 11:9, 48:25, 49:6
**defendant** [3] - 6:22,

6:25, 24:17
**defendant's** [2] - 24:21, 26:15
**defendants** [8] - 2:9, 2:15, 6:14, 6:17, 7:4, 7:7, 7:8, 24:24
**Defendants** [2] - 1:8, 1:17
**defense** [2] - 2:14, 51:10
**defined** [2] - 6:23, 7:2
**definitely** [3] - 7:2, 35:5, 36:16
**demonstrate** [2] - 6:15, 6:19
**depart** [1] - 38:5
**department** [15] - 20:18, 20:21, 20:22, 20:24, 21:4, 21:22, 22:4, 22:14, 58:17, 69:4, 69:9, 70:1, 70:11, 70:14, 70:21
**departments** [5] - 21:2, 23:7, 70:11, 70:19, 70:22
**depended** [4] - 24:1, 24:6, 24:9
**deposition** [10] - 34:18, 35:2, 36:18, 37:4, 37:7, 42:9, 45:23, 46:17, 46:22, 73:18
**details** [2] - 34:21, 37:15
**difference** [5] - 40:23, 76:15, 77:3, 77:12, 77:15
**different** [14] - 15:7, 15:8, 21:2, 22:7, 51:12, 52:3, 70:10, 70:18, 76:12, 76:22, 76:23, 77:2, 77:8, 77:10
**dinner** [5] - 12:2, 12:4, 62:1, 62:2, 62:4
**direct** [5] - 29:3, 42:16, 47:24, 53:16, 71:19
**DIRECT** [4] - 8:13, 55:17, 85:5, 85:10
**directly** [2] - 57:18, 65:17
**disclosed** [1] - 68:15
**discovering** [1] - 68:14
**discuss** [10] - 34:8, 34:13, 34:21, 34:22, 35:1, 35:3, 36:15, 36:18, 37:17, 59:23
**discussed** [5] - 20:11,

6:25, 24:17
22:18, 35:8, 36:16, 69:23
**discussion** [1] - 42:12
**disgusting** [1] - 68:4
**dishes** [6] - 44:22, 70:17, 76:5, 76:6, 76:24, 76:25
**dishwasher** [1] - 76:6
**dispute** [3] - 66:24, 68:1, 68:2
**disputed** [1] - 68:6
**distinguish** [1] - 40:14
**DISTRICT** [3] - 1:1, 1:1, 1:11
**divided** [2] - 27:3, 48:14
**Document** [1] - 53:3
**document** [8] - 18:16, 24:17, 24:20, 25:12, 26:16, 50:15, 65:13, 65:14
**documents** [8] - 27:3, 49:12, 51:12, 51:17, 53:1, 53:8, 53:10, 53:11
**done** [4] - 4:15, 42:11, 51:23
**DOO259** [1] - 50:7
**doubt** [1] - 25:4
**down** [4] - 11:15, 53:14, 58:14, 71:14
**drive** [1] - 17:9
**driver** [1] - 17:5
**drivers** [2] - 17:6, 17:9, 17:15
**drove** [3] - 17:4, 18:3, 35:20
**due** [1] - 42:20
**duly** [3] - 5:2, 7:21, 55:9
**during** [41] - 4:2, 4:6, 6:5, 11:10, 11:18, 11:22, 12:4, 12:17, 13:18, 14:8, 17:10, 18:12, 19:3, 24:11, 26:4, 33:25, 34:18, 34:20, 35:2, 36:11, 36:15, 36:18, 37:7, 41:12, 45:5, 46:4, 46:22, 47:24, 56:21, 61:6, 61:11, 61:18, 61:23, 61:25, 62:18, 64:20, 65:24, 68:23, 70:7, 71:12, 77:19

**E**

**e-mail** [1] - 54:9
**early** [1] - 64:13
**EASTERN** [1] - 1:1

**eat** [1] - 62:6
**eating** [4] - 12:5, 12:7, 61:21, 62:14
**education** [1] - 31:25
**either** [10] - 10:15, 16:15, 16:24, 38:21, 43:9, 43:24, 43:25, 44:6, 47:18, 75:8
**elaborate** [2] - 30:15, 30:16
**elderly** [1] - 12:21
**employed** [2] - 47:11, 60:11
**employee** [13] - 28:2, 39:12, 40:16, 40:23, 40:25, 79:10, 79:12, 80:7, 80:8, 80:9, 80:11, 80:14, 81:17
**employees** [20] - 3:18, 13:23, 16:13, 17:1, 17:2, 17:6, 18:3, 23:6, 39:24, 40:15, 44:5, 44:11, 45:13, 46:14, 47:8, 62:19, 62:20, 71:12, 78:24, 81:1
**employer** [8] - 3:24, 6:22, 28:16, 28:23, 59:22, 66:24, 68:1, 68:6
**employers** [2] - 3:22, 7:2
**employment** [20] - 6:7, 6:12, 9:23, 11:22, 14:8, 17:10, 19:3, 28:7, 28:18, 49:18, 60:6, 61:6, 62:18, 64:20, 65:24, 66:4, 68:21, 68:23, 70:8, 71:12
**end** [6] - 2:23, 52:19, 66:5, 66:7, 68:22, 78:20
**energy** [1] - 30:13
**English** [8] - 28:9, 72:20, 72:22, 72:23, 72:24, 73:2, 73:3, 73:4
**English)** [1] - 68:25
**ensure** [1] - 69:10
**enterprise** [1] - 7:6
**entire** [1] - 77:1
**entirety** [1] - 6:7
**entitled** [1] - 28:25
**equipment** [2] - 14:3
**ESQ** [3] - 1:15, 1:18, 1:19
**establish** [4] - 6:6, 6:21, 7:6, 23:7
**estimate** [1] - 26:10

**et** [1] - 1:7
**evening** [4] - 61:2, 67:17, 69:12, 69:24
**evidence** [6] - 6:11, 7:4, 50:22, 51:5, 53:2, 53:6, 53:7, 54:16
**ex** [1] - 72:13
**ex-girlfriend** [1] - 72:13
**exact** [3] - 15:5, 35:24, 82:15
**exactly** [4] - 30:17, 48:2, 49:4, 59:21
**examination** [9] - 23:15, 29:6, 42:3, 42:21, 42:23, 52:19, 71:20, 82:1, 82:3
**EXAMINATION** [8] - 8:13, 29:16, 55:17, 72:1, 85:5, 85:7, 85:10, 85:12
**examine** [4] - 52:25, 53:1, 53:8, 54:22
**examined** [2] - 7:21, 55:9
**example** [1] - 45:16
**examples** [1] - 46:16
**exceeding** [1] - 6:10
**except** [4] - 12:3, 12:25, 18:3, 57:4
**exception** [1] - 17:13
**excited** [1] - 73:2
**exciting** [1] - 72:25
**excuse** [2] - 49:21, 53:21
**execute** [1] - 83:10
**Exhibit** [6] - 26:16, 26:20, 26:22, 26:25, 27:11, 50:6
**exhibit** [7] - 24:21, 26:18, 51:7, 51:11, 51:14, 52:24, 53:12
**exhibits** [7] - 24:23, 27:4, 50:4, 52:1, 52:16, 52:21, 82:3
**expect** [1] - 54:14
**experience** [3] - 9:20, 31:20, 35:6
**expertise** [1] - 3:2
**expired** [1] - 32:19
**explain** [3] - 27:19, 27:23, 29:19
**expression** [1] - 83:18
**extension** [2] - 32:17, 32:21
**extra** [5] - 11:8, 25:2, 25:3, 28:5, 37:2

**F**

**facial** [1] - 83:18
**fact** [6] - 18:19, 44:7, 47:1, 49:2, 73:24, 76:25
**factual** [1] - 27:24
**failed** [1] - 7:5
**fair** [2] - 48:17, 53:1
**Fair** [1] - 3:13
**family** [2] - 78:25, 79:1
**far** [1] - 30:17
**fare** [1] - 17:17
**father** [3] - 12:23, 14:17, 19:4
**father's** [1] - 15:3
**Federal** [1] - 1:22
**federal** [1] - 6:20
**FedEx** [1] - 53:17
**FedExed** [1] - 82:2
**feeds** [1] - 58:8
**felt** [4] - 37:5, 37:8, 37:9, 68:14
**Feng** [3] - 5:2, 5:4, 54:3
**festival** [1] - 60:2
**figure** [2] - 24:12, 82:22
**figures** [1] - 69:25
**file** [1] - 68:12
**filed** [1] - 66:11
**filled** [1] - 39:2
**finally** [2] - 7:4, 68:2
**fine** [4] - 14:14, 54:19, 54:22, 72:17
**fined** [1] - 15:12
**finish** [4] - 12:12, 12:14, 12:16, 78:20
**finished** [5] - 29:3, 29:4, 36:25, 37:3, 77:18
**fire** [1] - 47:7
**fired** [10] - 40:13, 40:15, 40:16, 40:20, 40:22, 40:24, 41:4, 66:8, 66:9, 68:5, 81:1, 81:3, 81:7, 81:9, 81:16
**firing** [1] - 81:17
**first** [44] - 7:12, 7:20, 12:6, 12:8, 14:10, 16:20, 17:25, 19:21, 19:24, 28:15, 30:1, 30:3, 31:5, 31:7, 31:12, 32:5, 33:17, 33:22, 36:5, 37:1, 38:22, 39:2, 46:14, 47:10, 55:8, 57:24, 59:1, 59:2, 60:2, 60:5, 60:7, 60:11,

62:8, 62:10, 67:21, 73:23, 74:14, 74:19, 75:14, 76:12, 77:9, 81:7, 81:8, 83:13
**five** [8] - 10:24, 11:13, 17:3, 18:5, 29:7, 29:8, 40:12, 64:7
**fixed** [4] - 10:23, 10:25, 61:14, 62:2
**floor** [3] - 45:20, 46:14
**FLSA** [2] - 3:13, 6:23
**Flushing** [11] - 1:14, 1:18, 3:22, 3:25, 16:7, 16:14, 17:18, 22:16, 38:4, 68:18, 69:24
**fly** [1] - 84:2
**following** [2] - 41:16, 81:12
**follows** [2] - 7:22, 55:10
**food** [4] - 67:10, 67:11, 67:13, 67:25
**foreign** [1] - 82:10
**forget** [1] - 27:7
**forms** [1] - 15:7
**forward** [1] - 4:23
**four** [11] - 21:2, 59:3, 59:8, 60:15, 60:17, 63:4, 65:2, 76:4, 76:10, 76:11, 81:15
**Franklin** [2] - 57:7, 57:14
**Friday** [4] - 10:7, 12:3, 60:18, 60:20
**friend** [10] - 68:15, 68:17, 73:15, 73:25, 74:2, 74:17, 75:24, 78:3, 78:9
**friend's** [1] - 77:18
**front** [5] - 25:5, 44:18, 53:9, 66:11, 66:17
**full** [2] - 56:4, 65:8
**furthermore** [1] - 6:17
**Fuzhou** [2] - 80:15, 80:17

**G**

**garbage** [1] - 68:20
**generally** [3] - 24:3, 75:4, 75:6
**generate** [8] - 4:11, 5:8, 20:19, 21:1, 21:9, 22:3, 69:9, 69:11
**generated** [5] - 7:9, 20:6, 21:5, 22:2, 22:18
**generates** [4] - 19:19,

21:22, 26:9, 69:16
**gentleman** [1] - 18:9
**girlfriend** [1] - 72:13
**given** [5] - 17:20, 17:24, 28:21, 49:12, 52:4
**gradually** [1] - 20:1
**green** [1] - 66:21
**group** [2] - 22:23
**guess** [1] - 53:10

**H**

**half** [8] - 48:20, 48:22, 49:1, 49:3, 65:2, 65:4, 65:7, 65:8
**hand** [2] - 5:1, 55:6
**handed** [1] - 65:12
**handing** [1] - 25:8
**handwritten** [1] - 25:19
**HANG** [2] - 1:17, 1:19
**hang** [1] - 51:25
**happy** [1] - 74:13
**hard** [3] - 3:19, 8:9, 55:20
**head** [2] - 69:22, 69:23
**hear** [21] - 5:5, 7:23, 7:24, 7:25, 8:1, 8:5, 8:9, 14:23, 41:3, 50:1, 54:8, 55:20, 58:5, 58:11, 58:15, 58:22, 63:9, 78:15, 78:17, 79:17, 79:22
**heard** [7] - 13:14, 15:5, 22:21, 46:24, 71:4, 71:10, 72:22
**hearsay** [3] - 23:1, 23:21, 70:5
**hedging** [1] - 83:18
**held** [7] - 35:23, 79:15, 80:3
**help** [7] - 53:19, 69:21, 73:17, 74:2, 74:17, 78:3, 78:9
**helped** [1] - 7:2
**helper** [1] - 38:9
**hibachi** [14] - 20:21, 20:22, 21:3, 22:4, 22:5, 23:13, 40:24, 70:14, 79:23, 79:24, 79:25, 80:1, 80:13, 80:21
**Hibachi** [34] - 1:7, 6:4, 8:16, 9:2, 11:23, 17:7, 33:4, 38:22, 39:7, 39:12, 47:11, 56:3, 56:4, 56:5, 61:21, 62:14, 62:21, 63:20, 64:5, 64:9,

67:15, 69:20, 73:5, 73:7, 73:8, 75:3, 77:23, 78:1, 78:6, 78:23, 79:3, 79:6
**hire** [7] - 13:9, 39:12, 39:17, 39:24, 47:7, 79:4, 79:10
**hired** [15] - 38:8, 38:10, 39:19, 39:22, 39:23, 39:25, 40:1, 75:13, 76:24, 79:2, 79:5, 80:7, 80:18, 80:21, 81:13
**hiring** [1] - 40:4
**Hold** [1] - 60:4
**hold** [3] - 17:2, 25:11, 52:11
**home** [1] - 67:18
**Hong** [1] - 42:11
**Honor** [53] - 2:2, 2:6, 2:13, 2:20, 3:11, 4:12, 4:25, 5:11, 7:13, 8:3, 8:25, 19:22, 23:17, 23:24, 24:16, 25:23, 26:14, 26:15, 27:7, 27:11, 27:25, 29:3, 30:24, 41:13, 42:8, 42:24, 48:1, 49:21, 49:23, 50:10, 50:23, 51:3, 51:10, 52:2, 53:2, 54:11, 54:16, 55:3, 55:13, 58:4, 58:10, 59:24, 71:18, 71:22, 74:3, 82:4, 82:7, 82:23, 83:16, 83:20, 83:24, 84:1
**HONORABLE** [1] - 1:10
**hopefully** [1] - 6:6
**host** [1] - 45:11
**hostess** [1] - 44:25
**hour** [3] - 27:22, 28:24, 65:24
**hours** [18] - 6:8, 6:12, 6:15, 10:11, 15:21, 15:25, 16:2, 27:17, 27:21, 28:1, 28:3, 28:25, 29:1, 37:17, 37:18, 61:6, 61:11, 61:17
**Hu** [13] - 2:16, 6:22, 6:25, 7:1, 12:22, 12:25, 13:4, 13:6, 13:15, 14:17, 39:11
**hurry** [2] - 12:12, 12:14
**husband** [3] - 12:22, 12:23, 19:4

# I

**ice** [2] - 67:11, 67:12
**idea** [3] - 19:14, 20:11, 42:19
**illegal** [2] - 82:14, 83:4
**immediately** [1] - 20:4
**implicated** [1] - 82:14
**important** [3] - 37:5, 37:8, 46:20
**impossible** [1] - 46:7
**improper** [1] - 82:16
**Inc** [1] - 14:18
**INC** [1] - 1:7
**including** [4] - 60:8, 62:25, 81:5, 81:19
**income** [4] - 15:6, 21:1, 23:12, 69:11
**increase** [1] - 10:20
**increased** [5] - 10:18, 10:21, 11:2, 11:3, 47:14
**indeed** [1] - 18:25
**INDEX** [1] - 85:1
**indicating** [1] - 50:25
**information** [1] - 37:13
**ingredients** [2] - 69:22, 70:17
**inquire** [2] - 33:17, 74:22
**inside** [3] - 35:24, 80:3
**insisted** [1] - 66:17
**instance** [1] - 9:23
**intend** [1] - 32:10
**intended** [3] - 32:12, 36:21, 51:7
**intending** [1] - 32:23
**intention** [1] - 30:17
**international** [2] - 30:12, 30:13
**interpret** [1] - 82:18
**interpreter** [11] - 4:12, 4:14, 4:18, 4:24, 5:2, 7:23, 7:25, 8:4, 48:7, 53:19, 78:18
**Interpreter** [1] - 48:8
**INTERPRETER** [6] - 4:25, 8:25, 41:13, 54:4, 58:10, 58:21
**interpreter's** [1] - 55:5
**interview** [10] - 9:7, 18:1, 35:22, 35:23, 36:6, 36:11, 36:15, 37:10, 79:13, 79:20
**interviewed** [2] - 35:21, 80:23
**interviews** [2] - 80:3, 80:24
**introduce** [4] - 6:14,

6:17, 7:5, 7:8
**introduced** [1] - 57:22
**investigation** [1] - 30:9
**involved** [1] - 82:12
**irrelevant** [2] - 30:25, 31:2
**Island** [2] - 33:16, 74:1
**Islip** [2] - 1:6, 1:22
**issue** [4] - 59:12, 59:16, 59:21, 74:16
**issues** [8] - 37:9, 59:11, 59:19, 59:23, 60:8, 66:25, 68:8, 74:16

# J

**jam** [1] - 16:22
**Jannen** [2] - 14:18
**January** [2] - 25:1, 72:6
**Japanese** [2] - 36:22, 56:12
**Ji** [20] - 2:20, 6:2, 6:9, 7:14, 7:16, 7:17, 8:15, 9:1, 29:18, 35:11, 38:13, 38:19, 51:7, 52:24, 53:14, 58:15, 63:1, 63:3, 82:2, 82:24
**JI** [4] - 1:3, 7:19, 81:16, 85:4
**Ji's** [2] - 52:19, 54:14
**Jia** [8] - 2:16, 6:25, 13:3, 13:6, 13:15, 39:11
**JIAN** [1] - 1:19
**Jling** [1] - 14:19
**JLING** [1] - 1:7
**job** [21] - 9:4, 9:7, 28:15, 31:5, 31:7, 32:24, 34:8, 34:21, 35:5, 37:24, 44:15, 44:21, 45:21, 46:3, 46:6, 56:16, 56:22, 68:8, 77:18, 79:25, 80:8
**jobs** [1] - 32:14
**John** [6] - 2:3, 2:15, 6:22, 12:22, 12:25, 14:17
**JOHN** [1] - 1:15
**Journal** [1] - 56:9
**JUDGE** [1] - 1:11
**July** [2] - 14:21, 78:20
**June** [10] - 60:14, 66:5, 66:6, 66:7, 68:22, 75:22, 76:3, 76:16, 77:8, 78:19

**JUNJIANG** [3] - 1:3, 7:19, 85:4
**Junjiang** [1] - 7:17
**jurisdiction** [1] - 83:5
**jurisdictions** [1] - 82:10
**jury** [1] - 16:21

# K

**keep** [4] - 3:8, 5:4, 29:9, 55:19
**kidding** [1] - 52:10
**KIM** [1] - 2:13
**Kim** [1] - 2:13
**kind** [9] - 9:18, 30:19, 45:21, 55:15, 56:8, 57:4, 57:25, 59:14, 66:16, 71:11, 79:24, 79:25
**Kissena** [1] - 1:14
**kitchen** [51] - 20:12, 20:14, 21:3, 21:8, 21:9, 21:21, 23:13, 38:9, 38:12, 38:23, 39:4, 44:5, 44:6, 44:9, 44:12, 45:21, 45:22, 45:24, 46:7, 56:12, 59:4, 59:8, 59:10, 62:21, 63:2, 63:7, 63:14, 63:16, 63:19, 63:20, 63:22, 64:12, 64:13, 64:17, 67:6, 67:8, 67:20, 69:3, 69:8, 69:10, 69:14, 69:19, 70:11, 70:21, 70:24, 71:13, 75:14, 79:16, 80:4, 80:6
**knowledge** [1] - 23:12
**Kong** [1] - 42:11

# L

**Labor** [1] - 3:13
**labor** [2] - 6:23, 28:8
**lacks** [1] - 55:15
**lady** [3] - 33:22, 59:24, 80:23
**landlord** [1] - 68:15
**language** [2] - 72:18, 73:4
**large** [1] - 67:14
**last** [10] - 9:16, 25:15, 25:25, 27:9, 33:13, 33:15, 56:1, 66:4, 68:21, 81:16
**late** [1] - 16:23
**LAW** [1] - 1:13
**law** [5] - 6:20, 6:23,

27:23, 42:17, 42:19
**lawful** [1] - 83:19
**laws** [3] - 7:3, 59:18, 82:9
**leading** [3] - 14:22, 14:24, 16:16
**learned** [1] - 31:22
**least** [2] - 19:23, 72:23
**leave** [7] - 11:17, 37:22, 38:1, 43:24, 54:3, 68:8, 80:9
**lectern** [1] - 3:10
**left** [7] - 16:12, 16:23, 25:19, 38:19, 38:25, 39:2, 78:9
**leftover** [1] - 67:8
**leftovers** [2] - 67:4, 67:24
**legal** [1] - 59:25
**less** [5] - 11:9, 26:7, 26:13, 48:4, 48:5
**Li** [16] - 2:21, 6:2, 6:3, 7:15, 42:4, 53:15, 55:1, 55:3, 55:22, 55:24, 56:2, 60:4, 69:1, 72:3, 82:1, 82:21
**LI** [4] - 1:3, 55:7, 56:1, 85:9
**limit** [3] - 32:2, 32:6, 32:7
**line** [2] - 34:19, 59:17
**lines** [1] - 59:25
**Ling** [4] - 2:16, 6:25, 13:15, 39:11
**liquor** [2] - 46:13, 46:15
**LIRR** [1] - 17:16
**list** [1] - 23:3
**listen** [4] - 43:9, 54:2, 54:10, 78:25
**lobster** [1] - 67:2
**located** [1] - 42:4
**location** [4] - 33:12, 35:24, 42:10, 71:11
**LOCKE** [1] - 1:10
**look** [10] - 21:12, 21:13, 21:14, 21:19, 25:11, 35:5, 50:11, 69:12, 82:15, 82:19
**looked** [2] - 47:20, 56:7
**looking** [7] - 23:3, 30:21, 31:16, 50:15, 56:12, 56:22, 67:22
**looks** [1] - 83:17
**loud** [1] - 3:19
**louder** [1] - 41:8
**low** [1] - 8:7
**lunch** [8] - 11:13,

12:1, 40:10, 62:1,
62:2, 62:3, 64:14,
64:17
**lunchtime** [1] - 64:18

## M

**mail** [1] - 54:9
**mailed** [1] - 24:25
**main** [1] - 74:16
**Main** [2] - 57:7, 57:14
**mainland** [3] - 42:6,
42:10, 83:15
**major** [3] - 31:22,
31:23, 31:24
**Malaysia** [1] - 33:23
**Malaysian** [1] - 33:25
**man** [2] - 62:22, 70:3
**Mandarin** [2] - 72:19,
73:4
**March** [2] - 1:8, 84:7
**market** [5] - 30:22,
31:16, 31:17, 33:1,
33:2
**markets** [1] - 30:21
**matter** [8] - 12:6,
18:19, 37:5, 37:6,
37:9, 44:7, 47:1,
49:2
**meal** [3] - 11:25,
12:14, 12:16
**meals** [11] - 11:22,
11:24, 12:9, 12:10,
12:12, 61:23, 61:24,
61:25, 62:6, 62:9,
71:14
**mealtime** [1] - 12:4
**mealtimes** [1] - 62:13
**mean** [4] - 31:15, 65:4,
70:9, 72:10
**means** [2] - 11:7,
60:21
**meantime** [5] - 52:22,
53:13, 53:14, 54:12,
82:20
**mechanical** [2] - 1:25,
31:24
**medical** [1] - 43:22
**mention** [3] - 37:4,
37:6, 37:11
**mentioned** [2] - 37:7,
51:13
**menu** [1] - 13:21
**met** [1] - 68:17
**Metrocard** [2] - 17:20,
17:21
**microphone** [1] -
55:20
**might** [1] - 58:10
**mike** [3] - 2:10, 8:21,

58:13
**mind** [3] - 3:7, 21:20,
78:24
**mine** [2] - 68:17, 73:15
**minimum** [1] - 3:14
**minor** [1] - 46:21
**minute** [1] - 29:7
**minutes** [6] - 12:13,
12:16, 29:8, 40:12,
52:12, 54:18
**mold** [1] - 66:21
**Monday** [1] - 10:6
**money** [17] - 19:5,
20:18, 21:4, 21:21,
22:2, 22:17, 22:18,
22:23, 24:7, 24:11,
37:2, 49:16, 68:23,
69:3, 69:8, 69:15
**month** [18] - 19:6,
19:19, 19:24, 20:1,
20:3, 20:8, 20:12,
20:13, 20:19, 21:5,
21:6, 21:9, 22:15,
25:10, 69:4, 69:9,
69:13, 69:16
**monthly** [1] - 36:22
**months** [12] - 10:14,
17:14, 20:6, 26:4,
32:9, 32:12, 32:13,
51:17, 52:4, 52:17,
78:4, 78:10
**mop** [1] - 45:20
**morality** [1] - 59:16
**morning** [12] - 2:2,
2:4, 2:13, 3:12, 4:25,
16:1, 29:18, 51:11,
54:1, 64:13, 82:21
**most** [4] - 26:8, 46:4,
46:18, 80:25
**Mother's** [1] - 78:8
**move** [2] - 23:9, 46:15
**moving** [3] - 27:13,
27:14, 29:9
**MR** [117] - 2:2, 2:6,
2:9, 2:11, 2:13, 2:15,
2:19, 3:5, 3:11, 3:21,
4:17, 4:19, 5:7, 5:14,
6:1, 7:13, 7:17, 7:23,
8:3, 8:12, 8:14,
14:22, 14:24, 16:16,
19:8, 19:10, 19:13,
19:22, 22:25, 23:9,
23:17, 23:24, 24:16,
24:21, 24:25, 25:3,
25:7, 25:15, 25:21,
25:23, 26:14, 26:20,
26:24, 27:2, 27:7,
27:11, 27:14, 27:25,
29:3, 29:5, 29:7,
29:10, 29:13, 29:17,

30:24, 31:2, 36:17,
40:12, 41:6, 41:9,
42:8, 42:16, 42:24,
45:23, 48:1, 49:21,
49:23, 50:2, 50:6,
50:10, 50:12, 50:14,
50:17, 50:20, 50:23,
51:3, 51:6, 51:10,
51:17, 51:20, 52:2,
52:8, 53:2, 53:5,
54:11, 54:16, 54:24,
55:2, 55:13, 55:18,
55:21, 58:4, 58:7,
60:4, 63:8, 63:10,
63:18, 64:2, 69:1,
70:5, 71:18, 71:22,
72:2, 74:3, 78:15,
81:23, 82:4, 82:7,
82:23, 83:16, 83:20,
83:24, 84:1, 85:6,
85:8, 85:11, 85:13
**must** [3] - 5:4, 16:8,
16:10
**mute** [2] - 58:7, 58:18

## N

**name** [17] - 2:17, 9:9,
13:7, 14:16, 14:17,
15:3, 15:4, 28:21,
33:16, 40:25, 46:24,
55:22, 55:24, 56:1,
56:4, 80:11, 80:15
**named** [2] - 8:15,
13:3, 56:3, 80:13,
80:14
**names** [3] - 49:13,
49:16
**Nassau** [1] - 68:13
**native** [2] - 72:18, 73:4
**near** [1] - 20:4
**necessary** [1] - 35:9
**need** [13] - 2:23, 4:18,
4:19, 9:13, 27:12,
52:7, 53:17, 53:19,
58:5, 58:12, 82:5,
83:1, 84:2
**needed** [3] - 43:18,
43:22, 56:16
**never** [6] - 6:8, 7:9,
27:16, 28:13, 46:6,
64:16
**new** [8] - 13:13, 73:17,
79:4, 79:10, 79:12,
79:23, 80:2, 80:14
**NEW** [1] - 1:1
**New** [6] - 1:6, 1:18,
1:22, 3:25, 27:17,
68:12
**newspaper** [6] - 9:5,

33:9, 56:6, 56:8,
56:10, 74:21
**next** [14] - 8:6, 39:21,
40:7, 40:19, 41:2,
54:24, 57:2, 57:9,
57:10, 57:11, 57:13,
59:7, 79:21, 81:9
**night** [1] - 12:3
**nine** [1] - 17:25
**nobody** [1] - 72:16
**normally** [2] - 12:15,
64:19
**notes** [2] - 25:19,
25:20
**nothing** [1] - 70:23
**notice** [1] - 28:16
**notified** [1] - 43:16
**notify** [2] - 77:23,
78:12
**NRE** [2] - 9:16, 33:15
**number** [10] - 6:15,
24:22, 26:16, 27:4,
42:9, 50:15, 57:24,
69:18, 74:13, 82:13
**numbers** [7] - 21:20,
22:7, 23:13, 23:14,
23:20, 23:23, 50:19
**NY** [1] - 1:14

## O

**o'clock** [28] - 4:1, 4:3,
4:4, 10:12, 10:16,
11:13, 12:1, 12:2,
12:4, 15:17, 15:18,
15:19, 16:1, 16:2,
16:8, 16:10, 17:23,
60:22, 60:23, 61:1,
61:9, 62:4, 62:5,
65:5
**object** [2] - 22:25,
66:22
**objected** [2] - 52:15,
66:18
**objection** [12] - 14:22,
14:24, 16:16, 19:8,
19:9, 23:11, 30:24,
35:13, 48:1, 50:8,
70:5, 74:6
**observation** [1] - 21:6
**observe** [6] - 44:23,
45:9, 45:13, 79:7,
79:13, 81:10
**observed** [1] - 80:24
**obviously** [3] - 8:9,
54:7, 67:22
**occasion** [1] - 45:17
**occasionally** [2] -
22:21, 48:21
**occasions** [2] - 26:6,

60:1
**occupants** [1] - 41:1
**occur** [1] - 47:17
**OF** [2] - 1:1, 1:10
**offer** [2] - 77:7, 77:10
**offered** [1] - 76:16
**office** [1] - 2:7
**often** [6] - 28:3, 45:3,
45:4, 62:14, 62:15,
64:23
**old** [1] - 80:13
**older** [3] - 18:8, 39:8
**once** [1] - 49:3
**one** [55] - 3:17, 4:10,
4:19, 11:4, 11:9,
17:2, 17:4, 19:20,
23:3, 26:25, 27:4,
27:20, 27:22, 32:17,
36:12, 38:12, 40:24,
43:9, 43:20, 43:25,
44:13, 45:17, 46:8,
46:11, 47:22, 48:10,
50:3, 50:5, 51:12,
60:2, 60:7, 62:21,
62:22, 63:7, 63:14,
63:23, 63:24, 64:4,
64:8, 64:9, 65:8,
66:25, 69:5, 69:6,
72:12, 74:16, 80:15,
80:16, 81:7, 81:8,
81:16, 81:17, 81:19
**open** [2] - 20:25, 78:4
**opened** [4] - 19:25,
73:15, 73:25, 74:17
**opening** [7] - 2:22,
3:3, 3:5, 3:9, 4:15,
5:13, 77:20
**operate** [2] - 34:1,
73:17, 75:4
**operating** [1] - 64:19
**operation** [2] - 47:2,
47:4
**operator** [1] - 68:11
**opinion** [1] - 59:13
**opinions** [1] - 59:14
**order** [10] - 21:11,
21:15, 21:19, 42:17,
62:8, 62:10, 67:14,
67:23, 70:8, 70:9
**ordered** [1] - 15:23
**orders** [27] - 11:15,
11:16, 11:18, 11:20,
12:5, 12:6, 12:7,
21:10, 21:11, 21:13,
21:16, 21:20, 22:1,
44:14, 61:19, 62:7,
67:20, 67:22, 67:25,
69:12, 70:7, 70:10,
70:14, 70:18, 70:22,
70:25

**original** [1] - 25:1
**originally** [2] - 38:8, 76:21
**otherwise** [1] - 12:15
**ourselves** [2] - 44:15, 76:5
**overrule** [2] - 16:17, 23:11
**overruled** [2] - 31:3, 48:6
**overtime** [3] - 3:15, 27:15, 28:24
**OWEN** [1] - 1:21
**own** [2] - 51:24, 53:1
**owner** [9] - 13:11, 13:13, 13:18, 14:4, 14:17, 17:7, 18:12, 19:4, 19:5
**owner's** [4] - 17:8, 18:23, 65:17
**owners** [3] - 15:13, 22:8, 39:9
**ownership** [2] - 14:15, 18:21

**P**

**p.m** [4] - 10:8, 17:23, 60:20, 62:5
**package** [1] - 54:14
**page** [9] - 24:17, 24:18, 24:21, 25:12, 27:2, 34:19, 36:17, 41:16, 45:23
**paid** [26] - 3:15, 6:19, 9:24, 10:19, 11:3, 11:6, 12:17, 12:18, 13:1, 18:16, 23:25, 24:7, 27:15, 27:16, 28:19, 36:23, 37:1, 48:3, 49:4, 50:24, 65:18, 65:19, 73:24, 76:8
**paper** [2] - 49:15, 49:19
**papers** [1] - 49:11
**part** [13] - 6:7, 21:25, 26:18, 26:20, 26:22, 27:5, 46:20, 46:21, 50:25, 51:1, 62:23, 63:14, 74:4
**part-time** [2] - 6:7, 62:23
**particular** [1] - 43:7
**parties** [3] - 4:16, 6:13, 67:13
**pass** [1] - 33:12
**passengers** [1] - 17:3
**past** [1] - 20:4
**Patrick** [1] - 5:2

**Pause** [1] - 58:20
**pay** [35] - 6:18, 10:17, 11:1, 11:5, 12:25, 13:25, 15:6, 18:16, 24:5, 24:14, 26:3, 26:11, 28:5, 28:16, 28:19, 28:20, 28:21, 28:23, 28:24, 36:22, 37:1, 47:10, 47:20, 47:21, 48:24, 48:25, 49:6, 49:11, 49:24, 65:9, 65:11, 65:21, 66:2, 73:23
**payment** [4] - 18:17, 18:20, 26:8, 71:5
**penalized** [1] - 14:14
**penalties** [1] - 82:11
**people** [17] - 17:6, 22:22, 22:23, 39:19, 39:24, 40:1, 44:9, 57:21, 57:22, 63:22, 66:17, 68:9, 80:18, 80:23, 81:3, 83:7
**people's** [1] - 83:11
**per** [30] - 5:8, 6:8, 6:12, 10:22, 11:7, 15:21, 19:19, 19:24, 20:1, 20:3, 20:8, 21:6, 21:9, 21:16, 28:24, 47:12, 47:16, 47:25, 48:18, 59:3, 60:16, 63:3, 69:13, 69:22, 69:23, 73:21, 76:10, 76:11
**percent** [22] - 2:9, 2:6, 26:7, 26:13, 54:17, 71:5, 71:8
**percentage** [4] - 24:4, 26:3, 26:10, 71:1, 71:2
**perhaps** [1] - 58:14
**period** [14] - 6:4, 6:5, 6:10, 12:11, 17:14, 61:18, 61:21, 68:19, 73:14, 73:19, 75:25, 76:12, 77:1, 77:20
**permissible** [1] - 83:6
**permit** [2] - 83:2, 84:3
**person** [22] - 12:21, 33:25, 34:1, 39:20, 39:21, 39:22, 39:24, 40:6, 40:7, 40:8, 40:18, 40:20, 41:1, 41:3, 43:13, 44:8, 68:4, 68:17, 76:6, 76:24, 77:14, 78:11
**personal** [3] - 23:12, 23:18, 23:19
**personally** [2] - 70:20, 79:8

**persons** [1] - 40:13
**perspective** [1] - 76:14
**ph** [1] - 40:25
**Philip** [1] - 2:13
**phone** [25] - 9:6, 33:10, 33:23, 33:24, 34:2, 34:5, 34:11, 34:20, 34:22, 35:8, 35:15, 35:17, 56:16, 56:19, 56:21, 57:4, 57:24, 60:1, 68:10, 75:6, 75:7, 75:11, 76:20, 78:21
**physically** [1] - 42:4
**pick** [7] - 9:17, 33:13, 33:14, 43:16, 67:17, 69:5, 75:10
**picked** [11] - 33:15, 33:16, 33:20, 34:5, 35:19, 37:25, 38:1, 38:3, 60:18, 60:21, 60:25
**picking** [1] - 34:25
**pictures** [1] - 67:24
**piece** [1] - 49:12
**plaintiff** [10] - 2:21, 5:10, 6:2, 6:3, 6:9, 6:25, 7:5, 53:5
**Plaintiffs** [2] - 1:5, 1:13
**plaintiffs** [5] - 2:3, 3:21, 6:2, 6:15, 6:19
**planning** [1] - 30:19
**plans** [1] - 83:10
**Plaza** [1] - 1:22
**PLLC** [2] - 1:13, 1:17
**point** [4] - 10:11, 13:11, 23:10, 81:22
**portion** [1] - 26:9
**position** [10] - 33:6, 33:8, 33:18, 38:8, 38:14, 39:2, 74:19, 74:23, 75:13, 75:16
**posted** [2] - 28:10, 43:15
**poster** [2] - 28:8, 28:11
**posters** [1] - 28:10
**pounds** [1] - 66:18
**power** [1] - 39:24
**prepare** [3] - 12:6, 69:21, 70:17
**present** [1] - 36:5
**previous** [1] - 22:25
**principals** [1] - 23:8
**problem** [6] - 21:7, 23:2, 23:22, 50:13, 52:10, 59:15
**problems** [1] - 59:16

**proceed** [1] - 8:10
**Proceedings** [1] - 1:25
**proceedings** [4] - 58:20, 82:11, 82:12, 84:6
**process** [1] - 33:8
**produce** [1] - 20:13
**produced** [1] - 1:25
**production** [3] - 24:17, 24:20, 26:16
**promised** [2] - 73:23, 77:19
**promotion** [1] - 67:11
**property** [1] - 30:12
**prove** [5] - 9:17, 33:13, 4:6, 4:10, 5:7, 5:10
**provide** [4] - 17:19, 28:16, 51:11, 52:18
**provided** [6] - 3:22, 10:1, 17:16, 37:25, 52:17, 67:12
**provider** [1] - 67:12
**public** [3] - 9:15, 35:18
**punch** [15] - 6:14, 6:18, 14:9, 14:10, 14:11, 14:15, 15:10, 15:14, 15:15, 15:18, 15:19, 15:20, 15:23, 16:1
**purpose** [1] - 30:6, 30:9
**purposes** [1] - 50:14
**put** [6] - 33:9, 52:22, 53:5, 54:12, 54:22, 58:14

**Q**

**questions** [8] - 16:20, 19:8, 19:10, 35:7, 35:12, 63:17, 71:18, 83:23
**quit** [1] - 66:8

**R**

**raise** [3] - 5:1, 55:6, 59:12
**raised** [3] - 59:11, 59:18, 66:13
**rare** [1] - 13:1
**rate** [3] - 47:10, 48:18
**rather** [2] - 52:5, 79:6
**reach** [3] - 23:5, 28:18, 59:24
**reached** [1] - 28:7
**read** [6] - 25:25, 26:1, 28:7, 56:8, 56:14,

72:20
**ready** [2] - 8:10, 42:3
**real** [1] - 39:9
**realized** [3] - 47:21, 56:19, 68:4
**reason** [4] - 54:6, 72:24, 74:4, 83:1
**reasons** [1] - 43:22
**receipt** [1] - 67:25
**receive** [13] - 11:7, 15:7, 20:10, 22:6, 22:7, 25:9, 26:5, 31:25, 32:18, 48:11, 59:3, 70:7
**received** [13] - 24:1, 24:2, 27:17, 37:1, 47:20, 47:25, 49:10, 69:12, 69:23, 76:17, 76:21
**receiving** [1] - 10:2
**recess** [3] - 29:14, 41:15, 52:13
**recooked** [1] - 67:13
**record** [7] - 2:24, 7:8, 26:1, 52:14, 55:23, 74:11, 83:17
**recorded** [1] - 1:25, 11:12, 57:24
**records** [5] - 6:14, 6:18, 49:25, 83:8
**refer** [3] - 9:10, 13:7, 24:16
**referring** [1] - 13:15
**refrigerating** [1] - 31:24
**refrigeration** [3] - 30:18, 31:21, 32:24
**refrigerator** [3] - 30:14, 31:17, 33:2
**regarding** [3] - 24:5, 27:11, 82:9
**regular** [3] - 12:2, 48:10, 49:6
**regulated** [1] - 11:12
**related** [2] - 37:5, 37:9
**relating** [1] - 3:14
**released** [1] - 72:17
**remember** [9] - 9:1, 14:12, 15:3, 15:4, 56:10, 57:6, 59:5, 60:11, 65:6
**remove** [1] - 53:11
**renew** [1] - 32:16
**repeat** [4] - 3:18, 48:7, 77:25, 78:14
**repeating** [1] - 16:17
**repeats** [1] - 78:18
**repetitive** [2] - 54:17
**rephrase** [5] - 15:1, 15:2, 19:11, 19:17,

69:6
**reply** [1] - 56:25
**report** [1] - 25:20
**reported** [1] - 16:6
**Reporter** [1] - 1:21
**reporter** [3] - 2:25, 5:5, 26:2
**reputation** [1] - 83:8
**request** [1] - 44:1
**required** [6] - 14:9, 14:11, 14:15, 15:14, 49:11, 49:12
**residence** [1] - 54:15
**respond** [2] - 19:21, 72:22
**responded** [2] - 45:24, 46:24
**response** [3] - 56:15, 56:23, 82:23
**responsibilities** [1] - 44:10
**rest** [2] - 4:7, 54:2
**Restaurant** [1] - 56:4
**restaurant** [129] - 3:23, 3:24, 4:2, 4:9, 4:11, 5:8, 6:9, 7:1, 7:9, 8:15, 8:19, 8:20, 8:22, 8:23, 9:11, 9:12, 9:19, 10:11, 11:11, 11:17, 12:10, 13:11, 13:19, 13:21, 13:23, 13:25, 14:3, 14:14, 14:16, 14:17, 15:16, 15:23, 16:4, 16:11, 16:14, 16:15, 17:7, 17:10, 17:18, 17:22, 17:24, 18:3, 18:7, 18:20, 19:1, 19:5, 19:7, 19:15, 19:18, 19:24, 20:6, 20:16, 20:24, 21:1, 21:2, 24:8, 28:4, 28:5, 28:8, 31:8, 31:10, 33:10, 33:12, 33:17, 33:21, 34:23, 35:15, 35:20, 35:21, 35:23, 35:24, 36:23, 39:9, 40:13, 40:21, 42:25, 43:15, 44:8, 44:16, 45:3, 45:4, 45:5, 46:4, 56:3, 56:5, 56:13, 57:18, 59:1, 59:15, 60:12, 60:19, 60:22, 60:23, 61:1, 61:8, 61:11, 61:15, 61:17, 61:20, 62:16, 62:19, 62:25, 64:10, 64:18, 64:19, 64:21, 64:23, 64:24, 68:18, 69:11, 69:15,

71:3, 71:10, 73:11, 73:15, 73:16, 73:17, 73:25, 74:17, 74:22, 74:25, 75:5, 75:18, 76:13, 77:16, 77:19, 78:4, 78:7, 81:1
**restaurants** [1] - 62:6
**result** [2] - 67:16, 72:14
**resume** [1] - 42:3
**return** [3] - 75:18, 77:16, 78:2
**returned** [4] - 37:2, 75:23, 76:18, 77:13
**returning** [3] - 77:24, 78:7, 78:13
**revenue** [6] - 7:10, 19:7, 19:14, 19:18, 20:6, 71:2
**reword** [1] - 63:11
**rice** [4] - 66:18, 66:20, 66:21
**ride** [2] - 9:15, 22:16
**rides** [1] - 3:24
**rights** [1] - 83:12
**rotten** [1] - 67:3
**RPR** [1] - 1:21
**ruining** [1] - 66:17
**rule** [2] - 23:10, 74:6
**rules** [1] - 59:17
**rush** [1] - 84:4

## S

**sacrifice** [2] - 83:7, 83:11
**salary** [9] - 10:21, 36:15, 36:19, 36:22, 36:23, 37:14, 48:17, 49:6, 49:10
**sales** [1] - 71:2
**sanitation** [1] - 60:8
**satisfaction** [1] - 59:20
**satisfied** [1] - 59:19
**Saturday** [7] - 10:7, 12:3, 60:18, 60:20, 63:25, 64:1, 67:16
**saw** [11] - 9:5, 22:22, 22:23, 56:6, 59:11, 70:20, 79:10, 79:12, 79:14, 80:25
**scallop** [1] - 67:9
**scallops** [1] - 67:6
**schedule** [12] - 10:24, 19:1, 42:25, 43:1, 43:3, 43:11, 43:19, 48:11, 61:8, 79:19, 80:5
**scheduled** [3] - 19:2,

43:7, 74:14
**schedules** [1] - 43:14
**scope** [1] - 77:4
**Scorfi** [2] - 40:25, 41:2
**Scott** [1] - 80:15
**screen** [1] - 52:11
**seated** [1] - 55:11
**second** [7] - 2:21, 3:17, 4:10, 25:15, 38:12, 60:3, 76:18
**secondly** [1] - 5:7
**see** [17] - 8:4, 13:18, 20:9, 20:10, 21:19, 25:17, 28:11, 30:21, 31:16, 36:24, 70:13, 70:15, 70:21, 70:25, 79:9, 79:11
**seek** [4] - 6:14, 6:17, 7:4, 7:8
**sell** [1] - 31:20
**send** [2] - 52:20, 54:9
**sense** [1] - 54:20
**sentence** [1] - 40:5
**separate** [1] - 53:13
**separated** [1] - 17:2
**September** [2] - 9:3, 33:5
**serve** [2] - 17:9, 68:20
**served** [5] - 17:6, 44:25, 45:2, 45:11, 62:3
**service** [3] - 9:15, 17:19
**session** [1] - 64:14
**set** [3] - 19:1, 43:14, 43:19
**seven** [4] - 10:23, 11:1, 17:3, 63:6
**several** [6] - 17:14, 46:10, 46:12, 57:21, 78:3, 78:10
**share** [1] - 4:20
**shared** [1] - 22:8
**shareholder** [1] - 18:14
**shop** [1] - 56:7
**short** [7] - 3:5, 6:4, 6:5, 12:11, 52:15, 73:14, 73:19
**show** [9] - 6:11, 6:24, 7:5, 15:20, 16:2, 24:18, 26:15, 51:24, 64:12
**Showa** [32] - 1:7, 6:3, 8:16, 9:2, 11:22, 12:17, 14:8, 18:11, 19:3, 28:2, 28:4, 28:7, 28:18, 33:4, 38:22, 39:6, 39:12, 47:11, 56:3, 56:4,

56:5, 68:24, 73:5, 73:7, 73:8, 75:3, 77:23, 78:1, 78:6, 78:23, 79:2
**showed** [1] - 7:9
**shown** [1] - 28:20
**shrimp** [4] - 67:5, 67:9, 67:15, 67:23
**sic** [2] - 9:16, 68:4
**sick** [1] - 18:2
**side** [2] - 8:24, 44:15
**sign** [3] - 49:11, 49:13, 49:18
**signed** [3] - 28:20, 49:13, 65:13
**simply** [1] - 21:11
**single** [1] - 53:11
**sit** [3] - 5:5, 11:15, 71:14
**situation** [1] - 36:21
**six** [10] - 6:10, 10:1, 10:5, 10:24, 11:7, 32:9, 32:12, 32:13, 37:21, 62:20
**slips** [2] - 70:8, 70:9
**slow** [1] - 8:8
**slower** [1] - 20:2
**small** [1] - 26:9
**smell** [1] - 67:3
**sole** [1] - 18:14
**someone** [6] - 34:2, 34:6, 40:4, 40:22, 47:23, 78:6
**sometime** [2] - 10:24, 65:2
**sometimes** [35] - 10:23, 10:24, 16:22, 16:23, 17:3, 21:18, 22:6, 22:7, 22:22, 24:1, 24:2, 25:9, 44:18, 44:21, 45:2, 45:11, 46:13, 62:12, 64:8, 65:2, 65:16, 69:20, 70:2, 70:4, 70:16, 70:23, 71:13, 71:14, 71:16, 83:16
**son** [16] - 13:14, 13:15, 13:16, 17:8, 18:10, 18:21, 18:24, 19:4, 39:11, 45:9, 46:25, 47:7, 64:21, 65:1, 75:9
**son's** [1] - 15:4
**soon** [1] - 68:4
**sorry** [8] - 6:25, 14:23, 26:14, 41:9, 50:2, 50:12, 53:24, 75:19
**sounds** [1] - 83:9
**speakers** [1] - 7:24
**speaking** [2] - 24:3,

37:13
**special** [2] - 83:1, 84:3
**specific** [2] - 45:16, 61:16
**specifically** [2] - 76:2, 79:11
**spelling** [1] - 55:25
**spend** [2] - 22:23, 32:3
**sphere** [1] - 3:1
**spot** [1] - 40:11
**spread** [2] - 27:17, 29:1
**spring** [1] - 60:2
**stamp** [3] - 27:4, 50:6, 50:18
**stamped** [1] - 27:1
**stand** [6] - 3:10, 8:4, 53:15, 54:13, 54:23, 58:12
**Standards** [1] - 3:14
**standing** [1] - 70:24
**start** [7] - 17:22, 33:4, 43:17, 60:17, 63:12, 65:1, 73:5
**started** [9] - 9:1, 15:19, 18:11, 27:20, 36:5, 38:22, 63:4, 74:15, 76:13
**starting** [1] - 6:3
**starts** [1] - 25:17
**State** [1] - 68:12
**state** [2] - 6:20, 55:22
**statement** [6] - 3:4, 3:6, 3:9, 4:15, 5:13, 27:5
**statements** [1] - 2:22
**STATES** [2] - 1:1, 1:11
**states** [3] - 59:10, 59:25, 72:10
**States** [16] - 1:5, 29:22, 29:24, 30:1, 30:3, 30:11, 30:19, 30:22, 31:6, 31:7, 31:13, 31:21, 32:3, 32:11, 59:18, 72:8
**stating** [1] - 46:16
**station** [1] - 33:14
**statute** [2] - 82:16, 82:18
**stay** [7] - 4:8, 8:24, 11:20, 32:13, 32:15, 34:17, 61:14
**staying** [1] - 32:10
**Ste.10G** [1] - 1:17
**steak** [3] - 67:5, 67:15, 67:23
**stenography** [1] - 1:25
**step** [1] - 53:14
**Steven** [2] - 80:13

**STEVEN** [1] - 1:10
**stick** [1] - 35:9
**still** [5] - 18:23, 20:2, 29:12, 54:20, 68:18
**stop** [7] - 9:16, 9:25, 12:5, 33:13, 33:15, 53:14, 62:9
**stopped** [2] - 77:20, 83:1
**store** [2] - 10:11, 43:15
**straight** [1] - 3:4
**strategically** [1] - 54:20
**Street** [2] - 57:7, 57:14
**stub** [6] - 28:19, 28:20, 28:21, 28:23, 47:21, 49:24
**stubs** [1] - 24:14
**subject** [5] - 21:25, 23:11, 23:15, 54:21
**submitted** [1] - 51:17
**subset** [1] - 53:11
**subway** [2] - 17:20, 33:12
**successful** [1] - 32:25
**successfully** [1] - 32:22
**Suite** [1] - 1:22
**Sunday** [4] - 10:6, 63:23, 63:24, 63:25
**supervise** [3] - 44:4, 45:24, 46:17
**supervised** [1] - 46:6
**supervising** [4] - 44:6, 45:13, 46:2, 46:3
**supervisor** [2] - 38:23, 39:4
**supply** [1] - 2:24
**supposed** [4] - 11:14, 43:17, 43:20, 77:5
**sushi** [20] - 10:16, 20:18, 21:3, 22:14, 40:25, 62:21, 63:20, 70:1, 70:3, 70:22, 70:24, 70:25
**suspect** [1] - 23:22
**sustained** [5] - 14:25, 19:11, 27:23, 69:6, 70:6
**swear** [2] - 7:18, 55:4
**sweep** [1] - 45:20
**sworn** [4] - 4:24, 5:3, 7:21, 55:9
**system** [1] - 59:25

### T

**tab** [4] - 25:13, 25:16, 25:18

**table** [1] - 2:5
**tail** [1] - 67:2
**Taipei** [1] - 83:1
**Taiwan** [6] - 42:11, 80:14, 81:8, 82:24, 83:2, 84:3
**take-out** [3] - 61:19, 61:22, 62:14
**tax** [3] - 15:6, 15:7, 65:21
**tech** [1] - 58:17
**teleconference** [1] - 82:8
**telephone** [4] - 33:20, 34:1, 75:4
**tempura** [1] - 38:12
**ten** [11] - 12:16, 27:21, 28:1, 28:3, 37:15, 40:12, 46:4, 46:6, 46:11, 49:2, 52:12
**teriyaki** [2] - 38:12, 38:13
**terminated** [4] - 40:15, 40:17, 40:20, 40:24
**testified** [4] - 7:21, 16:18, 25:24, 55:9
**testify** [7] - 23:4, 23:21, 23:22, 83:5, 83:9, 83:11, 83:14
**testifying** [2] - 29:12, 53:15
**testimony** [11] - 3:4, 6:6, 6:13, 6:21, 6:24, 22:25, 23:6, 34:24, 47:24, 54:10, 82:10
**THE** [124] - 1:10, 2:4, 2:8, 2:10, 2:12, 2:14, 2:17, 2:22, 3:7, 3:19, 4:14, 4:21, 4:25, 5:1, 5:4, 5:12, 7:12, 7:15, 7:18, 7:24, 8:1, 8:6, 8:21, 8:24, 8:25, 14:23, 14:25, 16:17, 19:9, 19:11, 19:20, 23:2, 23:10, 23:19, 24:19, 24:23, 25:2, 25:4, 25:11, 25:17, 25:22, 25:25, 26:18, 26:22, 26:25, 27:3, 27:8, 27:13, 27:23, 29:4, 29:6, 29:8, 29:11, 29:15, 31:1, 31:3, 35:11, 35:14, 40:10, 41:8, 41:11, 41:13, 41:14, 42:3, 42:15, 42:19, 48:6, 50:1, 50:5, 50:8, 50:11, 50:13, 50:16, 50:18, 50:21, 51:2, 51:4, 51:16, 51:19,

51:21, 52:4, 52:10, 52:14, 53:4, 53:7, 53:21, 53:23, 54:4, 54:6, 54:12, 54:19, 54:25, 55:4, 55:6, 55:11, 55:12, 55:14, 55:19, 55:25, 56:1, 58:6, 58:9, 58:10, 58:12, 58:21, 58:23, 60:7, 63:9, 63:11, 63:16, 69:2, 69:5, 70:6, 71:20, 74:6, 78:17, 81:21, 81:25, 82:5, 82:17, 83:3, 83:17, 83:21, 83:25
**three** [10] - 11:12, 18:8, 42:12, 54:18, 63:13, 73:10, 73:12, 77:12, 77:21, 81:6
**throughout** [1] - 6:12
**Thursday** [1] - 10:6
**Tianjin** [4] - 42:5, 42:14, 84:2, 84:5
**Tiffany** [1] - 2:19
**tips** [6] - 20:10, 22:5, 22:8, 22:9, 22:12, 69:23
**today** [5] - 29:20, 39:20, 40:6, 70:3, 81:25
**together** [1] - 13:10
**tomorrow** [7] - 53:12, 54:1, 54:14, 81:25, 82:6, 82:21, 83:22
**tonight** [1] - 53:16
**took** [10] - 9:16, 11:25, 12:9, 12:11, 12:16, 33:12, 35:18, 65:16, 67:24, 69:12
**topic** [1] - 21:25
**total** [5] - 62:19, 68:25, 69:16, 73:12, 77:14
**totally** [1] - 52:3
**touched** [1] - 59:17
**traditional** [1] - 3:13
**traffic** [1] - 16:22
**train** [2] - 17:16, 33:14
**TRANSCRIPT** [1] - 1:10
**transcript** [2] - 1:25, 36:17
**transcription** [1] - 1:25
**transcripts** [1] - 3:1
**transferred** [1] - 18:21
**translate** [4] - 4:13, 4:16, 25:24, 74:7
**translated** [1] - 54:4
**translating** [1] - 53:20

**translation** [1] - 74:9
**translator** [2] - 74:8, 74:11
**transmission** [1] - 82:10
**transmitted** [1] - 42:10
**transmitting** [1] - 58:18
**transportation** [6] - 3:22, 10:1, 35:18, 35:19, 37:24, 61:4
**transporting** [1] - 57:19
**traveled** [1] - 82:13
**treat** [1] - 23:14
**Trial** [1] - 26:16
**trial** [10] - 2:24, 25:1, 29:20, 29:23, 51:8, 51:14, 51:25, 52:23, 54:7, 84:5
**TRIAL** [1] - 1:10
**tried** [1] - 32:15
**TROY** [67] - 1:13, 1:15, 2:2, 2:6, 2:19, 3:5, 3:11, 3:21, 4:17, 5:7, 7:13, 7:17, 7:23, 8:3, 8:12, 8:14, 19:13, 19:22, 23:9, 23:17, 23:24, 24:16, 24:21, 27:2, 27:7, 27:11, 27:14, 27:25, 29:3, 29:5, 29:13, 30:24, 31:2, 48:1, 50:10, 50:23, 51:3, 51:10, 52:2, 52:8, 53:2, 53:5, 54:11, 54:16, 54:24, 55:2, 55:13, 55:18, 55:21, 58:4, 60:4, 63:8, 63:18, 64:2, 69:1, 71:18, 74:3, 82:4, 82:23, 83:16, 83:20, 84:1, 85:6, 85:11
**Troy** [31] - 2:3, 2:18, 2:19, 3:3, 3:9, 7:12, 8:1, 8:4, 8:11, 15:1, 16:19, 19:12, 19:20, 23:2, 26:22, 29:11, 41:11, 49:24, 50:2, 50:22, 51:20, 51:23, 52:15, 52:17, 53:25, 55:12, 58:13, 63:17, 69:5, 82:2, 83:25
**true** [1] - 23:23
**truth** [3] - 23:4, 23:8, 23:21
**try** [3] - 24:13, 58:17, 82:22
**trying** [2] - 33:1, 82:15

**Tuesday** [3] - 10:6, 43:20, 67:19
**turn** [3] - 8:7, 23:16, 67:13
**twice** [4] - 16:18, 16:20, 18:18, 49:3
**two** [37] - 6:1, 13:10, 15:7, 15:8, 18:3, 18:5, 18:13, 19:8, 19:10, 38:7, 38:11, 39:8, 39:13, 40:2, 43:4, 43:12, 44:8, 60:1, 60:7, 60:24, 60:25, 62:20, 62:21, 63:17, 63:23, 64:7, 64:9, 65:8, 67:15, 67:22, 67:23, 68:10, 73:10, 73:12, 77:12, 81:20
**type** [3] - 30:4, 30:10, 31:25
**typically** [1] - 33:20

### U

**unable** [2] - 29:19, 29:25
**uncomfortable** [1] - 68:14
**underlying** [1] - 23:8
**unequivocally** [1] - 7:5
**UNITED** [2] - 1:1, 1:11
**United** [15] - 1:5, 29:22, 29:24, 30:1, 30:3, 30:11, 30:18, 31:5, 31:7, 31:13, 31:21, 32:3, 32:11, 59:18, 72:7
**unlawful** [3] - 83:14, 83:15, 83:21
**unless** [1] - 35:12
**up** [32] - 3:8, 5:5, 8:7, 9:17, 20:11, 24:14, 33:9, 33:13, 33:14, 33:15, 33:16, 33:20, 34:5, 35:19, 37:25, 38:1, 38:3, 43:16, 51:24, 52:11, 54:6, 55:19, 60:18, 60:21, 60:25, 64:12, 67:17, 69:24, 75:10, 81:25, 82:3, 82:15
**US** [1] - 31:16

### V

**van** [1] - 3:22
**various** [1] - 23:12
**vehicle** [17] - 16:9,

16:10, 16:14, 17:1,
17:2, 17:4, 17:11,
17:19, 22:19, 57:15,
57:16, 57:19, 57:20,
57:25, 61:4, 71:17
**versus** [1] - 77:9
**video** [3] - 7:14, 52:5,
52:9
**violation** [2] - 42:16,
42:17
**visa** [11] - 29:24, 30:4,
30:5, 30:8, 30:10,
32:3, 32:5, 32:11,
32:16, 32:23
**visa's** [1] - 30:6
**voice** [7] - 3:8, 5:4,
7:25, 8:6, 8:8, 55:19,
55:20
**volume** [2] - 8:7,
58:14

## W

**wage** [1] - 3:15
**wages** [2] - 3:20, 11:6
**wait** [4] - 57:7, 57:8,
57:15, 61:13
**waited** [2] - 57:14,
57:21
**waiter** [1] - 64:3
**waiting** [1] - 44:21
**waitress** [5] - 45:2,
62:21, 63:20, 64:3,
75:7
**walk** [1] - 3:7
**Wang** [4] - 2:16, 7:1,
13:3, 13:6
**wash** [3] - 76:5, 76:24,
76:25
**washing** [1] - 76:6
**watch** [1] - 54:7
**watched** [2] - 80:18,
80:20
**Wednesday** [1] - 10:6
**week** [31] - 6:8, 6:12,
10:1, 10:2, 10:5,
10:17, 10:22, 11:7,
15:21, 15:25, 16:3,
19:19, 37:19, 37:21,
47:12, 47:16, 59:3,
60:16, 60:17, 63:3,
63:6, 63:15, 65:7,
65:9, 69:4, 73:22,
76:4, 76:10
**weekdays** [5] - 60:24,
61:8, 62:4, 76:4,
76:25
**weekend** [3] - 61:9,
62:22, 77:14
**weekends** [4] - 4:4,

60:18, 62:5, 76:5
**weekly** [3] - 10:21,
36:23, 48:3
**WICKER** [1] - 1:21
**wife** [76] - 9:6, 9:10,
9:14, 9:17, 13:1,
13:3, 13:4, 13:5,
13:8, 13:10, 15:13,
15:20, 17:8, 18:9,
18:13, 18:15, 18:17,
18:19, 18:23, 18:25,
19:2, 33:11, 33:13,
33:24, 34:1, 34:3,
34:6, 34:7, 35:19,
36:7, 39:8, 39:13,
39:16, 39:18, 39:25,
40:4, 41:1, 43:1,
43:2, 43:6, 43:9,
43:25, 44:1, 44:23,
46:5, 46:18, 46:23,
47:1, 47:3, 47:5,
56:20, 58:3, 59:2,
59:13, 59:19, 60:10,
64:20, 64:24, 65:12,
65:17, 66:9, 66:12,
66:14, 67:19, 75:2,
75:8, 75:10, 75:20,
75:25, 77:8, 77:21,
78:11, 78:19, 79:10,
79:19, 81:11
**wife's** [1] - 61:1
**WILLIAM** [1] - 1:18
**William** [1] - 2:9
**willing** [2] - 82:18,
82:19
**wind** [1] - 82:3
**withholding** [1] -
65:22
**witness** [19] - 7:12,
7:18, 7:20, 8:5, 23:3,
24:18, 25:23, 27:12,
27:24, 40:4, 40:16,
40:21, 47:7, 54:22,
54:24, 55:8, 55:12,
79:2, 79:5
**WITNESS** [7] - 7:24,
35:14, 53:21, 56:1,
60:7, 69:2, 78:17
**witnessed** [5] - 60:8,
79:4, 79:8, 81:17,
81:19
**WITNESSES** [1] - 85:2
**word** [1] - 40:5
**words** [2] - 23:5,
34:25
**workday** [1] - 61:23
**worker** [1] - 62:25
**workers** [2] - 45:24,
63:19
**workplace** [1] - 16:7

**works** [2] - 62:25,
63:19
**World** [1] - 56:9
**wrap** [1] - 81:25
**writing** [2] - 50:24,
50:25
**written** [2] - 18:17,
65:12

## X

**Xi'an** [1] - 84:2

## Y

**Y-l** [1] - 38:24
**year** [12] - 5:8, 10:14,
15:6, 15:7, 15:9,
19:6, 24:3, 24:5,
24:7, 31:11, 31:12,
60:8
**years** [14] - 6:10, 9:20,
9:21, 10:13, 17:25,
24:11, 37:15, 46:4,
46:6, 46:11, 49:3,
57:1, 59:9, 59:10
**yesterday** [1] - 68:17
**Yi** [2] - 38:24, 39:2
**yield** [1] - 20:5
**YORK** [1] - 1:1
**York** [6] - 1:6, 1:18,
1:22, 3:25, 27:18,
68:12
**yourself** [3] - 44:4,
70:18, 70:22

## Z

**Zhong** [2] - 2:15, 6:22