86

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X
JUNJIANG JI and DECHENG LI,
                              :    15-CV-4194
                Plaintiffs,

                                   US Courthouse
        -against-            :     Central Islip, NY

JLING INC.
d/b/a Showa Hibachi, et al.,

                Defendants.:      March 27, 2018
                                  10 a.m.
- - - - - - - - - - - - - X

                TRANSCRIPT OF TRIAL
      BEFORE THE HONORABLE STEVEN I. LOCKE
          UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    TROY LAW PLLC
                      41-25 Kessena Boulevard, Suite 119
                      Flushing, New York 11355
                      BY:  JOHN TROY, ESQ.


For the Defendant:    HANG & ASSOCIATES, PLLC
                      136-20 38th Avenue, Suite 10G
                      Flushing, New York 11354
                      BY:  JIAN HANG, ESQ.
                           WILLIAM BROWN, ESQ.



Court Reporters:      Dominick M. Tursi, CM, CSR
                      Frederick Guerino
                      US District Courthouse
                      1180 Federal Plaza
                      Central Islip, New York 11722
                      (631) 712-6108 Fax:  712-6124
                      DomTursi@email.com



        Proceedings recorded by mechanical stenography.
            Transcript produced by computer.

87

1           (Call to Order of the Court.)

2           MR. TROY:  John Troy for the plaintiffs.

3           MR. BROWN:  William Brown for the defendants.

4           At my table are Jiang Hang, Philip Kim, Jia Ling

5    Hu, Jia Wang Hu, and John E Hu.

6           THE COURT:  Good morning.  Please be seated.

7           Let's take the issues in reverse order.

8           When we left yesterday, we had a conversation

9    about whether Mr. Ji could be permitted to testify from

10   his home in mainland China.

11          I received a letter from Mr. Troy, docket entry

12   80, either last light or this morning.

13          Did you recall seeing that letter, Mr. Brown?

14          MR. HANG:  Your Honor, this is Jian Hang.

15          I read the letter this morning from the Pacer.

16   I saw the letter.  But, your Honor, can I explain the law

17   and our position?

18          THE COURT:  Yes.  But you have to explain to me

19   how you know what the law is, because under the ruling you

20   have to establish it.

21          MR. HANG:  Yes.

22          Your Honor, I prepared a translation of Civil

23   Procedure Law of the People's Republic of China yesterday,

24   it was prepared by Rui Ma, who is fluent in English and in

25   Chinese.

88

1          THE COURT:  And did you give a copy of it to Mr.

2   Troy?

3          MR. HANG:  I don't have a chance to do that.

4          THE COURT:  Why don't you let him look at it.

5          Mr. Troy, take a look at it.

6          And I will let you continue.

7          If you want a copy, Mr. Troy, we can make one

8   for you.

9          While that is being done, let's turn down the

10  sound on the computer.

11         Mr. Troy, we will make you one.

12         MR. TROY:  Yes.  Please.

13         MR. HANG:  Excuse me.  Can you make two copies?

14  Thank you.

15         (There was a pause in the proceedings.)

16         THE COURT:  You have a copy now.

17         Mr. Hang, who is Rui Ma?

18         MR. HANG:  Rui Ma is attorney from my office who

19  studied in China in law school and then who come to the

20  US, started practice, pass New York bar, and now he's an

21  attorney.

22         THE COURT:  Is it Mr. Ma or Ms. Ma?

23         MR. HANG:  Mr. Ma.

24         THE COURT:  Mr. Ma is an attorney admitted to

25  practice in New York?

89

1          MR. HANG:  Yes.

2          THE COURT:  Is Mr. Ma also an attorney admitted

3   to practice in China?

4          MR. HANG:  No.

5          But, your Honor, I am attorney practiced in

6   China.

7          THE COURT:  Are you admitted to the bar here?

8          MR. HANG:  Yes.

9          I was admitted to the bar in China from 1998

10  until last year, because last year I got my citizenship.

11  According to China law, the people who is not Chinese

12  citizen cannot practice law in China.

13         THE COURT:  So you gave up your citizenship.

14         MR. HANG:  I gave up my citizenship.

15         Actually, your Honor, it's your job, if you

16  remember it.

17         I consider my attorney license shall be

18  terminated from, I should say, December 13, 2017, I got my

19  citizenship.  But I have been licensed in China, from

20  1998, I should say for 20 years.  I also practiced in

21  Beijing in litigation.  I even had a case in the Supreme

22  Court of China.

23         THE COURT:  Okay.

24         MR. HANG:  So I'm quite familiar with civil

25  procedure laws of China.

90

1          THE COURT:  You are familiar with it from your

2   practice in China?

3          MR. HANG:  Yes.

4          THE COURT:  So please continue.

5          MR. HANG:  So it is a translation from the

6   Chinese into English.  We also take the Article 277 which

7   is related to today's case.

8          THE COURT:  Okay.

9          MR. HANG:  I can read English translation.

10          THE COURT:  Why don't you do that, please;

11   slowly for the court reporter.

12          MR. HANG:  Yes.

13          Article 277 of the Civil Procedure Law of the

14   People's Republic of China, 2017 revision effective.  The

15   article says:

16          *"When requesting or providing coordination in*

17   *transnational legal proceeding, litigants shall do it in*

18   *conformity with the international treaty entered into by*

19   *the People's Republic of China, or through diplomatic*

20   *approach in absence of a treaty.  The embassy and*

21   *consulate of a foreign country are permitted to serve*

22   *processes, conduct investigations, and to obtain evidence*

23   *from its own nationals, but shall not violate the law of*

24   *People's Republic of China or a compulsory measure.*

25          *"Except for what is described in the forgoing*

1  *provisions, no foreign authority or individual is allowed*

2  *to serve process, conduct investigation, or obtain*

3  *evidence within the borders of People's Republic of China*

4  *without permission from the authority of the People's*

5  *Republic of China."*

6  So basically the third paragraph says without

7  getting the authority or permission from People's Republic

8  of China, a foreign power, for example, or individual,

9  like the court or attorneys, for attorneys, like US

10  attorneys or foreign individuals and common people cannot

11  conduct proceedings which is part of evidence within the

12  border of the People's Republic of China.

13  That means if the people or witness sitting in

14  the border of the People's Republic of China, the foreign

15  authority or foreign individual cannot take deposition

16  from them or take testimony from them because they are in

17  China, they are China nationals; the legal authority of

18  China; you cannot violate that legal authority.  If you

19  violate that law, the penalties could be arrest or

20  detention of attorneys or individuals or participants,

21  including the witness sitting here.  He could be arrested

22  or penalty for violation because --

23  THE COURT:  Mr. Hang, those same penalties could

24  apply to attorneys, as well, involved in obtaining the

25  evidence?

92

1          MR. HANG:  Yes.  By the attorney and also the

2    witness.

3          THE COURT:  You have provided the Civil

4    Procedure Law copy here.  Do you have a copy of whatever

5    expansion of the law that talks about penalties?

6          MR. HANG:  I don't have time to.  But I don't

7    have copies, no.

8          THE COURT:  Is that something you can obtain?

9          MR. HANG:  Probably penalties I can obtain.

10         However, I have two articles which is written by

11   US attorney.  One of the, I know it is not authority but

12   the US attorney article.  Another is by, it is called

13   International Deposition Agency.  They mention this.  Both

14   of them mention --

15         THE COURT:  Do they mention penalties, in those

16   articles?

17         MR. HANG:  They might talk about it.  I can read

18   what it says.

19         It says:  *"Beyond being merely frowned upon,*

20   *participation in unauthorized depositions"* --

21         THE COURT:  Hold on.  Why don't you give those

22   to us and we will make copies for you and for Mr. Troy so

23   he can follow, and then we will talk about it.

24              (There was a pause in the proceedings.)

25         THE COURT:  Mr. Hang, these two articles talk

93

1    about a deposition being taken in China, don't they?  This

2    is not what we are doing here.

3              MR. HANG:  Your Honor, I think it's related

4    article that says no depositions in China.  No.

5              THE COURT:  But we are not taking a deposition.

6    We are trying to obtain evidence for a trial.  The rule

7    speaks to this but I don't know whether the rule speaks

8    only about depositions.

9              You do not have to prove to me you cannot take a

10   deposition in China.  I tried it for years and was unable

11   to do it, so I know you can't.

12             We're talking about obtaining evidence for a

13   trial here.  Do these articles speak to that?

14             MR. HANG:  Your Honor, the Chinese law, Article

15   277, is that obtains evidence within the border of China.

16             THE COURT:  I know that.  We have read that.

17   That is what you already read to me.

18             MR. HANG:  Yes.

19             THE COURT:  I'm only interested in articles

20   about obtaining evidence; not at depositions, evidence at

21   trial.

22             And I'm interested in the penalties that you

23   discussed before.  Is that something that you can have in

24   court later today or tomorrow?

25             MR. HANG:  I believe I can.  Yes.

94

1              THE COURT:  Okay.

2              Mr. Troy, please respond to any or all of this.

3              MR. TROY:  Yes.

4              THE COURT:  What is your response to this?

5              Article 277 of the Chinese Civil Procedure Law,

6     which has been submitted to me, seems to prohibit what is

7     being attempted here.  And I'm told, and I have no reason

8     to doubt Mr. Hang at this point, that the penalties for

9     violation of Article 277 can be severe.

10             MR. TROY:  Your Honor, each country, they have

11    their own law, and you know, each depends the role how it

12    apply.  The United States?  We do through our judicial

13    system.  And the law says, the law says only we did the

14    border of China.

15             We believe, one, when the officer of the

16    ministering the oath, he or she is in the court of United

17    States, he or she can operate from China.

18             So I believe the concern of sovereignty of China

19    is they don't like foreign individuals in China to invade

20    their sovereignty.  That is why they have these kind of

21    law.  But different direction of, one, if you read the

22    Article 277, the paragraph two, the paragraph second, it's

23    talking about even taking the composite measure.

24             I don't think we have, we took any composite

25    measure.  Usually, that's talking about the reason why

95

1   they don't do the records, because they want to protect

2   the defendants of their citizens.

3           But in this case we are the plaintiff.  That's

4   the one when you file a case he got me to adhere to the

5   jurisdiction of the United States Code, and he's there and

6   he's cooperating to have the arrangement of US court and

7   US court to have its jurisdiction to rule according to the

8   civil procedure of United States.  We respectfully cite

9   the MRPD, Article 43.

10          And especially when the international

11  interaction is possible, I believe each country, they got

12  to respect each country's judicial jurisdiction if it is

13  happen within their territory.

14          So we don't think, when they took these civil

15  procedure, they really consider like today we do, one, we

16  are doing a deposition; second one, we are doing a trial

17  according to the jurisdiction plaintiff submitted to

18  himself to it.

19          So I believe this code can, you know, the Judge

20  ruled the other day we can permit it to do the testimony

21  by the contemporaneous transmission.

22          THE COURT:  That was assuming the

23  contemporaneous transmission was lawful.  This issue was

24  not teed up as part of that motion.

25          This could have been a different situation if he

96

1  was in the jurisdiction where this was not an issue, like

2  Hong Kong.

3          Is that right, Mr.  Brown?

4          MR. BROWN:  That's correct.

5          THE COURT:  I did not mean to cut you off,

6  Mr. Troy.  Please continue.

7          MR. TROY:  Your Honor, regarding the Hong Kong.

8  I believe Hong Kong is part of China right now after 1997.

9          THE COURT:  But it has its own civil procedure

10  law.

11         MR. TROY:  Your Honor, civil procedure law is

12  prevailing in all of China.  It's not like the United

13  States.  We have --

14         THE COURT:  Do you have any law or authority for

15  that proposition in front of you that you can give me?

16         MR. TROY:  Your Honor, I'm not expert on Chinese

17  law.

18         THE COURT:  Are you an admitted attorney in

19  China?

20         MR. TROY:  No.  Your Honor, I come from Taiwan.

21  We are our own legal system.

22         THE COURT:  Are you admitted in Taiwan?

23         MR. TROY:  No, your Honor.

24         THE COURT:  Just here.

25         MR. TROY:  Yes.

97

1          THE COURT:  Okay.

2          MR. TROY:  Your Honor, by the way, you know, we

3     try to provide Mr. Li go through China to Taiwan.  The

4     reason why he was not is because he need a visa to go to

5     Taiwan.  So we think, you know, what I say is a different.

6          THE COURT:  I understand.

7          MR. TROY:  Yes.  So we think and I believe that

8     a Chinese citizen if the United States and when he do the

9     notarization or he do the divorce case in civil court, you

10    think whoever notarize his either ministering his oath is

11    going to violate the Chinese law?

12          Even if it is, I don't think United States

13    judicial or maybe United States legal system and organized

14    laws kind of law because that's our territory.  How can

15    the judicial system should be limited under the sovereign,

16    should be limited to the party that we read about, I

17    believe our papers said clearly it's only limited to one

18    process, one, if you're an attorney in China and if you

19    are administering an oath or if you are consulate.  You

20    are consulate, you, too, are authorized.  If you are

21    consulate, of course you can minister an oath in American

22    Embassy because that's things within the territory of

23    United States.

24          THE COURT:  Okay.

25          MR. TROY:  Your Honor, that is my point.

98

1           THE COURT:  Is there anything else?

2           MR. TROY:  No.

3           THE COURT:  Mr. Hang, do you want to respond?

4           MR. HANG:  Yes, your Honor.

5           Basically, Mr. Troy mentioned two things.  One

6     thing he said, because the people who do the deposition

7     are attorney who are outside the territory of China.

8           THE COURT:  Would you say that again?

9           MR. HANG:  Because the people who are the

10    individuals, if the court is outside the China, then it is

11    allowable to eliminate the oath or conduct a trial there

12    in China.  It is not right.

13          As attorney, I was attorney in China.  The law

14    clearly says you cannot conduct investigation or evidence

15    within the border of the People's Republic of China

16    because the witness is in China so the evidence is from

17    China.  Every information coming within the border of

18    China.

19          So that's the law.  You cannot do that even by

20    today's technology.  You can do in US.  You can do it in

21    Hong Kong.  And you can do it in Taiwan.  But if the

22    witness in China, they have to come from China, so if you

23    understand the law, that's what the law says.  As long as

24    the witness in China, you cannot do that.  You can move

25    the witness to Hong Kong.  And also move to Taiwan, as the

99

1  plaintiff counsel tried to do.  You can move the people to

2  Taiwan, then you can do that.  However, he failed.

3  Actually, the proper place is Hong Kong.  So everything in

4  Hong Kong to do the case.  The first point.

5          The second point.  Mr. Troy mentioned the second

6  paragraph of this Article 277.  That paragraph only

7  applies to United States citizens because inside the

8  embassy and consulate of a foreign country are permitted

9  to serve process and can obtain evidence from its own

10  nationals.

11          The witness is not US citizen.  Is Chinese

12  citizen.

13          The civil procedure code of China is only

14  applicable throughout mainland China not in Hong Kong.

15  Hong Kong is British legal system, the common law.  But

16  Hong Kong civil procedure is different from the civil

17  procedure in China.  China is civil offensive.  As a

18  Chinese lawyer, I know that.  So Chinese civil procedure

19  law does not apply to Hong Kong.

20          THE COURT:  Mr. Hang, do you have to be admitted

21  to Hong Kong separately from being admitted to the bar in

22  China?

23          MR. HANG:  No.  It is totally different thing.

24          THE COURT:  So to practice in both

25  jurisdictions, you have to be admitted separately into

100

1    each.

2            MR. HANG:  That is right, your Honor.  Yes.

3    They are treated like two different countries.

4            Hong Kong has its own legal system.  Hong Kong

5    has common laws.  Hong Kong has case law.

6            THE COURT:  Derived from the English.

7            MR. HANG:  Yes.

8            China has different law.  The Chinese law can

9    never apply to Hong Kong unless the Hong Kong constitution

10   is made in China.  Otherwise, Hong Kong civil law, civil

11   procedure law, criminal law, Hong Kong has its own system.

12           Chinese attorneys cannot practice the law in

13   Hong Kong.  Hong Kong attorneys cannot practice law in

14   China if they are not admitted in both places.

15           THE COURT:  Okay.

16           MR. HANG:  Thank you.

17           THE COURT:  Is there anything else you want to

18   respond to in reply, Mr. Troy?

19           MR. TROY:  No, your Honor.  I believe Mr. James

20   Hang, he has no experience to deal with international --

21           THE COURT:  He is the only lawyer in this room

22   who has practiced in China.  How can he have no

23   experience?

24           MR. TROY:  Your Honor, practicing locally in New

25   York is totally different.

101

1          THE COURT:  But he practiced in China, though,

2     didn't he?

3          MR. TROY:  Your Honor, I don't think he has ever

4     experienced any dealings with DOE foreign when he was

5     practicing in China.  That's one.

6          Second one.  Before 1993, I agree.  1997, I

7     agree, Hong Kong has different system.  But after she

8     returned to the China, everything is changed.

9          THE COURT:  What basis are you making that

10    statement on?

11         You said everything's changed.  First of all, we

12    are not interested in everything; we are interested in the

13    practice of law.

14         Tell me the basis for your knowledge of the

15    legal system in Hong Kong as opposed to China.  What are

16    you basing that statement on?

17         MR. TROY:  Your Honor, in 1997 --

18         THE COURT:  I understand that Hong Kong reverted

19    back to the Chinese government in 1997 or '99; I don't

20    recall which.  Okay, it seems to be universal that it was

21    1997.

22         That's fine.  But it doesn't necessarily mean

23    that the legal system changed into the Chinese legal

24    system.  There were all sorts of agreements and

25    discussions leading up to that moment in history.

102

1          I can tell you, from my personal experience of

2    trying to litigate in both China and Hong Kong, I was able

3    to obtain evidence in Hong Kong.  The Chinese government

4    told me to go fly a kite, and I was barred and didn't go.

5          That doesn't necessarily carry over to today but

6    it certainly is more consistent with what Mr. Hang is

7    saying than with what you are saying.

8          So far the only authority you have shown me --

9    well, actually you haven't cited any authority in your

10   letter except to sort of parse words that suggest that

11   because these proceedings are here, it doesn't matter

12   where Mr. Ji is sitting when he gives testimony.

13          All right.  Please continue with your statement,

14   with your reply to Mr. Hang.

15          MR. TROY:  And your Honor, Mr. Ji has been the

16   plaintiff within the jurisdiction of the United States

17   District Court.  And the reason why we talking about this

18   one has to be permitted to do the video, the reason why,

19   one, whoever the administrator officer is within the

20   United Statex.

21          THE COURT:  Mr. Troy, I understand your

22   position.  I don't want to do this all day long.  We are

23   on trial.

24          I'm asking, do you have any reply specifically

25   to what Mr. Hang said?

103

1          MR. TROY:  No, your Honor.

2          THE COURT:  Okay.  Here is what we are going to

3    do.

4          First, I am ordering Mr. Hang to produce that

5    section about penalties that relates to a violation of

6    this.  The only authority I have before me is 277 of the

7    Civil Procedure Law of the People's Republic of China, the

8    revision dated 2017, effective today and translated from

9    the Chinese into English; as well as Mr. Hang is the only

10   attorney or person in this courtroom who has practiced law

11   in China, and I believe he practiced for 20 years.

12         My reading of the statute is that conducting the

13   proceedings in this present form is a violation of Chinese

14   law, which exposes not only the plaintiff to legal

15   sanctions -- and I would submit that is up to him -- but

16   also defense counsel, who I am told conducts business in

17   China regularly.  Therefore, I am not going to permit

18   Mr. Ji to testify in this matter.

19         Is there any other relief you seek, Mr. Brown,

20   with regard to this testimony?

21         MR. BROWN:  Can we reserve that to a submission

22   at another point?

23         THE COURT:  We will have posthearing briefs on

24   each issue, not just on this.

25         But Mr. Ji is not going to be permitted to

1  provide further testimony in this case in this manner.

2        Do you have any objection to him listening?

3        MR. BROWN:  I have no objection to him

4  listening.

5        THE COURT:  So if he wants to sit and watch the

6  rest of the case, that is fine with you.  There will be no

7  more testimony from him.

8        That is the ruling.  I will put it in writing

9  later so that, at the end of this case if either of you

10  wants to appeal, you will have something more reasoned and

11  ready.

12        MR. BROWN:  Your Honor, just to clarify.  The

13  testimony that was already taken, that is not going to be

14  included in the record?

15        THE COURT:  It depends on when you make your

16  motion.  You haven't made one yet.

17        MR. BROWN:  So we would move that the testimony

18  that has already been taken be stricken from the record.

19        THE COURT:  Understood.

20        Mr. Troy, do you want to respond to that?  Other

21  than what you have already said on the record.

22        MR. TROY:  Your Honor, we are opposed this

23  motion.

24        THE COURT:  Okay.  On what grounds?  The motion

25  is being made based on the same arguments as before.

105

1        Your opposition is the same based on the same

2   arguments as before?  Or do you have something to add?

3        MR. TROY:  Your Honor, maybe the same.  Maybe we

4   can add.

5        THE COURT:  Here is what we are going to do,

6   then.

7        Your motion is granted, for the reasons I have

8   just explained.  The testimony of Mr. Ji is stricken as

9   being violative of Chinese law as explained to me on the

10  record by Mr. Hang, again the only attorney in the room

11  who has practiced law in China, for 20 years.  I accept

12  his representation with respect to the law.

13       If in the posttrial briefing this argument

14  should be raised, and, Mr. Troy, you come up with other

15  arguments, I will consider reopening or reviving that

16  testimony, as appropriate.  But as it stands now, we are

17  not going to take any more testimony from Mr. Ji, and his

18  testimony is stricken.

19       Everybody's rights are reserved until we have a

20  written decision in this case.  In other words,

21  everybody's time to appeal is not ticking yet.  I don't

22  want time to become an issue.

23       Is there anything else we need to discuss before

24  we get to the continued cross-examination of Mr. Li?

25       MR. BROWN:  Nothing from the defendant.

106

1          MR. TROY:  Nothing further.

2          THE COURT:  We are going to take a minute to

3    make sure Mr. Ji is back on the line.

4          Mr. Troy, do you need a minute to communicate

5    with Mr. Ji outside of our presence, about the ruling?

6          MR. TROY:  Yes.

7          THE COURT:  If you want to make a phone call or

8    something to him, you should step out and do that.

9          Mr. Troy, we are going to take ten minutes so

10   that you can step outside and call Mr. Ji and talk to him.

11         MR. TROY:  Okay.

12         THE COURT:  We will take 10 minutes.

13         (Recess taken at 10:30 a.m.)

14         THE COURT:  Mr. Brown, whatever Mr. Hang is

15   going to submit, I would like it in the form of an

16   affidavit with both civil procedure law and whatever the

17   penalties provision is, and an explanation from him of the

18   law, just what it is; and serve it on Mr. Troy so that he

19   will have it all laid out so that if there is a response,

20   we will have it all in due course.

21         MR. BROWN:  Yes, your Honor.

22         THE COURT:  Very good.

23         MR. TROY:  Regarding this issue, can we make our

24   available within one week and then we can revisit, so that

25   he can arrive in Hong Kong?

107

1          THE COURT:  No.  He is supposed to be available

2   now, on the date of trial.

3          This is like renewing your motion to adjourn the

4   trial after your associate made a representation that if I

5   let him out of the case there would be no adjournment of

6   the trial and we would move along.

7          The trial is now and he should have been there

8   in advance.

9          We can talk about that more at the end.  Let's

10  get Mr. Li's testimony completed.

11          I remind Mr. Li that he is still testifying

12  under oath.

13          Would you please tell Mr. Lee that he is still

14  under oath.

15          (Interpreter and witness confer.)

16          THE COURT:  He understands he is still under

17  oath.  Is that correct?

18          (Interpreter and witness confer.)

19          THE COURT:  We are going tOo administer the oath

20  again because the witness looks a little confused.

21          Please stand.

22

23  **DECHENG LI**

24          called by the Plaintiff, having been first duly

25          sworn/affirmed, was examined and testified,

1    through an interpreter, as follows:

2

3    CROSS-EXAMINATION

4    BY MR. BROWN:

5    Q.    Who does the employees' schedules at Showa Hibachi?

6    A.    Everything in the restaurant, it was the boss's wife

7    who arranged that.

8    Q.    How were schedules set at the restaurant?

9    A.    On Monday, Tuesday, Wednesday, Thursday, and Sunday,

10   it was from 12 o'clock to 10 o'clock.

11            On Friday and Saturday, it was from 12 to 11.

12   Q.    How did you know which days you would be working?

13   A.    It was all arranged by the boss's wife.

14   Q.    Can you tell me how you were informed of what days

15   you would be working.

16   A.    It was prearranged.  There was no notification for

17   whatever date that I have to work.

18   Q.    So would it be the same days off every week?

19   A.    If nothing special, that would be the same.

20   Q.    Did you ever take a day off for personal or medical

21   reasons while at Showa Hibachi?

22   A.    Yes.

23   Q.    And who did you speak to to request a day off?

24   A.    I spoke to the boss's wife.

25   Q.    What would the boss's wife do at the restaurant on a

Decheng Li - Cross/Brown

109

1  day-to-day basis?

2  A.    The boss's wife would serve as the waitress, and also

3  at the bar, and then as the cashier, and also managing

4  everything at the restaurant.

5  Q.    What about the bar?  What would he do on a daily

6  basis?

7  A.    Would you repeat that?

8          (Interpreter and witness confer.)

9  A.    When the boss arrived, he would usually sit at the

10  bar to read newspaper.

11  BY MR. BROWN:

12  Q.    Did he do anything else?

13  A.    During the time we work, he did nothing.  At

14  dinnertime, when we were busy, sometimes he would help us

15  to remove the dishes.

16  Q.    Did he supervise the employees?

17  A.    Yes.

18  Q.    How often was the boss's wife at the restaurant?

19  A.    Every day.

20  Q.    And during the weekdays, Monday through Friday, what

21  hours was she generally at the restaurant?

22  A.    Either on Monday or Tuesday, the couple will not show

23  up at the restaurant.

24  Q.    What hours would she be there the rest of the week?

25  A.    From the opening until the close.

**Decheng Li - Cross/Brown**

110

1   Q.    So Wednesday, Thursday, and Friday, she would be

2   there for almost the entire day?

3   A.    Yes.

4   Q.    How often was the boss's son, Jia Ling Hu, at the

5   restaurant?

6   A.    I believe one full day and two half days.

7   Q.    When he was at the restaurant, what would he do?

8   A.    He collected payment and answered phone calls and

9   sometimes he worked at the bar.

10  Q.    Would you consider him a supervisor?

11  A.    From the point of the employees, they are one family.

12  They are all our bosses.

13  Q.    When I asked you that question during your

14  deposition, I said would you consider him a supervisor,

15  you answered no.

16          So what do you mean by it is the same family?

17  A.    I never said that he was the boss.  But from the

18  viewpoint of the employees, they are all in the same

19  family.  They are all our bosses.  But the boss's wife was

20  supervising.

21  Q.    I'm confused by your response.  You just said in the

22  beginning that you wouldn't consider him a boss but they

23  were all bosses.

24          Can you clarify?

25  A.    I did not say that he was not a boss, but I said that

Decheng Li - Cross/Brown

111

1   they were one family.

2          From the employees' point of view, they are

3   father and mother and son, and all the same family.

4          From any restaurant, any employee, if they are

5   from the same family, we consider they are either the

6   older boss, the younger boss.  They are all bosses.

7   Q.    So besides happening to be from the same family, did

8   he do anything that would indicate that was your boss?

9   A.    When the son arrived, he also arranged the job for

10  the wait staff and he also arranged the jobs.

11  Q.    When I asked you at your deposition did you ever see

12  him tell employees what to do or to give instructions, you

13  answered no, on page 29 of the transcript.

14          So how is that not giving instructions, based on

15  what you just said?

16  A.    He did not instruct me what to do because we knew

17  what to do on a regular basis, and that's the kitchen

18  cook.

19  Q.    But you just said that when he arrived at the

20  restaurant, he started telling people what to do.  How do

21  you reconcile that?

22  A.    I did not say that he tells us what to do.  He

23  trusted the wait staff to do things, but if we did not do

24  something properly, he would instruct us what to do.

25  Q.    Then why, during your deposition when I asked the

112

1   exact question, *Did you ever see him tell any employees*

2   *what to do or give instructions,* you answered no?

3   A.   I said that he did not come to the restaurant very

4   often.

5            When he arrived together with his parents, and

6   if they were unfair, he would be; the boss's wife also

7   said that.

8            At the time when his parents were not at the

9   restaurant, from our point of view he was also the boss

10  and he would direct what we should do at the restaurant.

11  Q.   I'm just confused why you are saying that now, when

12  during your deposition you said no, he wasn't a

13  supervisor, and no, he didn't give any instructions.

14  A.   What I said is the fact.

15           I guarantee that all I said is the truth to the

16  court.

17           I'm willing to go through the test for whether I

18  was lying or not, together with the other parties, and if

19  I was lying, I'm going to receive whatever penalty the law

20  considers.

21           THE COURT:  Before your next question,

22  Mr. Brown.  I do not have a copy of the transcripts that

23  you are referring to, so I can't follow along.

24           Mr. Troy gave me the transcripts he intended to

25  use but I don't have any from the defense.

Decheng Li - Cross/Brown

113

1          MR. BROWN:  It should have been included within

2     the binders we submitted.

3          THE COURT:  I have the binders, but the binders

4     have no transcripts.

5          Wait!  Hold on!  I'm sorry.  They came in

6     separate packages.

7          MR. BROWN:  There were two binders.

8          THE COURT:  I apologize.  I do have it.  I'm

9     sorry.  I apologize.

10          MR. BROWN:  This is all around page 28 and 29.

11          THE INTERPRETER:  May I come close to the

12     witness?

13          THE COURT:  Yes.  Of course.

14          (Interpreter at witness stand.)

15          THE COURT:  Please continue.

16     BY MR. BROWN:

17     Q.   Would you consider the boss's son, that he was

18     treated like an employee, like yourself?

19     A.   No.

20     Q.   You said during your deposition that he had been

21     treated the same as we, as working for the boss.

22          And I asked:  So he was considered like an

23     employee?  And you said yes.

24          So what do you mean by that?

25     A.   In the states, everybody has to work.  Even though

114

1  the person works, it doesn't mean that he is not the boss.

2  The boss also has to work.

3  Q.    You said he was working for the bosses.

4  A.    The boss also work.  And I saw the business license.

5  It has, the son's name is written there.

6  Q.    When you first started working at Shows Hibachi, what

7  was your pay?

8  A.    After I arrived there, later on it was set at $420

9  per week, and I worked four days a week.

10  Q.    Was your pay based on a daily rate?

11  A.    I received 420 per week for four days.  If I worked

12  one day less, it will be deducted one day.  If I worked

13  day extra, I would be paid one day extra.

14  Q.    And how much extra or how much less would you be paid

15  if you worked one day less or one day more?

16  A.    One day more, one lay less, it would be paid four

17  days for 420.  You could just divide it by four days.

18  Q.    So would it be fair to say it was $105 a day?

19  A.    I was paid weekly, and based on the calculations,

20  that would be $105.

21  Q.    Did the rate at which you were paid ever change?

22  A.    No.  $420 per week and four days.

23  Q.    Did you ever work half days?

24  A.    Excuse me?

25  Q.    Did you ever work half days?

Decheng Li - Cross/Brown

115

1   A.    No half day.  Sometimes I worked three days.

2   Sometimes five days.

3   Q.    You never worked a half day?

4   A.    From my recollection, no.  But it's been a long time.

5   But from my recollection, no.

6   Q.    How often were you paid?

7          THE INTERPRETER:  You mean how often did he get

8   paid?

9          MR. BROWN:  Yes.

10  BY MR. BROWN:

11  Q.    How often were you paid?

12  A.    I requested once per week.

13  Q.    Did you sign any papers when you received your pay?

14  A.    I signed my name on a piece of paper.

15  Q.    Do you recall what was written on the paper?

16  A.    It stated how many days I worked and how much for the

17  wages.

18  Q.    What happened after you signed the paper?

19  A.    After I signed the piece of paper, sometimes it was

20  given back to the boss and sometimes I handed it over to

21  the boss's wife.

22         THE COURT:  Which exhibit are you handing to the

23  witness?

24         MR. BROWN:  This is D4.

25  BY MR. BROWN:

116

1   Q.   Mr. Li, there is a document in front of you.  Looking

2   at the first page of this document, B00712.

3        Do you recognize this document?

4   A.   Yes.

5   Q.   What is this document?

6   A.   This is the receipt of the wage I received.

7   Q.   And is this your signature on the front of this?

8   A.   Yes.

9   Q.   And if you turn to page B00720, do you see, on the

10  right side of this page, there is some printed writing?

11  A.   Right now I see that.  Before, no.

12  Q.   But now you see that there is printed writing on the

13  right-hand side?

14  A.   Yes.

15  Q.   Do you recognize what this is a copy of?

16  A.   This is from the time punching card at the

17  restaurant.

18  Q.   And if you see on the top of each of these slips next

19  to where it says waiter, there is a name Decheng Li.

20        Is that your name?

21  A.   The name, yes.

22  Q.   So based on this, do you believe that these are a

23  copy of your time clock records?

24  A.   I would like to explain to the court about the card

25  punching issue.

Decheng Li - Cross/Brown

117

1    Q.    But now it is just a question of whether you believe

2    these are a copy of your punch clock records.

3    A.    That is what is shown on the document, but my actual

4    time punching was not the same.

5          MR. BROWN:  Your Honor, I ask that exhibit D4 be

6    admitted into evidence.

7          THE COURT:  Objection?

8          MR. TROY:  No, your Honor.

9          THE COURT:  No objection.  D4 is admitted.

10         (Defense Exhibit D4 in evidence.)

11   BY MR. BROWN:

12   Q.    Can you turn back to page B000712, please.

13         If you flip through the first page and the

14   second page, is this the punch clock records -- sorry, the

15   paper that you signed when you received your pay?

16   A.    Yes.

17   Q.    There any other papers that you signed when you

18   received your pay?

19   A.    No.

20   Q.    And did the amount that you received always match to

21   the number that was on these receipts?

22   A.    Yes.

23   Q.    If you turn to page B00715.  Do you see on there it

24   says $105?

25   A.    Yes.

Decheng Li - Cross/Brown

118

1   Q.   Do you know why you only received $105 that week?

2   A.   Just like I testified yesterday, that I believe I

3   worked only one day and then I did not continue.

4   Q.   When you returned to the restaurant on August 7, '14,

5   what was your regular schedule?

6   A.   That was four days a week, and $420 per week for my

7   wage.

8   Q.   Did you work the same days, usually?

9   A.   At that time, because of my health condition

10  sometimes I worked three days.  But I also worked four

11  days at the later half of last employment in 2015, and

12  sometimes I worked five days a week.

13  Q.   When you first started, did you work the same days,

14  as in Monday, Tuesday, Wednesday?

15  A.   Anyway, those are busiest days.  Friday, Saturday,

16  and Sunday.  I worked for those days.

17  Q.   So Friday, Saturday, and Sunday.  Any other days?

18  A.   I believe it was consecutive days from Thursday also.

19  Q.   Did you work the same hours each day?

20  A.   Until the late half of 2015, that would be the case.

21  Q.   And what were your hours?

22  A.   For Thursday and Sunday, that would be from 12 to 10.

23  Friday and Saturday, that would be from 12 to 11.

24  Q.   And then you said you started working five days a

25  week later on in your employment?

119

1    A.    Yes.

2    Q.    When did you start working five days a week?

3    A.    In about April or May of 2015, I worked five days a

4    week for about approximately four weeks.

5    Q.    So it was fewer times that you worked five days a

6    week?

7    A.    From my recollection, yes.

8    Q.    The rest of your employment, you worked five days a

9    week?

10   A.    Yes.

11   Q.    You testified earlier there was a punch clock system

12   at the restaurant.  How did that work?

13   A.    Sometimes I started at 12 o'clock noon for myself and

14   after I arrived at the restaurant but I forgot to punch

15   the clock.  And later on at about 2 o'clock, 3 o'clock,

16   even 4 o'clock, when I recalled that, I then punched the

17   card.

18            Sometimes I forgot and give the time I got off

19   from work so I would punch the card twice, one for

20   arrival, one for departure.

21   Q.    Were you supposed to punch the clock in the middle of

22   the day?

23   A.    We supposed to punch the card when we arrived and

24   also when we left.

25            And there was no card punching during the day

Decheng Li - Cross/Brown

120

1    because the restaurant did not close.  No in the middle

2    punching cards.

3            (Continued on the following page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

121

1   CROSS-EXAMINATION (Cont'd.)

2   BY MR. BROWN:

3   Q.   You just testified earlier that you sometimes punched

4   in around three, 4:00.

5            Why would you do that?

6   A.   Sometimes when we arrive and customers were waiting,

7   so we had to hurry to serve the customers.  And until

8   after we finished serving the customers, then we punched

9   the card.

10  Q.   Where was the punch clock located?

11  A.   At the cashier location.

12  Q.   Was that inside the kitchen or outside the kitchen?

13  A.   Outside.

14  Q.   Was it close to the entrance of the restaurant?

15  A.   We had to turn to the bar area.

16  Q.   Did you punch on your way in and on your way out?

17  A.   I was required to punch the card when I arrived and

18  when I leave.

19  Q.   And what kind of system was it?  What did it look

20  like, the punch clock?

21  A.   I don't know the I have to the enter the password.

22  Q.   Did it look like a computer?

23  A.   It was a small one.

24  Q.   Like a small computer?

25  A.   I believe, yes, but it's been a long time.  I don't

122

1   recall.

2   Q.    And what would happen after you put the pass code

3   into the system?

4   A.    After the pass word was entered, there would be a

5   piece of paper that came out.

6   Q.    And then what do you do with the piece of paper?

7   A.    I inserted it on the side.

8   Q.    What do you insert it into?

9   A.    It was inserted on the side of the time punch-in

10  machine for reading.

11  Q.    Was it like a box or anything like that?

12  A.    Approximately like a box, but I'm not sure, and we

13  had to insert the card -- the paper there to be punched.

14  Q.    Did you take any breaks during the day?

15  A.    No.

16  Q.    You didn't take any breaks throughout the day?

17  A.    I work hours that would be from 12 to 10:00 o'clock.

18  Q.    Did you have lunch?

19  A.    Yes, I would get lunch, but at 3 o'clock when we had

20  lunch, if there were orders, we still have to prepare

21  them.

22  Q.    How long would you typically eat lunch for?

23  A.    Approximately ten minutes.

24  Q.    Were you ever told that you could break between 3 and

25  5:00 p.m.?

123

1    A.    No.

2    Q.    If there were no customers between 3 and 5:00 p.m.,

3    did you have to work?

4    A.    From 12 to 10, if you finish your job and there were

5    no customers, you can take a rest.

6    Q.    How often did you have rests like this?

7    A.    For me it was rare.

8    Q.    What about other employees, did you see them taking

9    breaks?

10   A.    Anytime if there were no customers, we had to stand

11   by.  It was not considered a break.  We had to wait for

12   the orders.

13   Q.    If you were on standby, could you rest?  Could you

14   take what you wanted -- sorry.  I will rephrase it.

15         During the time where you said you were on

16   standby, could you do whatever you wanted to do inside the

17   restaurant

18   A.    During what hours?  It is impossible to do anything

19   else, just wait for the customers.

20   Q.    Did you stand around in the kitchen?

21   A.    Yes.

22   Q.    Did you ever see employees napping at the restaurant?

23   A.    No, no, I did not see them.

24   Q.    Did you typically leave before 10:00 p.m.?

25   A.    I never left at 4:00.

124

1   Q.   I'm sorry, the question was:  Did you ever leave

2   before 10:00 p.m.?

3           THE INTERPRETER:  Before 10:00 p.m.?

4           MR. BROWN:  Yes.

5   A.   No, no.

6   Q.   You said earlier that you didn't punch in and out

7   during the day twice.  But if you turn to page D-00741 --

8           THE COURT:  Of what exhibit?

9           MR. BROWN:  On exhibit D-four.

10          THE COURT:  What time?

11          MR. BROWN:  7:41.

12  BY MY. BROWN:

13  Q.   If you look down to the third slip on the right for

14  January 30, 2015, it says clocked in at 12:49 p.m. and

15  clocked out at 4:36 p.m.

16          Why would you clock out at 4:36 p.m.?

17  A.   I don't recall this date.

18  Q.   Would you ever punch the clock in the middle of the

19  afternoon like this?

20  A.   At the time I left and I punched the card at night,

21  and I did not punch the card in the afternoon like this.

22  Q.   So, how would you explain this punch clock record

23  which shows a punch out at 4:36 p.m.?

24  A.   There was only one person in the kitchen, if the

25  person left the restaurant after close.

125

1   Q.   You are saying sometimes the restaurant would close

2   in the middle of the afternoon?

3   A.   What I mean is that if I punch out at this hour, the

4   restaurant had to be closed.

5   Q.   If you turn to the next page - this is D-00742 - and

6   you look at the the bottom left, it says that you punched

7   in at 5:46 p.m.

8           Do you know why you would punch in at that time?

9   A.   I already said that because there was only one person

10  in the kitchen, and when I arrive at the restaurant

11  customers were waiting, so I have to finish servicing,

12  then I forgot to punch the card until I recalled, and I

13  punched the card at that time.

14  Q.   So you arrived at the restaurant at 12, but you

15  remembered to punch in at 5:45 p.m.?

16  A.   Yes, when I remember, it was after 5:00.

17  Q.   Did you punch in after your break on this day?

18          THE INTERPRETER:  On this day?

19          MR. BROWN:  Yes.

20  A.   Did not have a break.

21          THE COURT:  Mr. Brown, how much more do you

22  have?

23          MR. BROWN:  Not too much longer, maybe ten

24  minutes, that's all, a long ten minutes, maybe, but ten

25  minutes.

126

1          THE COURT:  Okay.

2    BY MR. BROWN:

3    Q.   On this same slip it says that you punched out at

4    9:06 p.m., February 3rd?

5    A.    It was impossible for us to leave at 9 o'clock.  So

6    sometimes when we finished all the job and waiting to

7    leave, then I would punch the card first in advance.

8    Q.   So this was punched in the clock after you were done

9    with your work in the kitchen, correct?

10   A.    Yes.

11   Q.   And when you waiting for your ride home?

12   A.    I was not waiting for the vehicle to go home.  If

13   there are customers, I still have to work.

14   Q.   But you just said you were done with your work in the

15   kitchen?

16   A.    After the job in the kitchen was finished and the

17   card was punched, very often when we are waiting in the

18   kitchen, customers would come up and we still have to

19   work.

20   Q.   So why would you -- just before that you said you

21   punched when you were done with your job in the kitchen?

22   A.    The opposing attorney, I have a question to ask you.

23          On this same page, the top, I punched in at 8:19

24   and punched out at 8:19, and you mean the owner would pay

25   me free to this date?

127

1          THE COURT:  Mr. Li, your job is to just answer

2    the questions today.  There's no other information to

3    bring out.  Your attorney is free to do it, but please

4    answer the question.

5          THE DEFENDANT:  I know.

6          THE COURT:  If you don't understand the question

7    or unable to answer a question, then you can say that, but

8    you can't ask a question.

9          THE DEFENDANT:  I know.

10          MR. BROWN:  What was the question?

11          THE COURT:  Why don't you rephrase the question.

12    Just pick up where you left off.

13          MR. BROWN:  Can you just remind me what the

14    question was?

15          (The last question is read back.)

16    A.    What I mean is that for the restaurant job, I

17    finished the job in the kitchen, just in case I forgot, so

18    I punched the clock twice.  But based on what hours I have

19    to stay at the restaurant, if any other customers would

20    come in, I still have to work, but there was no such thing

21    that the job was finished.

22    Q.    What you have before you is a document marked

23    D-00260.  This is part of Exhibit D-7.

24    A.    Yes.

25    Q.    Do you recognize this photo?

128

1    A.    Yes.

2    Q.    And, in your words, can you describe what is in this

3    photo?

4    A.    This is the big bucket that holds rice.

5    Q.    Do you recognize this as a picture of the kitchen at

6    the Showa Hibachi?

7    A.    Yes.

8    Q.    And in this photo there appears to be some paper

9    posted on the walls on the right side.

10          Do you see that?

11   A.    At the time I did not see them.

12   Q.    Okay.

13          But do you recognize this as an area inside the

14   kitchen?

15   A.    Yes.

16          MR. BROWN:  Your Honor, I ask to request that

17   Exhibit D-7 be admitted into evidence.

18          THE COURT:  Mr. Troy?

19          MR. TROY:  No objection.

20          THE COURT:  Admitted, D-7.

21          (Whereupon, Defendant's Exhibit D-7 is received

22   and marked into evidence.)

23   BY MR. BROWN:

24   Q.    Where in the kitchen is this?  What area of the

25   kitchen is this picture depicted in?

1   A.   It was the right side, after you entered into the

2   kitchen.

3   Q.   And was this an area that was clearly visible to

4   workers in the kitchen?

5   A.   Yes.

6   Q.   Do you recall ever seeing any kind of messages posted

7   on the walls in this area?

8   A.   From my recollection, no.

9   Q.   Did ever complain to any of the owners at Showa

10  Hibachi about your pay or your hours of work?

11  A.   No, I did not complain about my wages.

12  Q.   And why not?

13  A.   I thought that if I was willing to do the job, I

14  would take it, otherwise I would not do it.  I never

15  complained about my wages to the boss.

16  Q.   Do you think you were paid fairly for the work that

17  you did?

18  A.   It was unfair.

19  Q.   So then why didn't you complain at the time?

20  A.   I said that on weekends they were supposed to hire a

21  person to wash the dishes, but later on they did not hire

22  such a person.  I had to do washing of the dishes.  So

23  Friday was very busy.

24  Q.   Is your primary complaint -- your primary grievance

25  against the restaurant that you had to clean when that was

130

1   not part of the job?

2   A.    Could you repeat that.

3   Q.    I will rephrase it.

4         Was your primary grievance against the

5   restaurant that they had you doing work, such as cleaning,

6   that you believe that was not part of your job

7   description?

8   A.    Yes.

9   Q.    You said during your direct testimony that you

10  reviewed the receipts in the kitchen.  Was that correct?

11  A.    Yes.

12  Q.    Are receipts -- where are the receipts located in the

13  kitchen?

14  A.    The receipts were clipped above the area where we

15  prepare the ingredients at the area.

16  Q.    And what information are on the receipts?

17  A.    It says the name of the dish and the quantity.  If

18  there was a table, it gave the table number.

19  Q.    Anything else on the slip?

20  A.    If the it for take out orders, it would indicate it

21  was a takeout order.

22  Q.    So, based on that information, how would you

23  determine what the restaurant's monthly sales were?

24  A.    Based on many years of experience, I know how much

25  basically for the main course at the restaurant and how

131

1    much for the appetizer, and the amount generally would not

2    be over 5 to 10 percent in variation.  So the accuracy was

3    more than 90 percent.

4                    MR. BROWN:  I have no further questions.

5                    THE COURT:  Okay.  Let's take a five-minute

6    break.  You will have redirect, Mr. Troy.

7                    (A recess is taken at this time.)

8                    (Trial was settled so did not resume.)

9                    (Proceedings Concluded.)

10

11                    **I-N-D-E-X**

12    **W-I-T-N-E-S-S-E-S**

13

14    DECHENG LI                                      107

15    CROSS-EXAMINATION                               108

16    BY MR. BROWN

17

18

19    Defendant's Exhibit D-7 is received and         128

20    marked into evidence

21

22

23    Defense Exhibit D4 in evidence                  117

24

25

## $

**$105** [4] - 114:18, 114:20, 117:24, 118:1
**$420** [3] - 114:8, 114:22, 118:6

## '

**'14** [1] - 118:4
**'99** [1] - 101:19

## 1

**10** [6] - 86:8, 106:12, 108:10, 118:22, 123:4, 131:2
**107** [1] - 131:14
**108** [1] - 131:15
**10:00** [4] - 122:17, 123:24, 124:2, 124:3
**10:30** [1] - 106:13
**10G** [1] - 86:15
**11** [2] - 108:11, 118:23
**11354** [1] - 86:16
**11355** [1] - 86:13
**117** [1] - 131:23
**11722** [1] - 86:21
**1180** [1] - 86:21
**119** [1] - 86:13
**12** [8] - 108:10, 108:11, 118:22, 118:23, 119:13, 122:17, 123:4, 125:14
**128** [1] - 131:19
**12:49** [1] - 124:14
**13** [1] - 89:18
**136-20** [1] - 86:15
**15-CV-4194** [1] - 86:3
**1993** [1] - 101:6
**1997** [5] - 96:8, 101:6, 101:17, 101:19, 101:21
**1998** [2] - 89:9, 89:20

## 2

**2** [1] - 119:15
**20** [3] - 89:20, 103:11, 105:11
**2015** [4] - 118:11, 118:20, 119:3, 124:14
**2017** [3] - 89:18, 90:14, 103:8
**2018** [1] - 86:7
**27** [1] - 86:7
**277** [8] - 90:6, 90:13,

93:15, 94:5, 94:9, 94:22, 99:6, 103:6
**28** [1] - 113:10
**29** [2] - 111:13, 113:10

## 3

**3** [4] - 119:15, 122:19, 122:24, 123:2
**30** [1] - 124:14
**38th** [1] - 86:15
**3rd** [1] - 126:4

## 4

**4** [1] - 119:16
**41-25** [1] - 86:13
**420** [2] - 114:11, 114:17
**43** [1] - 95:9
**4:00** [2] - 121:4, 123:25
**4:36** [3] - 124:15, 124:16, 124:23

## 5

**5** [1] - 131:2
**5:00** [3] - 122:25, 123:2, 125:16
**5:45** [1] - 125:15
**5:46** [1] - 125:7

## 6

**631** [1] - 86:22

## 7

**7** [1] - 118:4
**712-6108** [1] - 86:22
**712-6124** [1] - 86:22
**7:41** [1] - 124:11

## 8

**80** [1] - 87:12
**8:19** [2] - 126:23, 126:24

## 9

**9** [1] - 126:5
**90** [1] - 131:3
**9:06** [1] - 126:4

## A

**a.m** [2] - 86:8, 106:13
**able** [1] - 102:2
**absence** [1] - 90:20

**accept** [1] - 105:11
**according** [3] - 89:11, 95:7, 95:17
**accuracy** [1] - 131:2
**actual** [1] - 117:3
**add** [2] - 105:2, 105:4
**adhere** [1] - 95:4
**adjourn** [1] - 107:3
**adjournment** [1] - 107:5
**administer** [1] - 107:19
**administering** [1] - 97:19
**administrator** [1] - 102:19
**admitted** [14] - 88:24, 89:2, 89:7, 89:9, 96:18, 96:22, 99:20, 99:21, 99:25, 100:14, 117:6, 117:9, 118:17, 128:20
**advance** [2] - 107:8, 126:7
**affidavit** [1] - 106:16
**afternoon** [3] - 124:19, 124:21, 125:2
**Agency** [1] - 92:13
**agree** [2] - 101:6, 101:7
**agreements** [1] - 101:24
**al** [1] - 86:6
**allowable** [1] - 98:11
**allowed** [1] - 91:1
**almost** [1] - 110:2
**American** [1] - 97:21
**amount** [2] - 117:20, 131:1
**answer** [3] - 127:1, 127:4, 127:7
**answered** [4] - 110:8, 110:15, 111:13, 112:2
**anytime** [1] - 123:10
**anyway** [1] - 118:15
**apologize** [2] - 113:8, 113:9
**appeal** [2] - 104:10, 105:21
**APPEARANCES** [1] - 86:11
**appetizer** [1] - 131:1
**applicable** [1] - 99:14
**applies** [1] - 99:7
**apply** [4] - 91:24, 94:12, 99:19, 100:9
**approach** [1] - 90:20

**appropriate** [1] - 105:16
**April** [1] - 119:3
**area** [7] - 121:15, 128:13, 128:24, 129:3, 129:7, 130:14, 130:15
**argument** [1] - 105:13
**arguments** [3] - 104:25, 105:2, 105:15
**arranged** [4] - 108:7, 108:13, 111:9, 111:10
**arrangement** [1] - 95:6
**arrest** [1] - 91:19
**arrested** [1] - 91:21
**arrival** [1] - 119:20
**arrive** [3] - 106:25, 121:6, 125:10
**arrived** [9] - 109:9, 111:9, 111:19, 112:5, 114:8, 119:14, 119:23, 121:17, 125:14
**Article** [7] - 90:6, 93:14, 94:5, 94:9, 94:22, 95:9, 99:6
**article** [4] - 90:13, 90:15, 92:12, 93:4
**articles** [5] - 92:10, 92:16, 92:25, 93:13, 93:19
**associate** [1] - 107:4
**ASSOCIATES** [1] - 86:15
**assuming** [1] - 95:22
**attempted** [1] - 94:7
**attorney** [18] - 88:18, 88:21, 88:24, 89:2, 89:5, 89:17, 92:1, 92:11, 92:12, 96:18, 97:18, 98:7, 98:13, 103:10, 105:10, 126:22, 127:3
**attorneys** [7] - 91:9, 91:10, 91:20, 91:24, 100:12, 100:13
**August** [1] - 118:4
**authority** [11] - 91:1, 91:4, 91:7, 91:15, 91:17, 91:18, 92:11, 96:14, 102:8, 102:9, 103:6
**authorized** [1] - 97:20
**available** [2] - 106:24, 107:1
**Avenue** [1] - 86:15

## B

**B000712** [1] - 117:12
**B00715** [1] - 117:23
**B00720** [1] - 116:9
**bar** [9] - 88:20, 89:7, 89:9, 99:21, 109:3, 109:5, 109:10, 110:9, 121:15
**barred** [1] - 102:4
**based** [9] - 104:25, 105:1, 111:14, 114:10, 114:19, 116:22, 127:18, 130:22, 130:24
**basing** [1] - 101:16
**basis** [5] - 101:9, 101:14, 109:1, 109:6, 111:17
**become** [1] - 105:22
**BEFORE** [1] - 86:10
**beginning** [1] - 110:22
**Beijing** [1] - 89:21
**between** [2] - 122:24, 123:2
**Beyond** [1] - 92:19
**big** [1] - 128:4
**binders** [4] - 113:2, 113:3, 113:7
**BOO712** [1] - 116:2
**border** [6] - 91:12, 91:14, 93:15, 94:14, 98:15, 98:17
**borders** [1] - 91:3
**boss** [14] - 109:9, 110:17, 110:22, 110:25, 111:6, 111:8, 112:9, 113:21, 114:1, 114:2, 114:4, 115:20, 129:15
**boss's** [11] - 108:6, 108:13, 108:24, 108:25, 109:2, 109:18, 110:4, 110:19, 112:6, 113:17, 115:21
**bosses** [5] - 110:12, 110:19, 110:23, 111:6, 114:3
**bottom** [1] - 125:6
**Boulevard** [1] - 86:13
**box** [2] - 122:11, 122:12
**break** [5] - 122:24, 123:11, 125:17, 125:20, 131:6
**breaks** [3] - 122:14, 122:16, 123:9
**briefing** [1] - 105:13

**briefs** [1] - 103:23
**bring** [1] - 127:3
**British** [1] - 99:15
**brown** [3] - 87:13, 96:3, 112:22
**BROWN** [35] - 86:17, 87:3, 96:4, 103:21, 104:3, 104:12, 104:17, 105:25, 106:21, 108:4, 109:11, 113:1, 113:7, 113:10, 113:16, 115:9, 115:10, 115:24, 115:25, 117:5, 117:11, 121:2, 124:4, 124:9, 124:11, 124:12, 125:19, 125:23, 126:2, 127:10, 127:13, 128:16, 128:23, 131:4, 131:16
**Brown** [4] - 87:3, 103:19, 106:14, 125:21
**bucket** [1] - 128:4
**busiest** [1] - 118:15
**business** [2] - 103:16, 114:4
**busy** [2] - 109:14, 129:23
**BY** [13] - 86:14, 86:16, 108:4, 109:11, 113:16, 115:10, 115:25, 117:11, 121:2, 124:12, 126:2, 128:23, 131:16

## C

**calculations** [1] - 114:19
**cannot** [10] - 89:12, 91:10, 91:15, 91:18, 93:9, 98:14, 98:19, 98:24, 100:12, 100:13
**card** [15] - 116:16, 116:24, 119:17, 119:19, 119:23, 119:25, 121:9, 121:17, 122:13, 124:20, 124:21, 125:12, 125:13, 126:7, 126:17
**cards** [1] - 120:2
**carry** [1] - 102:5
**case** [14] - 89:21, 90:7,

95:3, 95:4, 97:9, 99:4, 100:5, 104:1, 104:6, 104:9, 105:20, 107:5, 118:20, 127:17
**cashier** [2] - 109:3, 121:11
**Central** [2] - 86:5, 86:21
**certainly** [1] - 102:6
**chance** [1] - 88:3
**change** [1] - 114:21
**changed** [2] - 101:8, 101:11, 101:23
**China** [65] - 87:10, 87:23, 88:19, 89:3, 89:6, 89:9, 89:11, 89:12, 89:19, 89:22, 89:25, 90:2, 90:14, 90:19, 90:24, 91:3, 91:5, 91:8, 91:12, 91:14, 91:17, 91:18, 93:1, 93:4, 93:10, 93:15, 94:14, 94:17, 94:18, 94:19, 96:8, 96:12, 96:19, 97:3, 97:18, 98:7, 98:10, 98:12, 98:13, 98:15, 98:16, 98:17, 98:18, 98:22, 98:24, 99:13, 99:14, 99:17, 99:22, 100:8, 100:10, 100:14, 100:22, 101:1, 101:5, 101:8, 101:15, 102:2, 103:7, 103:11, 103:17, 105:11
**Chinese** [19] - 87:25, 89:11, 90:6, 93:14, 94:5, 96:16, 97:8, 97:11, 99:11, 99:18, 100:8, 100:12, 101:19, 101:23, 102:3, 103:9, 103:13, 105:9
**cite** [1] - 95:8
**cited** [1] - 102:9
**citizen** [4] - 89:12, 97:8, 99:11, 99:12
**citizens** [2] - 95:2, 99:7
**citizenship** [4] - 89:10, 89:13, 89:14, 89:19
**civil** [14] - 89:24, 95:8, 95:14, 96:9, 96:11, 97:9, 99:13, 99:16, 99:17, 99:18, 100:10, 106:16
**Civil** [5] - 87:22,

90:13, 92:3, 94:5, 103:7
**clarify** [2] - 104:12, 110:24
**clean** [1] - 129:25
**cleaning** [1] - 130:5
**clearly** [3] - 97:17, 98:14, 129:3
**clipped** [1] - 130:14
**clock** [13] - 116:23, 117:2, 117:14, 119:11, 119:15, 119:21, 121:10, 121:20, 124:16, 124:18, 124:22, 126:8, 127:18
**clocked** [2] - 124:14, 124:15
**close** [6] - 109:25, 113:11, 120:1, 121:14, 124:25, 125:1
**closed** [1] - 125:4
**CM** [1] - 86:19
**Code** [1] - 95:5
**code** [3] - 95:19, 99:13, 122:2
**collected** [1] - 110:8
**coming** [1] - 98:17
**common** [3] - 91:10, 99:15, 100:5
**communicate** [1] - 106:4
**complain** [3] - 129:9, 129:11, 129:19
**complained** [1] - 129:15
**complaint** [1] - 129:24
**completed** [1] - 107:10
**composite** [2] - 94:23, 94:24
**compulsory** [1] - 90:24
**computer** [4] - 86:25, 88:10, 121:22, 121:24
**concern** [1] - 94:18
**Concluded** [1] - 131:9
**condition** [1] - 118:9
**conduct** [5] - 90:22, 91:2, 91:11, 98:11, 98:14
**conducting** [1] - 103:12
**conducts** [1] - 103:16
**confer** [3] - 107:15, 107:18, 109:8
**conformity** [1] - 90:18
**confused** [3] - 107:20,

110:21, 112:11
**consecutive** [1] - 118:18
**consider** [8] - 89:17, 95:15, 105:15, 110:10, 110:14, 110:22, 111:5, 113:17
**considered** [2] - 113:22, 123:11
**considers** [1] - 112:20
**consistent** [1] - 102:6
**constitution** [1] - 100:9
**consulate** [5] - 90:21, 97:19, 97:20, 97:21, 99:8
**Cont'd** [1] - 121:1
**contemporaneous** [1] - 95:21, 95:23
**continue** [6] - 88:6, 90:4, 96:6, 102:13, 113:15, 118:3
**continued** [1] - 105:24
**Continued** [1] - 120:3
**conversation** [1] - 87:8
**cook** [1] - 111:18
**cooperating** [1] - 95:6
**coordination** [1] - 90:16
**copies** [3] - 88:13, 92:7, 92:22
**copy** [9] - 88:1, 88:7, 88:16, 92:4, 112:22, 116:15, 116:23, 117:2
**correct** [4] - 96:4, 107:17, 126:9, 130:10
**counsel** [2] - 99:1, 103:16
**countries** [1] - 100:3
**country** [4] - 90:21, 94:10, 95:11, 99:8
**country's** [1] - 95:12
**couple** [1] - 109:22
**course** [4] - 97:21, 106:20, 113:13, 130:25
**court** [10] - 90:11, 91:9, 93:24, 94:16, 95:6, 95:7, 97:9, 98:10, 112:16, 116:24
**COURT** [83] - 86:1, 87:6, 87:18, 88:1, 88:4, 88:16, 88:22, 88:24, 89:2, 89:7, 89:13, 89:23, 90:1,

90:4, 90:8, 90:10, 91:23, 92:3, 92:8, 92:15, 92:21, 92:25, 93:5, 93:16, 93:19, 94:1, 94:4, 95:22, 96:5, 96:9, 96:14, 96:18, 96:22, 96:24, 97:1, 97:6, 97:24, 98:1, 98:3, 98:8, 99:20, 99:24, 100:6, 100:15, 100:17, 100:21, 101:1, 101:9, 101:18, 102:21, 103:2, 103:23, 104:5, 104:15, 104:19, 104:24, 105:5, 106:2, 106:7, 106:12, 106:14, 106:22, 107:1, 107:16, 107:19, 112:21, 113:3, 113:8, 113:13, 113:15, 115:22, 117:7, 117:9, 124:8, 124:10, 125:21, 126:1, 127:1, 127:6, 127:11, 128:18, 128:20, 131:5
**Court** [4] - 86:19, 87:1, 89:22, 102:17
**Courthouse** [2] - 86:4, 86:20
**courtroom** [1] - 103:10
**criminal** [1] - 100:11
**cross** [1] - 105:24
**CROSS** [3] - 108:3, 121:1, 131:15
**cross-examination** [1] - 105:24
**CROSS-EXAMINATION** [3] - 108:3, 121:1, 131:15
**CSR** [1] - 86:19
**customers** [1] - 121:6, 121:7, 121:8, 123:2, 123:5, 123:10, 123:19, 125:11, 126:13, 126:18, 127:19
**cut** [1] - 96:5

## D

**D-00260** [1] - 127:23
**D-00741** [1] - 124:7
**D-00742** [1] - 125:5
**D-7** [5] - 127:23, 128:17, 128:20,

128:21, 131:19
**D-four** [1] - 124:9
**d/b/a** [1] - 86:6
**D4** [5] - 115:24, 117:5, 117:9, 117:10, 131:23
**daily** [2] - 109:5, 114:10
**date** [4] - 107:2, 108:17, 124:17, 126:25
**dated** [1] - 103:8
**day-to-day** [1] - 109:1
**days** [29] - 108:12, 108:14, 108:18, 110:6, 114:9, 114:11, 114:17, 114:22, 114:23, 114:25, 115:1, 115:2, 115:16, 118:6, 118:8, 118:10, 118:11, 118:12, 118:13, 118:15, 118:16, 118:17, 118:18, 118:24, 119:2, 119:3, 119:5, 119:8
**deal** [1] - 100:20
**dealings** [1] - 101:4
**December** [1] - 89:18
**Decheng** [1] - 116:19
**DECHENG** [3] - 86:3, 107:23, 131:14
**decision** [1] - 105:20
**deducted** [1] - 114:12
**Defendant** [1] - 86:15
**defendant** [1] - 105:25
**DEFENDANT** [2] - 127:5, 127:9
**Defendant's** [2] - 128:21, 131:19
**Defendants** [1] - 86:7
**defendants** [2] - 87:3, 95:2
**defense** [2] - 103:16, 112:25
**Defense** [2] - 117:10, 131:23
**departure** [1] - 119:20
**depicted** [1] - 128:25
**deposition** [11] - 91:15, 93:1, 93:5, 93:10, 95:16, 98:6, 110:14, 111:11, 111:25, 112:12, 113:20
**Deposition** [1] - 92:13
**depositions** [4] - 92:20, 93:4, 93:8, 93:20

derived [1] - 100:6
**describe** [1] - 128:2
**described** [1] - 90:25
**description** [1] - 130:7
**detention** [1] - 91:20
**determine** [1] - 130:23
**different** [9] - 94:21, 95:25, 97:5, 99:16, 99:23, 100:3, 100:8, 100:25, 101:7
**dinnertime** [1] - 109:14
**diplomatic** [1] - 90:19
**direct** [2] - 112:10, 130:9
**direction** [1] - 94:21
**discuss** [1] - 105:23
**discussed** [1] - 93:23
**discussions** [1] - 101:25
**dish** [1] - 130:17
**dishes** [3] - 109:15, 129:21, 129:22
**DISTRICT** [3] - 86:1, 86:1, 86:10
**District** [2] - 86:20, 102:17
**divide** [1] - 114:17
**divorce** [1] - 97:9
**docket** [1] - 87:11
**document** [6] - 116:1, 116:2, 116:3, 116:5, 117:3, 127:22
**DOE** [1] - 101:4
**Dominick** [1] - 86:19
**DomTursi@email. com** [1] - 86:22
**done** [4] - 88:9, 126:8, 126:14, 126:21
**doubt** [1] - 94:8
**down** [2] - 88:9, 124:13
**due** [1] - 106:20
**duly** [1] - 107:24
**during** [12] - 109:13, 109:20, 110:13, 111:25, 112:12, 113:20, 119:25, 122:14, 123:15, 123:18, 124:7, 130:9

### E

**EASTERN** [1] - 86:1
**eat** [1] - 122:22
**effective** [2] - 90:14, 103:8
**either** [5] - 87:12, 97:10, 104:9, 109:22, 111:5

eliminate [1] - 98:11
**embassy** [2] - 90:20, 99:8
**Embassy** [1] - 97:22
**employee** [3] - 111:4, 113:18, 113:23
**employees** [7] - 109:16, 110:11, 110:18, 111:12, 112:1, 123:8, 123:22
**employees'** [2] - 108:5, 111:2
**employment** [2] - 118:11, 118:25, 119:8
**end** [2] - 104:9, 107:9
**English** [5] - 87:24, 90:6, 90:9, 100:6, 103:9
**enter** [1] - 121:21
**entered** [3] - 90:18, 122:4, 129:1
**entire** [1] - 110:2
**entrance** [1] - 121:14
**entry** [1] - 87:11
**especially** [1] - 95:10
**ESQ** [3] - 86:14, 86:16, 86:17
**establish** [1] - 87:20
**et** [1] - 86:6
**evidence** [19] - 90:22, 91:3, 91:11, 91:25, 93:6, 93:12, 93:15, 93:20, 98:14, 98:16, 99:9, 102:3, 117:6, 117:10, 128:17, 128:22, 131:20, 131:23
**exact** [1] - 112:1
**EXAMINATION** [3] - 108:3, 121:1, 131:15
**examination** [1] - 105:24
**examined** [1] - 107:25
**example** [1] - 91:8
**except** [2] - 90:25, 102:10
**excuse** [2] - 88:13, 114:24
**exhibit** [4] - 115:22, 117:5, 124:8, 124:9
**Exhibit** [6] - 117:10, 127:23, 128:17, 128:21, 131:19, 131:23
**expansion** [1] - 92:5
**experience** [4] - 100:20, 100:23, 102:1, 130:24
**experienced** [1] -

101:4
**expert** [1] - 96:16
**explain** [4] - 87:16, 87:18, 116:24, 124:22
**explained** [2] - 105:8, 105:9
**explanation** [1] - 106:17
**exposes** [1] - 103:14
**extra** [3] - 114:13, 114:14

### F

**fact** [1] - 112:14
**failed** [1] - 99:2
**fair** [1] - 114:18
**fairly** [1] - 129:16
**familiar** [2] - 89:24, 90:1
**family** [7] - 110:11, 110:16, 110:19, 111:1, 111:3, 111:5, 111:7
**far** [1] - 102:8
**father** [1] - 111:3
**Fax** [1] - 86:22
**February** [1] - 126:4
**Federal** [1] - 86:21
**fewer** [1] - 119:5
**file** [1] - 95:4
**fine** [2] - 101:22, 104:6
**finish** [2] - 123:4, 125:11
**finished** [5] - 121:8, 126:6, 126:16, 127:17, 127:21
**first** [9] - 99:4, 101:11, 103:4, 107:24, 114:6, 116:2, 117:13, 118:13, 126:7
**five** [8] - 115:2, 118:12, 118:24, 119:2, 119:3, 119:5, 119:8, 131:5
**five-minute** [1] - 131:5
**flip** [1] - 117:13
**fluent** [1] - 87:24
**Flushing** [2] - 86:13, 86:16
**fly** [1] - 102:4
**follow** [2] - 92:23, 112:23
**following** [1] - 120:3
**follows** [1] - 108:1
**foreign** [9] - 90:21, 91:1, 91:8, 91:10, 91:14, 91:15, 94:19,

99:8, 101:4
**forgoing** [1] - 90:25
**forgot** [4] - 119:14, 119:18, 125:12, 127:17
**form** [2] - 103:13, 106:15
**four** [9] - 114:9, 114:11, 114:16, 114:17, 114:22, 118:6, 118:10, 119:4, 124:9
**Frederick** [1] - 86:20
**free** [2] - 126:25, 127:3
**Friday** [7] - 108:11, 109:20, 110:1, 118:15, 118:17, 118:23, 129:23
**front** [3] - 96:15, 116:1, 116:7
**frowned** [1] - 92:19
**full** [1] - 110:6

### G

**generally** [2] - 109:21, 131:1
**given** [1] - 115:20
**government** [2] - 101:19, 102:3
**granted** [1] - 105:7
**grievance** [2] - 129:24, 130:4
**grounds** [1] - 104:24
**guarantee** [1] - 112:15
**Guerino** [1] - 86:20

### H

**half** [7] - 110:6, 114:23, 114:25, 115:1, 115:3, 118:11, 118:20
**hand** [1] - 116:13
**handed** [1] - 115:20
**handing** [1] - 115:22
**Hang** [12] - 87:4, 87:14, 88:17, 91:23, 98:3, 99:20, 100:20, 102:6, 102:14, 102:25, 103:4, 103:9
**HANG** [31] - 86:15, 86:16, 87:14, 87:21, 88:3, 88:13, 88:18, 88:23, 89:1, 89:4, 89:8, 89:14, 89:24, 90:3, 90:5, 90:9, 90:12, 92:1, 92:6, 92:9, 92:17, 93:3, 93:14, 93:18, 93:25,

98:4, 98:9, 99:23, 100:2, 100:7, 100:16
**hang** [4] - 92:25, 94:8, 105:10, 106:14
**health** [1] - 118:9
**help** [1] - 109:14
**Hibachi** [6] - 86:6, 108:5, 108:21, 114:6, 128:6, 129:10
**himself** [1] - 95:18
**hire** [2] - 129:20, 129:21
**history** [1] - 101:25
**hold** [2] - 92:21, 113:5
**holds** [1] - 128:4
**home** [3] - 87:10, 126:11, 126:12
**Hong** [27] - 96:2, 96:7, 96:8, 98:21, 98:25, 99:3, 99:4, 99:14, 99:15, 99:16, 99:19, 99:21, 100:4, 100:5, 100:9, 100:10, 100:11, 100:13, 101:7, 101:15, 101:18, 102:2, 102:3, 106:25
**Honor** [30] - 87:14, 87:16, 87:22, 89:5, 89:15, 93:3, 93:14, 94:10, 96:7, 96:11, 96:16, 96:20, 96:23, 97:2, 97:25, 98:4, 100:2, 100:19, 100:24, 101:3, 101:17, 102:15, 103:1, 104:12, 104:22, 105:3, 106:21, 117:5, 117:8, 128:16
**HONORABLE** [1] - 86:10
**hour** [1] - 125:3
**hours** [8] - 109:21, 109:24, 118:19, 118:21, 122:17, 123:18, 127:18, 129:10
**Hu** [4] - 87:5, 110:4
**hurry** [1] - 121:7

### I

**impossible** [2] - 123:18, 126:5
**INC** [1] - 86:6
**included** [2] - 104:14, 113:1
**including** [1] - 91:21
**INDEX** [1] - 131:11

**indicate** [2] - 111:8, 130:20
**individual** [3] - 91:1, 91:8, 91:15
**individuals** [4] - 91:10, 91:20, 94:19, 98:10
**information** [4] - 98:17, 127:2, 130:16, 130:22
**informed** [1] - 108:14
**ingredients** [1] - 130:15
**insert** [2] - 122:8, 122:13
**inserted** [2] - 122:7, 122:9
**inside** [4] - 99:7, 121:12, 123:16, 128:13
**instruct** [2] - 111:16, 111:24
**instructions** [4] - 111:12, 111:14, 112:2, 112:13
**intended** [1] - 112:24
**interaction** [1] - 95:11
**interested** [4] - 93:19, 93:22, 101:12
**international** [3] - 90:18, 95:10, 100:20
**International** [1] - 92:13
**Interpreter** [3] - 107:15, 107:18, 109:8
**INTERPRETER** [4] - 113:11, 115:7, 124:3, 125:18
**interpreter** [2] - 108:1, 113:14
**invade** [1] - 94:19
**investigation** [2] - 91:2, 98:14
**investigations** [1] - 90:22
**involved** [1] - 91:24
**Islip** [2] - 86:5, 86:21
**issue** [6] - 95:23, 96:1, 103:24, 105:22, 106:23, 116:25
**issues** [1] - 87:7

### J

**James** [1] - 100:19
**January** [1] - 124:14
**JI** [1] - 86:3
**Ji** [10] - 87:9, 102:12, 102:15, 103:18,

103:25, 105:8, 105:17, 106:3, 106:5, 106:10
**Jia** [3] - 87:4, 87:5, 110:4
**Jian** [1] - 87:14
**JIAN** [1] - 86:16
**Jiang** [1] - 87:4
**JLING** [1] - 86:6
**job** [13] - 89:15, 111:9, 123:4, 126:6, 126:16, 126:21, 127:1, 127:16, 127:17, 127:21, 129:13, 130:1, 130:6
**jobs** [1] - 111:10
**John** [2] - 87:2, 87:5
**JOHN** [1] - 86:14
**Judge** [1] - 95:19
**JUDGE** [1] - 86:10
**judicial** [4] - 94:12, 95:12, 97:13, 97:15
**JUNJIANG** [1] - 86:3
**jurisdiction** [6] - 95:5, 95:7, 95:12, 95:17, 96:1, 102:16
**jurisdictions** [1] - 99:25

### K

**Kessena** [1] - 86:13
**Kim** [1] - 87:4
**kind** [4] - 94:20, 97:14, 121:19, 129:6
**kitchen** [20] - 111:17, 121:12, 123:20, 124:24, 125:10, 126:9, 126:15, 126:16, 126:18, 126:21, 127:17, 128:5, 128:14, 128:24, 128:25, 129:2, 129:4, 130:10, 130:13
**kite** [1] - 102:4
**knowledge** [1] - 111:10
**Kong** [27] - 96:2, 96:7, 96:8, 98:21, 98:25, 99:3, 99:4, 99:14, 99:15, 99:16, 99:19, 99:21, 100:4, 100:5, 100:9, 100:10, 100:11, 100:13, 101:7, 101:15, 101:18, 102:2, 102:3, 106:25

### L

**laid** [1] - 106:19
**last** [5] - 87:12, 89:10, 118:11, 127:15
**late** [1] - 118:20
**LAW** [1] - 86:12
**law** [42] - 87:16, 87:19, 88:19, 89:11, 89:12, 90:23, 91:19, 92:5, 93:14, 94:11, 94:13, 94:21, 96:10, 96:11, 96:14, 96:17, 97:11, 97:14, 98:13, 98:19, 98:23, 99:15, 99:19, 100:5, 100:8, 100:10, 100:11, 100:12, 100:13, 101:13, 103:10, 103:14, 105:9, 105:11, 105:12, 106:16, 106:18, 112:19
**Law** [5] - 87:23, 90:13, 92:4, 94:5, 103:7
**lawful** [1] - 95:23
**laws** [3] - 89:25, 97:14, 100:5
**lawyer** [2] - 99:18, 100:21
**lay** [1] - 114:16
**leading** [1] - 101:25
**leave** [5] - 121:18, 123:24, 124:1, 126:5, 126:7
**Lee** [1] - 107:13
**left** [7] - 87:8, 119:24, 123:25, 124:20, 124:25, 125:6, 127:12
**legal** [11] - 90:17, 91:17, 91:18, 96:21, 97:13, 99:15, 100:4, 101:15, 101:23, 103:14
**less** [4] - 114:12, 114:14, 114:15, 114:16
**letter** [5] - 87:11, 87:13, 87:15, 87:16, 102:10
**LI** [3] - 86:3, 107:23, 131:14
**Li** [6] - 97:3, 105:24, 107:11, 116:1, 116:19, 127:1
**Li's** [1] - 107:10
**license** [2] - 89:17, 114:4
**licensed** [1] - 89:19

### L (cont.)

**light** [1] - 87:12
**limited** [3] - 97:15, 97:16, 97:17
**line** [1] - 106:3
**Ling** [2] - 87:4, 110:4
**listening** [2] - 104:2, 104:4
**litigants** [1] - 90:17
**litigate** [1] - 102:2
**litigation** [1] - 89:21
**locally** [1] - 100:24
**located** [2] - 121:10, 130:12
**location** [1] - 121:11
**LOCKE** [1] - 86:10
**look** [6] - 88:4, 88:5, 121:19, 121:22, 124:13, 125:6
**looking** [1] - 116:1
**looks** [1] - 107:20
**lunch** [4] - 122:18, 122:19, 122:20, 122:22
**lying** [2] - 112:18, 112:19

### M

**machine** [1] - 122:10
**main** [1] - 130:25
**mainland** [2] - 87:10, 99:14
**managing** [1] - 109:3
**manner** [1] - 104:1
**March** [1] - 86:7
**marked** [3] - 127:22, 128:22, 131:20
**match** [1] - 117:20
**matter** [2] - 102:11, 103:18
**mean** [9] - 96:5, 101:22, 110:16, 113:24, 114:1, 115:7, 125:3, 126:24, 127:16
**means** [1] - 91:13
**measure** [3] - 90:24, 94:23, 94:25
**mechanical** [1] - 86:25
**medical** [1] - 108:20
**mention** [3] - 92:13, 92:14, 92:15
**mentioned** [2] - 98:5, 99:5
**merely** [1] - 92:19
**messages** [1] - 129:6
**middle** [4] - 119:21, 120:1, 124:18, 125:2
**might** [1] - 92:17

**minister** [1] - 97:21
**ministering** [2] - 94:16, 97:10
**minute** [3] - 106:2, 106:4, 131:5
**minutes** [6] - 106:9, 106:12, 122:23, 125:24, 125:25
**moment** [1] - 101:25
**Monday** [4] - 108:9, 109:20, 109:22, 118:14
**monthly** [1] - 130:23
**morning** [3] - 87:6, 87:12, 87:15
**mother** [1] - 111:3
**motion** [6] - 95:24, 104:16, 104:23, 104:24, 105:7, 107:3
**move** [5] - 98:24, 98:25, 99:1, 104:17, 107:6
**MR** [90] - 87:2, 87:3, 87:14, 87:21, 88:3, 88:12, 88:13, 88:18, 88:23, 89:1, 89:4, 89:8, 89:14, 89:24, 90:3, 90:5, 90:9, 90:12, 92:1, 92:6, 92:9, 92:17, 93:3, 93:14, 93:18, 93:25, 94:3, 94:10, 96:4, 96:7, 96:11, 96:16, 96:20, 96:23, 96:25, 97:2, 97:7, 97:25, 98:2, 98:4, 98:9, 99:23, 100:2, 100:7, 100:16, 100:19, 100:24, 101:3, 101:17, 102:15, 103:1, 103:21, 104:3, 104:12, 104:17, 104:22, 105:3, 105:25, 106:1, 106:6, 106:11, 106:21, 106:23, 108:4, 109:11, 113:1, 113:7, 113:10, 113:16, 115:9, 115:10, 115:24, 115:25, 117:5, 117:8, 117:11, 121:2, 124:4, 124:9, 124:11, 125:19, 125:23, 126:2, 127:10, 127:13, 128:16, 128:19, 128:23, 131:4, 131:16

**MRPD** [1] - 95:9
**MY** [1] - 124:12

## N

**name** [6] - 114:5, 115:14, 116:19, 116:20, 116:21, 130:17
**napping** [1] - 123:22
**nationals** [3] - 90:23, 91:17, 99:10
**necessarily** [2] - 101:22, 102:5
**need** [3] - 97:4, 105:23, 106:4
**never** [5] - 100:9, 110:17, 115:3, 123:25, 129:14
**NEW** [1] - 86:1
**New** [6] - 86:13, 86:16, 86:21, 88:20, 88:25, 100:24
**newspaper** [1] - 109:10
**next** [3] - 112:21, 116:18, 125:5
**night** [1] - 124:20
**noon** [1] - 119:13
**notarization** [1] - 97:9
**notarize** [1] - 97:10
**nothing** [4] - 105:25, 106:1, 108:19, 109:13
**notification** [1] - 108:16
**number** [2] - 117:21, 130:18
**NY** [1] - 86:5

## O

**o'clock** [9] - 108:10, 119:13, 119:15, 119:16, 122:17, 122:19, 126:5
**oath** [9] - 94:16, 97:10, 97:19, 97:21, 98:11, 107:12, 107:14, 107:17, 107:19
**objection** [5] - 104:2, 104:3, 117:7, 117:9, 128:19
**obtain** [7] - 90:22, 91:2, 92:8, 92:9, 93:6, 99:9, 102:3
**obtaining** [3] - 91:24, 93:12, 93:20
**obtains** [1] - 93:15

**OF** [2] - 86:1, 86:9
**offensive** [1] - 99:17
**office** [1] - 88:18
**officer** [2] - 94:15, 102:19
**often** [8] - 109:18, 110:4, 112:4, 115:6, 115:7, 115:11, 123:6, 126:17
**older** [1] - 111:6
**once** [1] - 115:12
**one** [33] - 88:7, 88:11, 92:11, 94:15, 94:21, 95:4, 95:15, 95:16, 97:17, 97:18, 98:5, 101:5, 101:6, 102:18, 102:19, 104:16, 106:24, 110:6, 110:11, 111:1, 114:12, 114:13, 114:15, 114:16, 118:3, 119:19, 119:20, 121:23, 124:24, 125:9
**opening** [1] - 109:25
**operate** [1] - 94:17
**opposed** [2] - 101:15, 104:22
**opposing** [1] - 126:22
**opposition** [1] - 105:1
**Order** [1] - 87:1
**order** [2] - 87:7, 130:21
**ordering** [1] - 103:4
**orders** [3] - 122:20, 123:12, 130:20
**organized** [1] - 97:13
**otherwise** [2] - 100:10, 129:14
**outside** [6] - 98:7, 98:10, 106:5, 106:10, 121:12, 121:13
**own** [7] - 90:23, 94:11, 96:9, 96:21, 99:9, 100:4, 100:11
**owner** [1] - 126:24
**owners** [1] - 129:9

## P

**p.m** [12] - 122:25, 123:2, 123:24, 124:2, 124:3, 124:14, 124:15, 124:16, 124:23, 125:7, 125:15, 126:4
**Pacer** [1] - 87:15
**packages** [1] - 113:6

**page** [13] - 111:13, 113:10, 116:2, 116:9, 116:10, 117:12, 117:13, 117:14, 117:23, 120:3, 124:7, 125:5, 126:23
**paid** [9] - 114:13, 114:14, 114:16, 114:19, 114:21, 115:6, 115:8, 115:11, 129:16
**paper** [9] - 115:14, 115:15, 115:18, 115:19, 117:15, 122:5, 122:6, 122:13, 128:8
**papers** [3] - 97:17, 115:13, 117:17
**paragraph** [5] - 91:6, 94:22, 99:6
**parents** [2] - 112:5, 112:8
**parse** [1] - 102:10
**part** [6] - 91:11, 95:24, 96:8, 127:23, 130:1, 130:6
**participants** [1] - 91:20
**participation** [1] - 92:20
**parties** [1] - 112:18
**party** [1] - 97:16
**pass** [3] - 88:20, 122:2, 122:4
**password** [1] - 121:21
**pause** [2] - 88:15, 92:24
**pay** [7] - 114:7, 114:10, 115:13, 117:15, 117:18, 126:24, 129:10
**payment** [1] - 110:8
**penalties** [9] - 91:19, 91:23, 92:5, 92:9, 92:15, 93:22, 94:8, 103:5, 106:17
**penalty** [2] - 91:22, 112:19
**people** [7] - 89:11, 91:10, 91:13, 98:6, 98:9, 99:1, 111:20
**People's** [11] - 87:23, 90:14, 90:19, 90:24, 91:3, 91:4, 91:7, 91:12, 91:14, 98:15, 103:7
**per** [5] - 114:9, 114:11, 114:22, 115:12, 118:6

**percent** [2] - 131:2, 131:3
**permission** [2] - 91:4, 91:7
**permit** [2] - 95:20, 103:17
**permitted** [5] - 87:9, 90:21, 99:8, 102:18, 103:25
**person** [7] - 103:10, 114:1, 124:24, 124:25, 125:9, 129:21, 129:22
**personal** [2] - 102:1, 108:20
**Philip** [1] - 87:4
**phone** [2] - 106:7, 110:8
**photo** [3] - 127:25, 128:3, 128:8
**pick** [1] - 127:12
**picture** [2] - 128:5, 128:25
**piece** [4] - 115:14, 115:19, 122:5, 122:6
**place** [1] - 99:3
**places** [1] - 100:14
**Plaintiff** [2] - 86:12, 107:24
**plaintiff** [5] - 95:3, 95:17, 99:1, 102:16, 103:14
**plaintiffs** [1] - 87:2
**Plaintiffs** [1] - 86:4
**Plaza** [1] - 86:21
**PLLC** [2] - 86:12, 86:15
**point** [8] - 94:8, 97:25, 99:4, 99:5, 103:22, 110:11, 111:2, 112:9
**position** [2] - 87:17, 102:22
**possible** [1] - 95:11
**posted** [2] - 128:9, 129:6
**posthearing** [1] - 103:23
**posttrial** [1] - 105:13
**power** [1] - 91:8
**practice** [9] - 88:20, 88:25, 89:3, 89:12, 90:2, 99:24, 100:12, 100:13, 101:13
**practiced** [7] - 89:5, 89:20, 100:22, 101:1, 103:10, 103:11, 105:11
**practicing** [2] - 100:24, 101:5
**prearranged** [1] -

108:16
**prepare** [2] - 122:20, 130:15
**prepared** [2] - 87:22, 87:24
**presence** [1] - 106:5
**present** [1] - 103:13
**prevailing** [1] - 96:12
**primary** [3] - 129:24, 130:4
**printed** [2] - 116:10, 116:12
**Procedure** [5] - 87:23, 90:13, 92:4, 94:5, 103:7
**procedure** [11] - 89:25, 95:8, 95:15, 96:9, 96:11, 99:13, 99:16, 99:17, 99:18, 100:11, 106:16
**proceeding** [1] - 90:17
**Proceedings** [2] - 86:25, 131:9
**proceedings** [5] - 88:15, 91:11, 92:24, 102:11, 103:13
**process** [3] - 91:2, 97:18, 99:9
**processes** [1] - 90:22
**produce** [1] - 103:4
**produced** [1] - 86:25
**prohibit** [1] - 94:6
**proper** [1] - 99:3
**properly** [1] - 111:24
**proposition** [1] - 96:15
**protect** [1] - 95:1
**prove** [1] - 93:9
**provide** [2] - 97:3, 104:1
**provided** [1] - 92:3
**providing** [1] - 90:16
**provision** [1] - 106:17
**provisions** [1] - 91:1
**punch** [23] - 117:2, 117:14, 119:11, 119:14, 119:19, 119:21, 119:23, 121:10, 121:16, 121:17, 121:20, 122:9, 124:6, 124:18, 124:21, 124:22, 124:23, 125:3, 125:8, 125:12, 125:15, 125:17, 126:7
**punch-in** [1] - 122:9
**punched** [14] - 119:16, 121:3, 121:8, 122:13, 124:20,

125:6, 125:13, 126:3, 126:8, 126:17, 126:21, 126:23, 126:24, 127:18
**punching** [5] - 116:16, 116:25, 117:4, 119:25, 120:2
**put** [2] - 104:8, 122:2

**Q**

**quantity** [1] - 130:17
**questions** [2] - 127:2, 131:4
**quite** [1] - 89:24

**R**

**raised** [1] - 105:14
**rare** [1] - 123:7
**rate** [2] - 114:10, 114:21
**read** [9] - 87:15, 90:9, 92:17, 93:16, 93:17, 94:21, 97:16, 109:10, 127:15
**reading** [2] - 103:12, 122:10
**ready** [1] - 104:11
**really** [1] - 95:15
**reason** [5] - 94:7, 94:25, 97:4, 102:17, 102:18
**reasoned** [1] - 104:10
**reasons** [2] - 105:7, 108:21
**recalled** [2] - 119:16, 125:12
**receipt** [1] - 116:6
**receipts** [6] - 117:21, 130:10, 130:12, 130:14, 130:16
**receive** [1] - 112:19
**received** [10] - 87:11, 114:11, 115:13, 116:6, 117:15, 117:18, 117:20, 118:1, 128:21, 131:19
**recess** [1] - 131:7
**Recess** [1] - 106:13
**recognize** [5] - 116:3, 116:15, 127:25, 128:5, 128:13
**recollection** [4] - 115:4, 115:5, 119:7, 129:5
**reconcile** [1] - 111:21
**record** [5] - 104:14,

104:18, 104:21, 105:10, 124:22
**recorded** [1] - 86:25
**records** [4] - 95:1, 116:23, 117:2, 117:14
**redirect** [1] - 131:6
**referring** [1] - 112:23
**regard** [1] - 103:20
**regarding** [2] - 96:7, 106:23
**regular** [2] - 111:17, 118:5
**regularly** [1] - 103:17
**related** [2] - 90:7, 93:3
**relates** [1] - 103:5
**relief** [1] - 103:19
**remember** [2] - 89:16, 125:16
**remembered** [1] - 125:15
**remind** [2] - 107:11, 127:13
**remove** [1] - 109:15
**renewing** [1] - 107:3
**reopening** [1] - 105:15
**repeat** [2] - 109:7, 130:2
**rephrase** [3] - 123:14, 127:11, 130:3
**reply** [3] - 100:18, 102:14, 102:24
**reporter** [1] - 90:11
**Reporters** [1] - 86:19
**representation** [2] - 105:12, 107:4
**Republic** [11] - 87:23, 90:14, 90:19, 90:24, 91:3, 91:5, 91:7, 91:12, 91:14, 98:15, 103:7
**request** [2] - 108:23, 128:16
**requested** [1] - 115:12
**requesting** [1] - 90:16
**required** [1] - 121:17
**reserve** [1] - 103:21
**reserved** [1] - 105:19
**respect** [2] - 95:12, 105:12
**respectfully** [1] - 95:8
**respond** [4] - 94:2, 98:3, 100:18, 104:20
**response** [2] - 94:4, 106:19, 110:21
**rest** [5] - 104:6, 109:24, 119:8, 123:5, 123:13
**restaurant** [32] - 108:6, 108:8,

108:25, 109:4, 109:18, 109:21, 109:23, 110:5, 110:7, 111:4, 111:20, 112:3, 112:9, 112:10, 116:17, 118:4, 119:12, 119:14, 120:1, 121:14, 123:17, 123:22, 124:25, 125:1, 125:4, 125:10, 125:14, 127:16, 127:19, 129:25, 130:5, 130:25
**restaurant's** [1] - 130:23
**rests** [1] - 123:6
**resume** [1] - 131:8
**returned** [2] - 101:8, 118:4
**reverse** [1] - 87:7
**reverted** [1] - 101:18
**reviewed** [1] - 130:10
**revision** [2] - 90:14, 103:8
**revisit** [1] - 106:24
**reviving** [1] - 105:15
**rice** [1] - 128:4
**ride** [1] - 126:11
**right-hand** [1] - 116:13
**rights** [1] - 105:19
**role** [1] - 94:11
**room** [2] - 100:21, 105:10
**Rui** [3] - 87:24, 88:17, 88:18
**rule** [3] - 93:6, 93:7, 95:7
**ruled** [1] - 95:20
**ruling** [3] - 87:19, 104:8, 106:5

**S**

**sales** [1] - 130:23
**sanctions** [1] - 103:15
**Saturday** [4] - 108:11, 118:15, 118:17, 118:23
**saw** [2] - 87:16, 114:4
**schedule** [1] - 118:5
**schedules** [2] - 105:5, 108:8
**school** [1] - 88:19
**seated** [1] - 87:6
**second** [6] - 94:22, 95:16, 99:5, 101:6, 117:14

**section** [1] - 103:5
**see** [12] - 111:11, 112:1, 116:9, 116:11, 116:12, 116:18, 117:23, 123:8, 123:22, 123:23, 128:10, 128:11
**seeing** [2] - 87:13, 129:6
**seek** [1] - 103:19
**separate** [1] - 113:6
**separately** [2] - 99:21, 99:25
**serve** [6] - 90:21, 91:2, 99:9, 106:18, 109:2, 121:7
**servicing** [1] - 125:11
**serving** [1] - 121:8
**set** [2] - 108:8, 114:8
**settled** [1] - 131:8
**severe** [1] - 94:9
**shall** [3] - 89:17, 90:17, 90:23
**show** [1] - 109:22
**Showa** [5] - 86:6, 108:5, 108:21, 128:6, 129:9
**shown** [2] - 102:8, 117:3
**Shows** [1] - 114:6
**shows** [1] - 124:23
**side** [6] - 116:10, 116:13, 122:7, 122:9, 128:9, 129:1
**sign** [1] - 115:13
**signature** [1] - 116:7
**signed** [5] - 115:14, 115:18, 115:19, 117:15, 117:17
**sit** [2] - 104:5, 109:9
**sitting** [3] - 91:13, 91:21, 102:12
**situation** [1] - 95:25
**slip** [3] - 124:13, 126:3, 130:19
**slips** [1] - 116:18
**slowly** [1] - 90:11
**small** [2] - 121:23, 121:24
**sometimes** [14] - 109:14, 110:9, 115:1, 115:2, 115:19, 115:20, 118:10, 118:12, 119:13, 119:18, 121:3, 121:6, 125:1, 126:6
**son** [4] - 110:4, 111:3, 111:9, 113:17

**son's** [1] - 114:5
**sorry** [5] - 113:5, 113:9, 117:14, 123:14, 124:1
**sort** [1] - 102:10
**sorts** [1] - 101:24
**sound** [1] - 88:10
**sovereign** [1] - 97:15
**sovereignty** [2] - 94:18, 94:20
**speaks** [2] - 93:7
**special** [1] - 108:19
**specifically** [1] - 102:24
**staff** [2] - 111:10, 111:23
**stand** [4] - 107:21, 113:14, 123:10, 123:20
**standby** [2] - 123:13, 123:16
**stands** [1] - 105:16
**start** [1] - 119:2
**started** [6] - 88:20, 111:20, 114:6, 118:13, 118:24, 119:13
**statement** [3] - 101:10, 101:16, 102:13
**States** [11] - 94:12, 94:17, 95:5, 95:8, 96:13, 97:8, 97:12, 97:13, 97:23, 99:7, 102:16
**STATES** [2] - 86:1, 86:10
**states** [1] - 113:25
**Statex** [1] - 102:20
**statute** [1] - 103:12
**stay** [1] - 127:19
**stenography** [1] - 86:25
**step** [2] - 106:8, 106:10
**STEVEN** [1] - 86:10
**still** [7] - 107:11, 107:13, 107:16, 122:20, 126:13, 126:18, 127:20
**stricken** [3] - 104:18, 105:8, 105:18
**studied** [1] - 88:19
**submission** [1] - 103:21
**submit** [2] - 103:15, 106:15
**submitted** [3] - 94:6, 95:17, 113:2
**suggest** [1] - 102:10

**Suite** [2] - 86:13, 86:15
**Sunday** [4] - 108:9, 118:16, 118:17, 118:22
**supervise** [1] - 109:16
**supervising** [1] - 110:20
**supervisor** [3] - 110:10, 110:14, 112:13
**supposed** [4] - 107:1, 119:21, 119:23, 129:20
**Supreme** [1] - 89:21
**sworn/affirmed** [1] - 107:25
**system** [14] - 94:13, 96:21, 97:13, 97:15, 99:15, 100:4, 100:11, 101:7, 101:15, 101:23, 101:24, 119:11, 121:19, 122:3

**T**

**t0o** [1] - 107:19
**table** [3] - 87:4, 130:18
**Taiwan** [7] - 96:20, 96:22, 97:3, 97:5, 98:21, 98:25, 99:2
**takeout** [1] - 130:21
**talks** [1] - 92:5
**technology** [1] - 98:20
**teed** [1] - 95:24
**ten** [5] - 106:9, 122:23, 125:23, 125:24
**terminated** [1] - 89:18
**territory** [4] - 95:13, 97:14, 97:22, 98:7
**test** [1] - 112:17
**testified** [4] - 107:25, 118:2, 119:11, 121:3
**testify** [2] - 87:9, 103:18
**testifying** [1] - 107:11
**testimony** [14] - 91:16, 95:20, 102:12, 103:20, 104:1, 104:7, 104:13, 104:17, 105:8, 105:16, 105:17, 105:18, 107:10, 130:9
**THE** [89] - 86:10, 87:6, 87:18, 88:1, 88:4, 88:16, 88:22, 88:24, 89:2, 89:7, 89:13, 89:23, 90:1, 90:4,

90:8, 90:10, 91:23, 92:3, 92:8, 92:15, 92:21, 92:25, 93:5, 93:16, 93:19, 94:1, 94:4, 95:22, 96:5, 96:9, 96:14, 96:18, 96:22, 96:24, 97:1, 97:6, 97:24, 98:1, 98:3, 98:8, 99:20, 99:24, 100:6, 100:15, 100:17, 100:21, 101:1, 101:9, 101:18, 102:21, 103:2, 103:23, 104:5, 104:15, 104:19, 104:24, 105:5, 106:2, 106:7, 106:12, 106:14, 106:22, 107:1, 107:16, 107:19, 112:21, 113:3, 113:8, 113:11, 113:13, 113:15, 115:7, 115:22, 117:7, 117:9, 124:3, 124:8, 124:10, 125:18, 125:21, 126:1, 127:1, 127:5, 127:6, 127:9, 127:11, 128:18, 128:20, 131:5
**therefore** [1] - 103:17
**third** [2] - 91:6, 124:13
**three** [3] - 115:1, 118:10, 121:4
**throughout** [2] - 99:14, 122:16
**Thursday** [4] - 108:9, 110:1, 118:18, 118:22
**ticking** [1] - 105:21
**today** [5] - 93:24, 95:15, 102:5, 103:8, 127:2
**today's** [2] - 90:7, 98:20
**together** [2] - 112:5, 112:18
**tomorrow** [1] - 93:24
**took** [2] - 94:24, 95:14
**top** [2] - 116:18, 126:23
**totally** [2] - 99:23, 100:25
**transcript** [2] - 86:25, 111:13
**TRANSCRIPT** [1] - 86:9
**transcripts** [3] -

112:22, 112:24, 113:4
**translated** [1] - 103:8
**translation** [3] - 87:22, 90:5, 90:9
**transmission** [2] - 95:21, 95:23
**transnational** [1] - 90:17
**treated** [3] - 100:3, 113:18, 113:21
**treaty** [2] - 90:18, 90:20
**Trial** [1] - 131:8
**TRIAL** [1] - 86:9
**trial** [10] - 93:6, 93:13, 93:21, 95:16, 98:11, 102:23, 107:2, 107:4, 107:6, 107:7
**tried** [2] - 93:10, 99:1
**TROY** [30] - 86:12, 86:14, 87:2, 88:12, 94:3, 94:10, 96:7, 96:11, 96:16, 96:20, 96:23, 96:25, 97:2, 97:7, 97:25, 98:2, 100:19, 100:24, 101:3, 101:17, 102:15, 103:1, 104:22, 105:3, 106:1, 106:6, 106:11, 106:23, 117:8, 128:19
**Troy** [21] - 87:2, 87:11, 88:2, 88:5, 88:7, 88:11, 92:22, 94:2, 96:6, 98:5, 99:5, 100:18, 102:21, 104:20, 105:14, 106:4, 106:9, 106:18, 112:24, 128:18, 131:6
**trusted** [1] - 111:23
**truth** [1] - 112:15
**try** [1] - 97:3
**trying** [3] - 93:6, 102:2
**Tuesday** [3] - 108:9, 109:22, 118:14
**turn** [7] - 88:9, 116:9, 117:12, 117:23, 121:15, 124:7, 125:5
**Tursi** [1] - 86:19
**twice** [3] - 119:19, 124:7, 127:18
**two** [8] - 88:13, 92:10, 92:25, 94:22, 98:5, 100:3, 110:6, 113:7
**typically** [2] - 122:22, 123:24

**U**

**unable** [2] - 93:10, 127:7
**unauthorized** [1] - 92:20
**under** [5] - 87:19, 97:15, 107:12, 107:14, 107:16
**understood** [1] - 104:19
**unfair** [2] - 112:6, 129:18
**UNITED** [2] - 86:1, 86:10
**United** [12] - 94:12, 94:16, 95:5, 95:8, 96:12, 97:8, 97:12, 97:13, 97:23, 99:7, 102:16, 102:20
**universal** [1] - 101:20
**unless** [1] - 100:9
**up** [9] - 89:13, 89:14, 95:24, 101:25, 103:15, 105:14, 109:23, 126:18, 127:12
**US** [10] - 86:4, 86:20, 88:20, 91:9, 92:11, 92:12, 95:6, 95:7, 98:20, 99:11

**V**

**variation** [1] - 131:2
**vehicle** [1] - 126:12
**video** [1] - 102:18
**view** [2] - 111:2, 112:9
**viewpoint** [1] - 110:18
**violate** [4] - 90:23, 91:18, 91:19, 97:11
**violation** [4] - 91:22, 94:9, 103:5, 103:13
**violative** [1] - 105:9
**visa** [1] - 97:4
**visible** [1] - 129:3

**W**

**wage** [2] - 116:6, 118:7
**wages** [3] - 115:17, 129:11, 129:15
**wait** [5] - 111:10, 111:23, 113:5, 123:11, 123:19
**waiter** [1] - 116:19
**waiting** [6] - 121:6, 125:11, 126:6, 126:11, 126:12,

126:17
**waitress** [1] - 109:2
**walls** [2] - 128:9,
129:7
**Wang** [1] - 87:5
**wants** [2] - 104:5,
104:10
**wash** [1] - 129:21
**washing** [1] - 129:22
**watch** [1] - 104:5
**Wednesday** [3] -
108:9, 110:1, 118:14
**week** [17] - 106:24,
108:18, 109:24,
114:9, 114:11,
114:22, 115:12,
118:1, 118:6,
118:12, 118:25,
119:2, 119:4, 119:6,
119:9
**weekdays** [1] - 109:20
**weekends** [1] - 129:20
**weekly** [1] - 114:19
**weeks** [1] - 119:4
**wife** [9] - 108:6,
108:13, 108:24,
108:25, 109:2,
109:18, 110:19,
112:6, 115:21
**WILLIAM** [1] - 86:17
**William** [1] - 87:3
**willing** [2] - 112:17,
129:13
**witness** [15] - 91:13,
91:21, 92:2, 98:16,
98:22, 98:24, 98:25,
99:11, 107:15,
107:18, 107:20,
109:8, 113:12,
113:14, 115:23
**WITNESSES** [1] -
131:12
**word** [1] - 122:4
**words** [3] - 102:10,
105:20, 128:2
**workers** [1] - 129:4
**works** [1] - 114:1
**writing** [3] - 104:8,
116:10, 116:12
**written** [4] - 92:10,
105:20, 114:5,
115:15

## Y

**year** [2] - 89:10
**years** [5] - 89:20,
93:10, 103:11,
105:11, 130:24
**yesterday** [3] - 87:8,

87:23, 118:2
**YORK** [1] - 86:1
**York** [6] - 86:13,
86:16, 86:21, 88:20,
88:25, 100:25
**younger** [1] - 111:6
**yourself** [1] - 113:18