# EXHIBIT B

# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com
41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

January 2, 2018

**VIA ECF**
The Honorable Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
Central Islip, NY 11722

      **RE: Plaintiffs' Letter Motion to Adjourn a Bench Trial**
      *JI et al. v. JLing INC. d/b/a Showa Hibachi et al. 15-cv-4194(JMA)(SIL)*

Dear Judge Locke:

      We represent the Plaintiffs in the above-captioned action and respectfully write this letter to adjourn the the bench trial scheduled for this matter on January 8, 2018. Defendants consent to this adjournment. The parties conferred that the parties will be available on January 31 to February 8, 2018 for the trial, or any other date after March 20, 2018 that is convenient to the Court.

      The reason for this request is that Plaintiffs are currently arranging with the courtroom technology personal and IT people in Taiwan to set up the video conferencing for the trial, and we need more time to finalize the technical arrangement.

      We apologize any inconvenience caused by this delay. Thank you for Your Honor's time and attention to this matter.

                      Respectfully submitted,
                      TROY LAW, PLLC

                      s/ John Troy
                      John Troy,
                      *Attorneys for Plaintiffs*

*VIA ECF*
CC: *Attorneys for Defendants*

1