# EXHIBIT C

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

March 19, 2018

**VIA ECF**
Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Ct. 820
Central Islip, NY 11722

      Re:    **Request to Adjourn Trial Scheduled for March 26 through March 28, 2018**
             15-cv-04194-SIL *Ji v. Jling Inc. et al*

Your Honor,

      We represent the plaintiffs in the above-captioned matter. We write respectfully, unfortunately without **Defendants' consent**, to request that the trial in this matter, currently scheduled for March 26, 2018 through March 28, 2018, be adjourned to a later date. We shall not offer any further excuse to delay trial.

      On February 28, 2018, attorney Kibum Byun had asked for leave to withdraw from this matter because he was temporarily absent from the firm for health-related issues. Mr. Byun had been the primary attorney handling the case, including the technological equipment and arrangement necessary for video conferencing lead Plaintiff Junjiang Ji from overseas in Hong Kong/Taiwan, as Ji is barred from entering the U.S. soil and Chinese nationals cannot be witnesses in U.S. trials within Chinese territory.

      Without Mr. Byun, this office, which for now has only Mr. Troy and Aaron Schweitzer (who is admitted in New Jersey, pending New York), needs some time in order to make arrangements complementary to Ji's extraordinary circumstances and to take over Byun's case to make the trial experience what our clients, who had been down-trodden for the best majority of their life, the best possible. Unfortunately, since Mr. Byun's departure our schedule, which had been put together on the anticipation that we would have three attorneys available, has had to be covered by two, so time has been limited.

      We sincerely apologize again to the Court for inconvenience this may cause, and thank the Court for its attention to and consideration of this matter.

                                                        Respectfully submitted,
                                                         TROY LAW, PLLC

                                                         /s/ John Troy
                                                          John Troy
                                                          *Attorney for Plaintiffs*

cc:     via ECF
All Attorneys of records