# EXHIBIT D

# The Civil Procedure Law of the People's Republic of China (2017 Revision) [Effective]

# 中华人民共和国民事诉讼法(2017 修正) [现行有效]

**第二百七十七条** 请求和提供司法协助,应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进行;没有条约关系的,通过外交途径进行。

外国驻中华人民共和国的使领馆可以向该国公民送达文书和调查取证,但不得违反中华人民共和国的法律,并不得采取强制措施。

除前款规定的情况外,未经中华人民共和国主管机关准许,任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。

**Article 277** When requesting or providing coordination in transnational legal proceedings, litigant(s) shall do it in conformity with the international treaties entered into by People's Republic of China; or through diplomatic approach in absence of a treaty.

The embassy and consulate(s) of a foreign country are permitted to serve processes, conduct investigations and to obtain evidence from its own nationals, but shall not violate the law of People's Republic of China, or take compulsory measures.

Except for what is described in the foregoing provisions, no foreign authority or individual is allowed to serve the process, conduct investigation or obtain evidence within the borders of People's Republic of China without permission from the authorities of People's Republic of China.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

---

JUNJIANG JI, individually and on behalf of all other employees similarly situated,

                           Plaintiff,

            - against -

JLING INC. d/b/a Showa Hibachi, JANNEN OF AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E HU, and JIA LING HU

                          Defendants.

---

Case No. 2:15-CV-04194-JMA-SIL

**AFFIDAVIT OF TRANSLATION**

I, Rui Ma, hereby swear and affirm that I am fluent in both English and Chinese, and that I have translated the Article 277 of the Civil Procedure Law of the People's Republic of China (2017 Revision) from Chinese to English and that the above translation is a true and accurate reflection of those statements.

Dated: Flushing, New York
       March 26, 2018

_____
Rui Ma, Esq.