# EXHIBIT E

## Regulations on the Administration of Foreign Law Firms' Representative Offices in China [Effective]

外国律师事务所驻华代表机构管理条例 [现行有效]

第十五条　代表机构及其代表，只能从事不包括中国法律事务的下列活动：

（一）向当事人提供该外国律师事务所律师已获准从事律师执业业务的国家法律的咨询，以及有关国际条约、国际惯例的咨询；

（二）接受当事人或者中国律师事务所的委托，办理在该外国律师事务所律师已获准从事律师执业业务的国家的法律事务；

（三）代表外国当事人，委托中国律师事务所办理中国法律事务；

（四）通过订立合同与中国律师事务所保持长期的委托关系办理法律事务；

（五）提供有关中国法律环境影响的信息。

代表机构按照与中国律师事务所达成的协议约定，可以直接向受委托的中国律师事务所的律师提出要求。

代表机构及其代表不得从事本条第一款、第二款规定以外的其他法律服务活动或者其他营利活动。

**Article 15**: The foreign law firms' offices and representatives are only allowed to render the following legal services involving no Chinese legal issues:

1. To provide consultation regarding the laws of the jurisdictions the foreign law firms are licensed to practice law, or consultation regarding international treaties and customs;

2. To deal with legal matters regarding the law of the laws of the jurisdictions the foreign law firms are licensed to practice law upon being retained by parties or Chinese law firms;

3. To retain Chinese law firms to deal with Chinese legal matters when representing foreign parties;

4. To deal with legal matters under a long-term engagement with Chinese law firms;

5. To provide information regarding the effects brought by Chinese legal ecology.

Entrustment allows the foreign representative office to directly instruct lawyers in the entrusted Chinese law firm, as agreed between both parties.

      Representative Offices and their representatives should neither engage in any legal services other than those set out in (1) and (2) of this article, nor engage in any other profit-making activities.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| JUNJIANG JI, individually and on behalf of all other employees similarly situated,<br><br>       Plaintiff,<br><br>    - against -<br><br>JLING INC. d/b/a Showa Hibachi, JANNEN OF AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E HU, and JIA LING HU<br><br>       Defendants. | Case No. 2:15-CV-04194-JMA-SIL<br><br>**AFFIDAVIT OF TRANSLATION** |

I, Rui Ma, hereby swear and affirm that I am fluent in both English and Chinese, and that I have translated Article 15 of the Regulations on the Administration of Foreign Law Firms' Representative Offices in China from Chinese to English and that the above translation is a true and accurate reflection of those statements.

Dated: Flushing, New York
   June 28, 2018

                  _____
                  Rui Ma, Esq.