# EXHIBIT F

**Regulations on the Administration of Foreign Law Firms' Representative Offices**

**in China [Effective]**

外国律师事务所驻华代表机构管理条例 ［现行有效］

第三十条　　外国律师事务所、外国律师或者外国其他组织、个人擅自在中国境内从事法律服务活动，或者已被撤销执业许可的代表机构或者代表继续在中国境内从事法律服务活动的，由省、自治区、直辖市人民政府司法行政部门予以取缔，没收违法所得，并处 5 万元以上 30 万元以下的罚款。

**Article 30**    Regarding foreign law firms, foreign lawyers or other foreign institutions or individuals who provide legal services within China without an official permit, or Representative Offices or representatives whose practice permits are revoked but who continue to provide legal services within China, the judicial administrative department of the people's government of the province, autonomous region or municipality directly under the central government shall ban such persons or institutions. All illegal income shall be confiscated and a fine of not less than RMB50,000 and not more than RMB300,000 will be imposed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

JUNJIANG JI, individually and on behalf of all other
employees similarly situated,

Plaintiff,

- against -

JLING INC. d/b/a Showa Hibachi, JANNEN OF
AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E
HU, and JIA LING HU

Defendants.

Case No. 2:15-CV-04194-JMA-
SIL

**AFFIDAVIT OF**
**TRANSLATION**

I, Rui Ma, hereby swear and affirm that I am fluent in both English and Chinese, and that I have

translated Article 30 of the Regulations on the Administration of Foreign Law Firms'

Representative Offices in China from Chinese to English and that the above translation is a true

and accurate reflection of those statements.

Dated: Flushing, New York
          June 28, 2018

Rui Ma, Esq.