# EXHIBIT G

## Exit and Entry Administration Law of the People's Republic of China

《中华人民共和国出境入境管理法》

第八十一条 外国人从事与停留居留事由不相符的活动，或者有其他违反中国法律、法规规定，不适宜在中国境内继续停留居留情形的，可以处限期出境。

外国人违反本法规定，情节严重，尚不构成犯罪的，公安部可以处驱逐出境。公安部的处罚决定为最终决定。

被驱逐出境的外国人，自被驱逐出境之日起十年内不准入境。


**Article 81** Where foreigners engage in activities not corresponding to the purposes of stay or residence, or otherwise violate the laws or regulations of China, which makes them no longer eligible to stay or reside in China, they may be ordered to exit China within a time limit.

Where a foreigner's violation of this Law is serious but does not constitute a crime, the Ministry of Public Security may deport them. The penalty decision made by the Ministry of Public Security shall be final.

Deported foreigners shall not be allowed to enter China within 10 years calculating from the date of deportation.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| JUNJIANG JI, individually and on behalf of all other employees similarly situated,<br><br>                    Plaintiff,<br><br>               - against -<br><br>JLING INC. d/b/a Showa Hibachi, JANNEN OF AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E HU, and JIA LING HU<br><br>                    Defendants. | Case No. 2:15-CV-04194-JMA-SIL<br><br>**AFFIDAVIT OF TRANSLATION** |

I, Rui Ma, hereby swear and affirm that I am fluent in both English and Chinese, and that I have translated Article 81 of the Exit and Entry Administration Law of the People's Republic of China from Chinese to English and that the above translation is a true and accurate reflection of those statements.

Dated: Flushing, New York
       June 28, 2018

_____
                        Rui Ma, Esq.