# EXHIBIT H

## Criminal Law of the People's Republic of China
## 中华人民共和国刑法

第十三条　　一切危害国家主权、领土完整和安全，分裂国家、颠覆人民民主专政的政权和推翻社会主义制度，破坏社会秩序和经济秩序，侵犯国有财产或者劳动群众集体所有的财产，侵犯公民私人所有的财产，侵犯公民的人身权利、民主权利和其他权利，以及其他危害社会的行为，依照法律应当受刑罚处罚的，都是犯罪，但是情节显著轻微危害不大的，不认为是犯罪。

**Article 13:** A crime refers to an act that endangers the sovereignty, territorial integrity and security of the State, splits the State, subverts the State power of the people's democratic dictatorship and overthrows the socialist system, undermines public and economic order, violates State-owned property, property collectively owned by the working people, or property privately owned by citizens, infringes on the citizens' rights of the person, their democratic or other rights, and any other act that endangers society and is subject to punishment according to law. However, if the circumstances are obviously minor and the harm done is not serious, the act shall not be considered a crime.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| JUNJIANG JI, individually and on behalf of all other employees similarly situated,<br><br>       Plaintiff,<br><br>    - against -<br><br>JLING INC. d/b/a Showa Hibachi, JANNEN OF AMERICA, INC. d/b/a Showa Hibachi, JOHN ZHONG E HU, and JIA LING HU<br><br>       Defendants. | Case No. 2:15-CV-04194-JMA-SIL<br><br>**AFFIDAVIT OF TRANSLATION** |

I, Rui Ma, hereby swear and affirm that I am fluent in both English and Chinese, and that I have translated Article 13 of Criminal Law of China from Chinese to English and that the above translation is a true and accurate reflection of those statements.

Dated: Flushing, New York
   June 28, 2018

                _____
                  Rui Ma, Esq.